# EXHIBIT A
(Translations of the Excerpts of Larger Contract)

**MEJ Personal Business Services, Inc.**
*Global Language Solutions*
245 East 116th Street
New York, N.Y. 10029
Tel: (212) 426-6017
Fax: (646) 827-3628
www.mejpbs.com

## AFFIDAVIT OF TRANSLATOR

..................................................................

In the Matter of
**In Matters of Agreement Letter**

..................................................................

**I (Cholis Nur )**, being duly sworn, deposes and says:

1. I hereby swear and affirm that I am a qualified professional translator competent in English and Indonesian, and that my qualifications include:

    a. Being a native Indonesian speaker who grew up in the country of Indonesia and lived there from birth to age twenty-two;

    b. Employed by MEJ Personal Business Services Inc. from June 2001 to Present – Providing Translation services for Legal, Medical and Marketing Fields.

    c. Employment as Indonesian-English interpreter (Independent Contractor) at the New York Asylum Office/USCIS and New Jersey Asylum Office/USCIS (Bethpage, New York, and Lyndhurst, New Jersey, January 2005 - Present); for various clients

    d. Received Formal Translation and Interpreting Training from associations Workshops and Seminars

2. I hereby swear and affirm that the foregoing document is a true, accurate and complete translation of the Agreement Letter from Indonesian to English according to the best of my abilities and knowledge of the English and Indonesian languages.

Sworn to before me this 29th
Day of Dec            , 2020

_____
Notary Public

Elizabeth Johnson
Notary Public, State of New York
No-01J06172998
Qualified in New York County
Certificate Filed in New York County
Commission Expires August 20, 2023

_____
Translator name

MEJ Personal Business Services Inc. – Official Certified Translation

# Agreement Letter

## for

## PROVISON INTERNET ACCESS CENTER FOR MOVING (MOBILE) DISTRICT KPU/USO PROJECT PACKAGE 19 (NINETEEN) AT MALUKU PROVINCE AND NORTH MALUKU PROVINCE

**NO. 35/PKS/KOMINFO/12/2010**

**NO. 013-PJL/RMI-BTIP/XII/2010**

## Among

## RURAL TELECOMMUNICATION AND INFORMATICS CENTER
## DIRECTORATE GENERAL OF POST AND TELECOMMUNICATION
## MINISTRY OF TELECOMMUNICATION AND INFORMATICS

## And

## PT. RAHAJASA MEDIA INTERNET

CERTIFIED TRANSLATION

MEJ Personal Business Services Inc. – Official Certified Translation

## AGREEMENT LETTER

To implement

### PROVISON INTERNET ACCESS CENTER FOR MOVING (MOBILE) DISTRICT KPU/USO PROJECT PACKAGE 19 (NINETEEN) AT MALUKU PROVINCE AND NORTH MALUKU PROVINCE

No.: 35/PKS/KOMINFO/12/2010  No.: 013-PJL/RMI-BTIP/XII/2010

This LETTER AGREMENT with all of the attachment (hereinafter referred to as "Contract") are drawn up and signed in Jakarta on Wednesday the twenty second of December two thousand and ten (22-12-2010) between:

I. **Mr. Haji SANTOSO** (in the Identity Card written **DRS. H. SANTOSO ABDUL KOHAR**), born at Banyuwangi on December 25 1960 residing Jl. Delima Raya 1/218 RT 012 RW 003 Rambutan Village Ciracas Sub district, East Jakarta Municipality, ID Number 09.5404.251260.8511

In this case acting as **The Commitment Making Officer**, from and therefore for and on behalf of **The Rural Telecommunication and Informatics Center (BTIP), the Directorate General of Post and Telecommunications,** based on **The Decree of the Minister of Communication and Information Technology** Number: Ol / KEP / M.KOMINFO / 1/2010 concerning the Appointment of Budget User Proxy, Making Officials Commitment, Officer of Payment Order Issuance, Treasurer of Revenue and Expenditure Treasurer of the Ministry of Communication and Information Technology for Fiscal Year 2010, which is domiciled at Menara Ravindo Lt. 5, Jalan Kebun Sirih Number 75, Central Jakarta;

Hereinafter referred as **FIRST PARTY**;

II. **Mr. BRM ROY RAHAJASA YAMIN**, born at Jakarta on March 17 1967 residing in Jakarta, Jl. Dipenogoro No. 10 Menteng, Jakarta Pusat, Id Number 09.5006.170367.0148

CERTIFIED TRANSLATION

In this case acting as **Director** of **PT. Rahajasa Media Internet**, domiciled in Jakarta, Jl. HR. Rasuna Said Kav. X-7 No.6, Gedung Plaza 89, 4th floor suite 407, Jakarta 12940, thus acting from and therefore for and on behalf of and representing **PT. Rahasaja Media Internet**, a Limited Liability Company established under the Law of **the Republic of Indonesia**, by Deed dated November 18, 1994 Number 127, drawn up before **Rachmat Santoso, S.H.**, Notary in Jakarta, which was legalized based on the Decree of **the Minister of Justice and Human Rights** of **the Republic of Indonesia** No. C2-4068: HT.01.01.PH.95, dated 7 April 1995, whose articles of association have been published in the State Gazette of the Republic of Indonesia dated 27 June 1995 No. 51, Supplement Number 5325 of 1995, and its most recent changes have been listed in: Deed Number 36 dated June 30, 2010, drawn up before **Agus Madjid, SH**, Notary in Jakarta.

Hereinafter referred as **SECOND PARTY**;

The **FIRST PARTY** and **SECOND PARTY** collectively in this Contract are hereinafter referred to as THE PARTIES and each as a PARTY.

GIVEN THAT:

a) that the **FIRST PARTY** has conducted a public auction for the provision of mobile internet access service centers for the KPU / USO District Work Packages 19 (nineteen) in **Maluku Province** and **North Maluku Province** in order to fulfill the mandate of **Article 5** in the **Regulation of the Minister of Communication and Informatics Number 48 / PER / M.KOMINFO / 1 1/2009** concerning Provision of Access Services Internet in the District Internet Universal Telecommunication Service Area as amended by **the Regulation of the Minister of Communication and Information Technology Number 19 / PER / M.KOMINFO / 12/2010**;

b) that the **SECOND PARTY** has participated in the tender process for the Provision of Internet Access Service Center for KPU / USO Sub district which is moving (mobile) Work Packages 19 (Nineteen) in Maluku Province and North Maluku Province and has been declared the winner of the auction for the Provision of Internet Access Service Center for KPU District / USO which is mobile (mobile) Work Packages 19 (Nineteen) in Maluku Province and North Maluku Province based on a Letter of Appointment of Auction Winner Chairman of the Procurement Committee for the Provision of Universal Telecommunications Service Obligations (KPU / USO Program) in 2010 **Number: 16 / PL¬ USO / MPLIK-PK19 / BTIP-BLU / KOMINFO / 12/2010 dated December 13, 2010**;

c) The **FIRST PARTY** and **SECOND PARTY** acknowledge and declare that in connection with the signing of this Contract each party:

1) have been and are always given the opportunity to be accompanied by advocates;

2) sign this Contract after proper research;

3) have read and fully understood the terms of this contract;

4) have had sufficient opportunity to examine and confirming all provisions in this Contract along with all the fact and related condition.

**THE PARTIES** hereby agreed to the following:

1. The total contract price or Contract Value after Value Added Tax (VAT) obtained based on the quantity and price of the work unit as stated in the List of Quantities and Prices is **Rp. 61,662,944,857, - (Sixty-one billion six hundred sixty-two million nine hundred forty-four thousand eight hundred and fifty-seven rupiah);**

2. Advance payment and / or job performance payment to **SECOND PARTY** by making direct transfers to the **PT. Rahajasa Media Internet at Bank BCA Kuningan Jakarta Branch with account number: 217-300209-2**;

3. The terms and expressions in this Agreement Letter have the same meanings as those stated in the Contract;

4. The following documents (hereinafter referred to as "Contract Documents") constitute an integral and inseparable part of this Contract;

   a). Agreement letter;

   b). Bid documents including quantity and price;

   c). Contract amendments (if it made later);

   d). Special Conditions of Contract;

   e). General condition contract;

   f). Technical data;

   g). Other documents such as: Assurance, SPPJ, Minutes of Tender Results, Minutes of Explanation of the selection documents.

5. Contract Documents are made to explain each other, and if there is a conflict between the provisions in a document and the provisions in another document, the provisions in the higher document are based on the hierarchical order in number (4) above;

6. The rights and obligations of the **FIRST PARTY** and **SECOND PARTY** are stated in the Contract which includes in particular:

    a). The **SECOND PARTY** is obliged to perform Other Services work for the **FIRST PARTY** in accordance with the provisions of the Contract; and

    b). The **FIRST PARTY** is obliged to make payments to the **SECOND PARTY** in accordance with the provisions of the Contract;

7. This contract is effective as of the date stipulated in Article 2.1 General / Special Terms of Contract with a date of start and completion of the entire work as regulated in Article 2.3 and Article 2.4 General / Special Terms of Contract.

**THEREFORE**, the **FIRST PARTY** and **SECOND PARTY** have agreed to sign this Contract on the above date and carry out the Contract in accordance with the provisions of the prevailing laws and regulations in the Republic of Indonesia.

This contract is made without changes in the form of graffiti, additions or replacements

After the PARTIES read and fully understand all the provisions of this Contract, the parties sign this Contract and affix their initials on each page.

For and on behalf of the FIRST PARTY               For and on behalf of the SECOND PARTY

**HAJI SANTOSO**                                   **BRM ROY RAHAJASA YAMIN**

**The Commitment Making Officer**                  **PT. RAHARJASA MEDIA INTERNET**

**For the Rural Telecommunication and**

**Informatics Center (BTIP)**

**7.4.2   Termination**; The Service Provider can terminate this Contract through the Provider with a written notification to PPK by ignoring the provisions of the Service Article 1266 of the Civil Code in the following matters:

A. PPK does not pay invoices no later than 45 (forty-five) calendar days as of the invoice and supporting documents as stipulated in Article 5.3 SSKK regarding payment for work performance, received completely and correctly by PPK, and after receiving a written warning from Service Providers;

B. The Service Provider does not carry out the main work of this Other Service work, for at least 60 (sixty) calendar days due to force majeure as referred to in Article 2.6.1.a. 1, article 2.6.1.a.2, Article 2.6.a.3.

C. PPK failed to comply with the final dispute resolution decision

**7.5   Payment after termination**; At the time the Contract is terminated under Articles 7.4.1 and 7.4.2 SSUK, PPK are obliged to pay work performance by taking into account the late fee (if any) and

repayment of advance payments (if not yet paid by Service Provider) until the effective date of contract termination

## 8. DISPUTE RESOLUTION

**8.1**   Discussion; THE PARTIES shall make every effort to resolve by deliberation for all disputes arising out of/or relating to this Contract or its interpretation during or after the implementation of the Other Service Work. Settlement by deliberation can be done directly between the PARTIES or through a third party intermediary agreed by the PARTIES in the form of, among others, mediation or conciliation.

**8.2**   Institution for termination dispute; If the dispute above cannot be resolved by deliberation then each Party has the right to submits the matters to the National Arbitration Board Indonesia (BANI) according to administrative regulations and the rules of procedure for BANI arbitrators, whose decisions are binds both dispute parties as a decision first and final level. The Parties agree that the amount the arbitrator is 3 (three) people. Each Party must appoint one arbitrator and the two appointed arbitrators by the Parties will select a third arbitrator who will act as arbitrator leader

# SURAT PERJANJIAN

untuk melaksanakan

**PENYEDIAAN PUSAT LAYANAN JASA AKSES INTERNET KECAMATAN KPU/USO YANG BERSIFAT BERGERAK (MOBILE) PAKET PEKERJAAN 19 (SEMBILAN BELAS) DI PROPINSI MALUKU DAN PROPINSI MALUKU UTARA**

Nomor : 35/PKS/KOMINFO/12/2010
Nomor : 013-PJL/RMI-BTIP/XII/2010

ANTARA

BALAI TELEKOMUNIKASI DAN INFORMATIKA PERDESAAN
DIREKTORAT JENDERAL POS DAN TELEKOMUNIKASI
KEMENTERIAN KOMUNIKASI DAN INFORMATIKA

DENGAN

PT. RAHAJASA MEDIA INTERNET

1

## SURAT PERJANJIAN

untuk melaksanakan

### PENYEDIAAN PUSAT LAYANAN JASA AKSES INTERNET KECAMATAN KPU/USO YANG BERSIFAT BERGERAK (MOBILE) PAKET PEKERJAAN 19 (SEMBILAN BELAS) DI PROPINSI MALUKU DAN PROPINSI MALUKU UTARA

Nomor: 35/PKS/KOMINFO/12/2010
Nomor: 013-PJL/RMI-BTIP/XII/2010

SURAT PERJANJIAN ini berikut semua lampirannya (selanjutnya disebut "Kontrak") dibuat dan ditandatangani di Jakarta pada hari Rabu tanggal duapuluh dua bulan Desember tahun dua ribu sepuluh (22-12-2010) antara :

I. **Tuan Haji SANTOSO** (didalam Kartu Tanda Penduduk tertulis DRS. H. SANTOSO ABDUL KOHAR), lahir di Banyuwangi pada tanggal 25 Desember 1960 bertempat tinggal Jl. Delima Raya I/218 RT 012 RW 003 Kelurahan Rambutan Kecamatan Ciracas Kotamadya Jakarta Timur, Nomor KTP  09.5404.251260.8511

   - dalam hal ini bertindak selaku **Pejabat Pembuat Komitmen**, dari dan oleh karenanya untuk dan atas nama **Balai Telekomunikasi dan Informatika Perdesaan (BTIP), Direktorat Jenderal Pos Dan Telekomunikasi,** berdasarkan Keputusan Menteri Komunikasi dan Informatika Nomor: 01/KEP/M.KOMINFO/1/2010 tentang Penunjukan Kuasa Pengguna Anggaran, Pejabat Pembuat Komitmen, Pejabat Penerbit Surat Perintah Membayar, Bendahara Penerimaan dan Bendahara Pengeluaran di Lingkungan Departemen Komunikasi dan Informatika Tahun Anggaran 2010, yang berkedudukan di Menara Ravindo Lt. 5, Jalan Kebun Sirih Nomor 75, Jakarta Pusat;

   - selanjutnya disebut **PIHAK PERTAMA**;

II. **Tuan BRM ROY RAHAJASA YAMIN,** lahir di Jakarta, pada tanggal 17 Maret 1967, bertempat tinggal di Jakarta, Jl. Dipenogoro No. 10 Menteng, Jakarta Pusat, Nomor KTP 09.5006.170367.0148

   - dalam hal ini bertindak selaku Direktur **PT. Rahajasa Media Internet**, bertempat kedudukan Jakarta, Jl. HR. Rasuna Said Kav. X-7 No.6, Gedung Plaza 89, lantai 4 suite 407, Jakarta 12940,  demikian bertindak dari dan karena itu untuk dan atas nama serta mewakili **PT. Rahasaja Media Internet**, suatu Perseroan Terbatas yang didirikan berdasarkan Hukum Negara Republik Indonesia, dengan Akta tertanggal 18 November 1994 Nomor 127, dibuat dihadapan Rachmat Santoso, S.H., Notaris di Jakarta, yang telah disahkan berdasarkan Surat Keputusan Menteri Kehakiman dan HAM RI No. C2-4068:HT.01.01.PH.95, tanggal 7 April 1995, yang anggaran dasarnya telah diumumkan dalam Berita Negara Republik Indonesia tertanggal 27 Juni 1995 No. 51, Tambahan Nomor 5325 tahun 1995,  dan perubahan-

perubahannya terakhir telah tercantum dalam : Akta Nomor 36 tanggal 30 Juni 2010, dibuat dihadapan Agus Madjid, SH, Notaris di Jakarta

- selanjutnya disebut **PIHAK KEDUA**;

**PIHAK PERTAMA** dan **PIHAK KEDUA** secara bersama-sama dalam Kontrak ini selanjutnya disebut **PARA PIHAK** dan masing-masing sebagai **PIHAK**.

MENGINGAT BAHWA:

(a) bahwa **PIHAK PERTAMA** telah melaksanakan lelang umum Penyediaan Pusat Layanan Jasa Akses Internet Kecamatan KPU/USO yang bersifat bergerak (mobile) Paket Pekerjaan 19 (sembilan belas) di Propinsi Maluku dan Propinsi Maluku Utara dalam rangka memenuhi amanat Pasal 5 dalam Peraturan Menteri Komunikasi dan Informatika Nomor 48/PER/M.KOMINFO/11/2009 tentang Penyediaan Jasa Akses Internet Pada Wilayah Pelayanan Universal Telekomunikasi Internet Kecamatan sebagaimana telah diubah dengan Peraturan Menteri Komunikasi dan Informatika Nomor 19/PER/M.KOMINFO/12/2010;

(b) bahwa **PIHAK KEDUA** telah mengikuti proses lelang Penyediaan Pusat Layanan Jasa Akses Internet Kecamatan KPU/USO yang bersifat bergerak (mobile) Paket Pekerjaan 19 (Sembilan belas) di Propinsi Maluku dan Propinsi Maluku Utara serta telah ditetapkan sebagai pemenang lelang Penyediaan Pusat Layanan Jasa Akses Internet Kecamatan KPU/USO yang bersifat bergerak (mobile) Paket Pekerjaan 19 (Sembilan belas) di Propinsi Maluku dan Propinsi Maluku Utara berdasarkan Surat Penetapan Pemenang Lelang Ketua Panitia Pengadaan Penyediaan Kewajiban Pelayanan Universal Telekomunikasi (Program KPU/USO) Pada Tahun 2010 Nomor: 16/PL-USO/MPLIK-PK19/BTIP-BLU/KOMINFO/12/2010 tanggal 13 Desember 2010;

(c) **PIHAK PERTAMA** dan **PIHAK KEDUA** mengakui dan menyatakan bahwa sehubungan dengan penandatanganan Kontrak ini masing-masing pihak:

1) telah dan senantiasa diberikan kesempatan untuk didampingi oleh advokat;
2) menandatangani Kontrak ini setelah meneliti secara patut;
3) telah membaca dan memahami secara penuh ketentuan Kontrak ini;
4) telah mendapatkan kesempatan yang memadai untuk memeriksa dan mengkonfirmasikan semua ketentuan dalam Kontrak ini beserta semua fakta dan dan kondisi yang terkait.

**PARA PIHAK** dengan ini sepakat dan menyetujui hal-hal sebagai berikut:

1. Total harga Kontrak atau Nilai Kontrak setelah Pajak Pertambahan Nilai (PPN) yang diperoleh berdasarkan kuantitas dan harga satuan pekerjaan sebagaimana tercantum dalam Daftar Kuantitas dan Harga adalah sebesar **Rp. 61.662.944.857,- (Enam puluh satu milyar enam ratus enam puluh dua juta sembilan ratus empat puluh empat ribu delapan ratus lima puluh tujuh rupiah);**

3

2. Pembayaran uang muka dan/atau pembayaran prestasi pekerjaan kepada **PIHAK KEDUA** dengan melakukan transfer langsung ke **Rekening PT. Rahajasa Media Internet pada Bank BCA Cabang Kuningan Jakarta dengan nomor rekening: 217-300209-2**;

3. Peristilahan dan ungkapan dalam Surat Perjanjian ini memiliki arti dan makna yang sama seperti yang tercantum dalam Kontrak;

4. Dokumen-dokumen berikut (selanjutnya disebut "Dokumen Kontrak") merupakan satu-kesatuan dan bagian yang tidak terpisahkan dari Kontrak ini :

   a) Surat perjanjian;
   b) Dokumen penawaran berikut kuantitas dan harga;
   c) Amandemen kontrak (apabila dibuat kemudian);
   d) Syarat-Syarat Khusus Kontrak;
   e) Syarat-Syarat Umum Kontrak;
   f) Data Teknis;
   g) Dokumen lainnya seperti: jaminan-jaminan, SPPJ, Berita Acara Hasil Pelelangan, Berita Acara Penjelasan dokumen pemilihan.

5. Dokumen Kontrak dibuat untuk saling menjelaskan satu sama lain, dan jika terjadi pertentangan antara ketentuan dalam suatu dokumen dengan ketentuan dalam dokumen yang lain maka yang berlaku adalah ketentuan dalam dokumen yang lebih tinggi berdasarkan urutan hierarki pada angka (4) di atas;

6. Hak dan kewajiban timbal-balik **PIHAK PERTAMA** dan **PIHAK KEDUA** dinyatakan dalam Kontrak yang meliputi khususnya:

   a) **PIHAK KEDUA** berkewajiban untuk melaksanakan pekerjaan Jasa Lainnya untuk **PIHAK PERTAMA** sesuai dengan ketentuan Kontrak; dan

   b) **PIHAK PERTAMA** berkewajiban untuk melakukan pembayaran kepada **PIHAK KEDUA** sesuai dengan ketentuan Kontrak;

7. Kontrak ini mulai berlaku efektif terhitung sejak tanggal yang ditetapkan dalam Pasal 2.1 Syarat-Syarat Umum/Khusus Kontrak dengan tanggal mulai dan penyelesaian keseluruhan pekerjaan sebagaimana diatur dalam Pasal 2.3 dan Pasal 2.4 Syarat-Syarat Umum/Khusus Kontrak.

DENGAN DEMIKIAN, **PIHAK PERTAMA** dan **PIHAK KEDUA** telah bersepakat untuk menandatangani Kontrak ini pada tanggal tersebut di atas dan melaksanakan Kontrak sesuai dengan ketentuan peraturan perundang-undangan yang berlaku di Republik Indonesia.

Kontrak ini dibuat tanpa perubahan baik berupa coretan, tambahan maupun gantian.

Setelah **PARA PIHAK** membaca dan memahami sepenuhnya seluruh ketentuan dalam Kontrak ini, maka para pihak menandatangani Kontrak ini dan membubuhkan paraf mereka pada setiap halaman.

| Untuk dan atas nama **PIHAK PERTAMA** | Untuk dan atas nama **PIHAK KEDUA** |
|---|---|
| **H. SANTOSO**<br>Pejabat Pembuat Komitmen Balai<br>Telekomunikasi dan Informatika Perdesaan | **BRM ROY RAHAJASA YAMIN**<br>Direktur<br>PT. Rahajasa Media Internet |

5

| | | |
|---|---|---|
| 7.4.2 | **Pemutusan Oleh Penyedia Jasa** | Penyedia Jasa dapat memutuskan Kontrak ini melalui pemberitahuan tertulis kepada PPK dengan mengabaikan ketentuan Pasal 1266 Kitab Undang-Undang Hukum Perdata dalam hal-hal sebagai berikut : |

a. PPK tidak melakukan pembayaran tagihan selambat-lambatnya 45 (empat puluh lima) hari kalendar terhitung sejak tagihan dan kelengkapan dokumen penunjang sebagaimana diatur dalam Pasal 5.3 SSKK tentang pembayaran prestasi kerja, diterima secara lengkap dan benar oleh PPK, dan setelah menerima teguran tertulis dari Penyedia Jasa;

b. Penyedia Jasa tidak melaksanakan pekerjaan utama pekerjaan Jasa Lainnya ini, sekurang-kurangnya 60 (enam puluh) hari kalendar diakibatkan karena Keadaan kahar sebagaimana dimaksud Pasal 2.6.1.a.1, pasal 2.6.1.a.2, Pasal 2.6.a.3

c. PPK gagal mematuhi keputusan akhir penyelesaian perselisihan

| | | |
|---|---|---|
| 7.5 | **Pembayaran setelah Pemutusan** | Pada saat Kontrak diputuskan berdasarkan Pasal 7.4.1 dan 7.4.2 SSUK, PPK wajib untuk melakukan pembayaran prestasi pekerjaan dengan memperhitungkan denda keterlambatan (bila ada) dan pelunasan pembayaran uang muka (bila belum dilunasi oleh Penyedia Jasa) sampai dengan tanggal berlakunya pemutusan Kontrak |

## 8. Penyelesaian Perselisihan

| | |
|---|---|
| **8.1 Musyawarah** | PARA PIHAK wajib berupaya sungguh-sungguh menyelesaikan secara musyawarah semua perselisihan yang timbul dari atau berhubungan dengan Kontrak ini atau interpretasinya selama atau setelah pelaksanaan Pekerjaan Jasa Lainnya ini.<br>Penyelesaian secara musyawarah dapat dilakukan secara langsung antara PARA PIHAK atau dengan perantaraan pihak ketiga yang disepakati oleh PARA PIHAK dalam bentuk antara lain mediasi atau konsiliasi. |
| **8.2 Lembaga Pemutus Sengketa** | Jika perselisihan di atas tidak dapat diselesaikan secara musyawarah maka masing-masing Pihak berhak untuk mengajukan perselisihan ke lembaga Badan Arbitrase Nasional Indonesia (BANI) menurut peraturan-peraturan administrasi dan peraturan-peraturan prosedur arbiter BANI, yang keputusannya mengikat kedua belah pihak yang bersengketa sebagai keputusan tingkat pertama dan terakhir. Para Pihak setuju bahwa jumlah arbitrator adalah 3 (tiga) orang. Masing-masing Pihak harus menunjuk seorang arbitrator dan kedua arbitrator yang ditunjuk oleh Para Pihak akan memilih arbiter ketiga yang akan bertindak sebagai pimpinan arbitrator. |