**EXHIBIT B3**

(Arbitration Award)
Original

## BADAN ARBITRASE NASIONAL INDONESIA (BANI)
## PERWAKILAN SURABAYA



**PUTUSAN :**
**Reg. No. 30/ARB/BANI-SBY/III/2017**
**Tanggal 27 Juli 2017**

# PENGADILAN NEGERI JAKARTA SELATAN
## KELAS I A KHUSUS
Jalan Ampera Raya Nomor. 133 Ragunan, Pasar Minggu, Jakarta Selatan, -12550
Telp.621 - 7805909 Fax. 621 - 7805906
Email : informasi@pn-jakartaselatan.go.id
Website : www.pn-jakartaselatan.go.id

### AKTA PENDAFTARAN
#### No.18/ARB/HKM/2017/PN.Jkt.Sel

Pada hari ini ; Selasa, tanggal : Lima belas bulan : Agustus, tahun : *Dua ribu Tujuh belas, telah datang menghadap* kehadapan saya :

| | |
|---|---|
| Nama | : **I GDE NGURAH ARYA WINAYA,SH.,MH** |
| NIP | : **19630424 198311 1 001** |
| Jabatan | : **Panitera Pengadilan Negeri Jakarta Selatan** |
| Alamat | : Jl. Ampera Raya 133, Jakarta |

Seorang bernama **SUHIRMANTO,SH**, beralamat di Jl. Ketintang Baru VIII/10 Surabaya, sebagai kuasa dari : Majelis Arbitrase Badan Arbitrase Nasional Indonesia (BANI) Perwakilan Surabaya, beralamat di Jl. Ketintang Baru VIII No.10, Surabaya, berdasar Surat Kuasa Khusus No. 118A/ S.Khusus/BANI-SBY/VII/2017, *tertanggal 27 Juli 20017*, untuk mendaftarkan Putusan Badan Arbitrase Nasional Indonesia (BANI) Perwakilan Surabaya No.30/ARB/BANI-SBY/III/2017 tertanggal 27Juli 2017, dalam perkara antara :

**PT. RAHAJASA MEDIA INTERNET**, berkedudukan di Jakarta beralamat di Graha Darnelis lantai 2 Jl. Amil No. 7 Pejaten Barat, kodepos 12510, Jakarta, memiliki kantor cabang di Surabaya beralamat di Plaza BRI lantai 8 suite 803 Jl. Basuki Rahmat No. 122, kodepos 60271 Surabaya dan kantor cabang di Bandung beralamat di Gedung Bumi Bina Usaha, lantai 3, suite 301b, Jl. Asia AfrikaNo. 141-149, kodepos 40112 Bandung, dalam hal ini diwakili oleh **BRM Roy Rahajasa Yamin**, selaku Direktur, melalui Kuasa Hukumnya **Dr. Suhar Adi Konstanto,SH,MH, Ibrahim Suryoatmodjo,SH,MKN, Sri Ardhana Riswari, SH,MKN,** Ketiganya berkantor di Jl. Ambengan Plaza blok A-22, Jalan Ngemplak No. 30, Surabaya, berdasar Surat Kuasa Khusus tertanggal 23 Mei 2017, untuk selanjutnya disebut sebagai ............................................................................................................................................................ **PEMOHON;**

#### Melawan

**Balai Penyedia Dan Pengelola Pembiayaan Telekomunikasi dan Informatika Direktorat Jenderal Penyelenggaraan Pos dan Informatika Kementerian Komunikasi dan Informatika R.I. ("BP3TI") d/h Balai Telekomunikasi dan Informatika Perdesaan Direktorat Jenderal Pos dan Telekomunikasi Kementerian Komunikasi dan Informatika R.I.**, beralamat di Gedung Wisma Kodel lantai 6, Jalan HR Rasuna Said Kav B4, Jakarta qq. Kementerian Komunikasi dan Informatika R.I. diwakili oleh **Ir. Anang Latif, MSc. Selaku Direktur Utama**, melalui Kuasa Hukumnya **Sampurno Budisetianto,SH,MH,** Advokat pada Kantor Pengacara **SAMPURNO BUDISETIANTO & REKAN**, berkantor di Green Palace Kalibata City Unit T/20/CF, Jalan Kalibata Raya No.1, Jakarta 12750, berdasar Surat Kuasa Khusus tertanggal 21 April 2017 dan dirubah tanggal 31 Mei 2017, selanjutnya disebut ............................................................................................................................................................ **TERMOHON;**

Demikian Akta Penyimpanan ini dibuat dan ditandatangani oleh Panitera tersebut dan Penghadap sesuai dengan ketentuanPasal 59 Undang-Undang No. 30/1999 tentang Arbitrase dan Alternatif Penyelesaian Sengketa;

No. 1573 / Leg pan / 2017 / PN Jak sel
Fotocopy Ini Sesuai dengan Aslinya
Telah dibayar PNBP Rp.3000,
PANITERA MUDA PIDANA

**Penghadap**

JUL RIZAL, SH. MH.
NIP. 19610731 198303 1 004

**SUHIRMANTO,SH.**

**Panitera**
**Pengadilan Negeri Jakarta Selatan**

**I GDE NGURAH ARYA WINAYA,SH.,MH**



**BADAN ARBITRASE NASIONAL INDONESIA (BANI)**
**PERWAKILAN SURABAYA**
Sekretariat    : Jl.Ketintang Baru II/1-3 Surabaya
Tempat Sidang   : Jl. Ketintang Baru VIII/10 Surabaya
Tlp. 031-8293486,8287414, Fax. 031-8290522, E-mail : banisurabaya1@gmail.com

# P U T U S A N

### Perkara No.30/ARB/BANI-SBY/III/2017

### "DEMI KEADILAN BERDASARKAN KETUHANAN YANG MAHA ESA"

Majelis Arbitrase pada Badan Arbitrase Nasional Indonesia (BANI) Perwakilan Surabaya yang memeriksa perkara dalam tingkat pertama dan terakhir, telah menjatuhkan putusan dalam sengketa antara :

**PT. RAHAJASA MEDIA INTERNET**, berkedudukan di Jakarta beralamat di Graha Darnelis lantai 2 Jl. Amil No. 7 Pejaten Barat, kode pos 12510, Jakarta, memiliki kantor cabang di Surabaya beralamat di Plaza BRI lantai 8 suite 803 Jl. Basuki Rahmat No. 122, kode pos 60271 Surabaya dan kantor cabang di Bandung beralamat di Gedung Bumi Bina Usaha, lantai 3, suite 301b, Jl. Asia Afrika no. 141-149, kode pos 40112 Bandung, dalam hal ini diwakili oleh **BRM Roy Rahajasa Yamin**, selaku Direktur, didampingi Kuasa Hukumnya **Dr. Suhar Adi Konstanto,SH,MH, Ibrahim Suryoatmodjo,SH,MKN, Sri Ardhana Riswari, SH,MKN,** Ketiganya berkantor di Jl. Ambengan Plaza blok A-22, Jalan Ngemplak No. 30, Surabaya, berdasar Surat Kuasa Khusus tertanggal 23 Mei 2017 untuk selanjutnya disebut sebagai
................................................................................................................. **PEMOHON;**

#### · **Melawan**

**Balai Penyedia Dan Pengelola Pembiayaan Telekomunikasi dan Informatika Direktorat Jenderal Penyelenggaraan Pos dan Informatika Kementerian Komunikasi dan Informatika R.I. ("BP3TI") d/h Balai Telekomunikasi dan Informatika Perdesaan Direktorat Jenderal Pos dan Telekomunikasi Kementerian Komunikasi dan Informatika R.I.**, beralamat di Gedung Wisma Kodel lantai 6, Jalan HR Rasuna Said Kav B4, Jakarta qq. Kementerian Komunikasi dan Informatika R.I. diwakili **oleh Ir. Anang Latif, MSc. Selaku Direktur Utama,** melalui Kuasa Hukumnya **Sampurno Budisetianto,SH,MH,** Advokat pada Kantor Pengacara **SAMPURNO**

1



**Budisetianto,SH,MH,**      Advokat    pada    Kantor    Pengacara   **SAMPURNO BUDISETIANTO & REKAN,** berkantor di Green Palace Kalibata City Unit T/20/CF, Jalan Kalibata Raya No.1, Jakarta 12750, berdasar Surat Kuasa Khusus tertanggal 21 April 2017 dan dirubah tanggal 31 Mei 2017, selanjutnya disebut ........ **TERMOHON;**

Menimbang bahwa Badan Arbitrase Nasional Indonesia (BANI) Perwakilan Surabaya membaca berkas dalam perkara ini telah memastikan bahwa berdasarkan Pasal 7 Undang-undang Nomor 30 Tahun 1999 tentang Arbitrase dan Alternatif Penyelesaian Sengketa (**"UU Arbitrase"**) serta klausul arbitrase yang terdapat dalam perjanjian yang mengikat antara PEMOHON dan TERMOHON yang tercantum dalam perjanjian khususnya Pasal 8 Syarat-Syarat Umum Kontrak masing-masing Perjanjian Layanan Internet Program KPU/USO (**vide Bukti P-01, Bukti P-02, Bukti P-03, Bukti P-04, Bukti P-05**) ditentukan mengenai cara peyelesaian perselisihan pelaksanaan Perjanjian Layanan Internet Program KPU/USO yang berbunyi sebagai berikut:

### Pasal 8. Penyelesaian Perselisihan
#### Pasal 8.1. Musyawarah
*"PARA PIHAK wajib berupaya sungguh-sungguh menyelesaikan secara musyawarah semua perselisihan yang timbul dari atau berhubungan dengan Kontrak ini atau interpretasinya selama atau setelah pelaksanaan Pekerjaan Jasa Lainnya ini. Penyelesaian secara musyawarah dapat dilakukan secara langsung antara PARA PIHAK atau dengan perantaraan pihak ketiga yang disepakati oleh PARA PIHAK dalam bentuk antara lain mediasi atau konsiliasi."*

#### Pasal 8.2. Lembaga Pemutus Sengketa
*"Jika perselisihan di atas tidak dapat diselesaikan secara musyawarah maka masing-masing Pihak berhak untuk mengajukan perselisihan ke lembaga **Badan Arbitrase Nasional Indonesia (BANI)** menurut peraturan-peraturan administrasi dan peraturan-peraturan prosedur arbiter BANI, yang keputusannya mengikat kedua belah pihak yang bersengketa sebagai keputusan tingkat pertama dan terakhir. Para Pihak setuju bahwa jumlah arbitrator adalah 3 (tiga) orang. Masing-masing Pihak harus menunjuk seorang arbitrator dan kedua arbitrator yang ditunjuk oleh Para Pihak akan memilih arbitrator ketiga yang akan bertindak sebagai pimpinan arbitrator";*

Menimbang, bahwa PEMOHON telah mengajukan surat permohonan kepada Badan Arbitrase Nasional Indonesia (BANI) Perwakilan Surabaya tertanggal 20 Maret 2017 dan telah didaftar dibawah Register No. 30/ARB/BANI-SBY/III/2017 tanggal 24 Maret 2017;





Menimbang, bahwa PEMOHON telah menunjuk Ismet Baswedan,SH,FCBArb. Sebagai Arbiter pilihan PEMOHON sesuai suratnya No.18/RMI-RRY/DIR/III/2016, tertanggal 27 Maret 2017;

Menimbang, bahwa TERMOHON telah menunjuk Basoeki,SH,FCBArb. Sebagai Arbiter pilihan TERMOHON sesuai suratnya No.1396/KOMINFO/BPPPTI.31.6/ HK.04.01/04/2017, tertanggal 7 April 2017;

Menimbang, bahwa Arbiter pilihan PEMOHON dan pilihan TERMOHON menunjuk Ny. Hartini Mochtar Kasran,SH,FCBArb, sebagai Ketua Majelis Arbitrase;

Menimbang, bahwa Surat Keputusan Badan Arbitrase Nasional Indonesia (BANI) Perwakilan Surabaya No. 81/SK/BANI-SBY/V/2017, tertanggal 16 Mei 2017   tentang Susunan Majelis Arbitrase;

Menimbang, bahwa PEMOHON dan TERMOHON dalam Sidang Pertama tanggal 23 Mei 2017, sepakat penyelesaian sengketa antara PEMOHON dan TERMOHON diperiksa dan diputus oleh MaJelis Arbitrase pada Badan Arbitrase Nasional Indonesia (BANI) Perwakilan Surabaya yang merupakan putusan final dan mengikat;

### TENTANG DUDUK PERKARANYA

Menimbang, bahwa **PEMOHON** dalam surat permohonannya tertanggal 20 Maret 2017 telah mengajukan permohonan sebagai berikut :

## I. KEWENANGAN BADAN ARBITRASE NASIONAL INDONESIA (BANI) DALAM MENGADILI PERKARA *A QUO*.

1. Bahwa permohonan Arbitrase *aquo* diajukan kepada Badan Arbitrase Nasional Indonesia ("BANI") berdasarkan Pasal 7 Undang-undang Nomor 30 Tahun 1999 tentang Arbitrase dan Alternatif Penyelesaian Sengketa ("UU **Arbitrase**") serta klausul arbitrase yang terdapat dalam perjanjian yang mengikat antara PEMOHON dan TERMOHON sebagai berikut:

    1.1. Syarat Syarat Umum Kontrak ("**SSUK**") Pasal 8.2. Surat Perjanjian Penyediaan Pusat Layanan Jasa Akses Internet Kecamatan KPU/USO Yang Bersifat Bergerak (mobile) Paket Pekerjaan 19 (sembilan belas) di Maluku & Maluku Utara Nomor: 35/PKS/KOMINFO/12/2010, tanggal 22 Desember 2010 ("**Perjanjian MPLIK Paket 19**") yang telah dilakukan Amandemen berdasarkan Surat Perjanjian Nomor: 62/ADD-PKS/BP3TI/KOMINFO/07/ 2011 tertanggal 25 Juli 2011 dan





Amandemen   Kedua   Surat   Perjanjian   Nomor:   69/PKS-ADD/
BP3TI.KOMINFO/12/2011 tertanggal 5 Desember 2011 (**Bukti P-01**);

1.2. **SSUK** Pasal 8.2. Surat Perjanjian Penyediaan Pusat Layanan Jasa Akses Internet Kecamatan KPU/USO Yang Bersifat Bergerak (mobile) Paket Pekerjaan 1 (satu) di Propinsi Nangroe Aceh Darussalam Nomor: 10/PKS/KOMINFO/12/2011 tanggal 5 Desember 2011 ("**Perjanjian MPLIK Paket 1**") yang telah dilakukan Amandemen berdasarkan Surat Perjanjian Nomor: 10/PKS-AMD/BP3TI/KOMINFO/11/2012 tanggal 13 November 2012 (**Bukti P-02**);

1.3. **SSUK** Pasal 8.2. Surat Perjanjian Penyediaan Jasa Akses Publik Layanan Internet Wifi Kabupaten KPU/USO (JALIN-KPU/USO) Paket Pekerjaan 2 (Dua) Nomor: 31/PKS/KOMINFO/12/2011, tanggal 30 Desember 2011 ("**Perjanjian JALIN WIFI Paket 2**") yang telah dilakukan Amandemen berdasarkan Surat Perjanjian Nomor: 31/PKS-AMD/BP3TI/KOMINFO/11/2012, tanggal 13 November 2012 dan Amandemen   Kedua   Surat   Perjanjian   Nomor:   31/PKS-AMD.2/BP3TI/KOMINFO/12/2014, tanggal 15 Desember 2014 (**Bukti P-3**);

1.4. **SSUK** Pasal 8.2. Surat Perjanjian Penyediaan Jasa Akses Publik Layanan Internet Wifi Kabupaten KPU/USO (JALIN-KPU/USO) Paket Pekerjaan 7 (Tujuh) Nomor: 36/PKS/KOMINFO/12/2011, tanggal 30 Desember 2011 ("**Perjanjian JALIN WIFI Paket 7**") yang telah dilakukan Amandemen berdasarkan Surat Perjanjian Nomor: 36/PKS-AMD/BP3TI/KOMINFO/11/2012, tanggal 13 November 2012 dan Amandemen   Kedua   Surat   Perjanjian   Nomor:   36/PKS-AMD.2/BP3TI/KOMINFO/12/2014, tanggal 15 Desember 2014 (**Bukti P-4**);

1.5. **SSUK** Pasal 8.2. Surat Perjanjian Penyediaan Jasa Akses Telekomunikasi dan Informatika Perdesaan KPU/USO (Upgrading Desa Pinter) Paket Pekerjaan 5 (Lima) Di Propinsi Maluku Nomor: 42/PKS/KOMINFO/1/2012, tanggal 5 Januari 2012 ("**Perjanjian Desa Pinter Paket 5**") yang telah dilakukan Amandemen berdasarkan Surat Perjanjian Nomor: 42/PKS-AMD/BP3TI/KOMINFO/11/2012, tanggal 14 Desember 2012 (**Bukti P-05**).

2. Bahwa Perjanjian MPLIK Paket 1, Perjanjian JALIN WIFI Paket 2, Perjanjian Desa Pinter Paket 5, Perjanjian JALIN WIFI Paket 7, dan Perjanjian MPLIK Paket 19 (untuk selanjutnya secara bersama – sama disebut dengan "**Perjanjian Layanan Internet Program KPU/USO**") masing–masing terdiri dari beberapa dokumen yang merupakan satu kesatuan dan bagian yang tidak terpisahkan yaitu:
   2.1. Surat Perjanjian;
   2.2. Dokumen penawaran berikut kuantitas dan harga;
   2.3. Amandemen kontrak (apabila dibuat kemudian);
   2.4. Syarat-syarat khusus Kontrak;
   2.5. Syarat-syarat umum Kontrak;
   2.6. Data teknis;
   2.7. Dokumen lainnya seperti jaminan-jaminan, SPPJ, Berita Acara Hasil Pelelangan, Berita Acara Penjelasan dokumen pemilihan.

3. Bahwa dalam Pasal 8 Syarat-Syarat Umum Kontrak masing-masing Perjanjian Layanan Internet Program KPU/USO (**vide Bukti P-01, Bukti P-02, Bukti P-03, Bukti P-04,**





**Bukti P-05)** ditentukan mengenai cara peyelesaian perselisihan pelaksanaan Perjanjian Layanan Internet Program KPU/USO yang berbunyi sebagai berikut:

### Pasal 8. Penyelesaian Perselisihan
### Pasal 8.1. Musyawarah

*"PARA PIHAK wajib berupaya sungguh-sungguh menyelesaikan secara musyawarah semua perselisihan yang timbul dari atau berhubungan dengan Kontrak ini atau interpretasinya selama atau setelah pelaksanaan Pekerjaan Jasa Lainnya ini. Penyelesaian secara musyawarah dapat dilakukan secara langsung antara PARA PIHAK atau dengan perantaraan pihak ketiga yang disepakati oleh PARA PIHAK dalam bentuk antara lain mediasi atau konsiliasi."*

### Pasal 8.2. Lembaga Pemutus Sengketa

*"Jika perselisihan di atas tidak dapat diselesaikan secara musyawarah maka masing-masing Pihak berhak untuk mengajukan perselisihan ke lembaga **Badan Arbitrase Nasional Indonesia (BANI)** menurut peraturan-peraturan administrasi dan peraturan-peraturan prosedur arbiter BANI, yang keputusannya mengikat kedua belah pihak yang bersengketa sebagai keputusan tingkat pertama dan terakhir. Para Pihak setuju bahwa jumlah arbitrator adalah 3 (tiga) orang. Masing-masing Pihak harus menunjuk seorang arbitrator dan kedua arbitrator yang ditunjuk oleh Para Pihak akan memilih arbitrator ketiga yang akan bertindak sebagai pimpinan arbitrator";*

4. Bahwa dalam rangka menyelesaikan perselisihan dalam pelaksanaan Perjanjian Penyediaan Program KPU/KSO sebagaimana diatur dalam Pasal 8.1. Perjanjian Penyediaan Program KPU/KSO, PEMOHON dan TERMOHON telah menyelenggarakan 8 (delapan) kali musyawarah namun tidak seluruh materi bahasan dalam musyawarah dapat mencapai mufakat. Beberapa materi bahasan yang tidak mencapai mufakat dalam musyawarah–musyawarah tersebut adalah :

   4.1. Nilai kompensasi atas penghentian pelaksanaan Perjanjian Layanan Internet Program KPU/USO yang dapat dibayarkan oleh TERMOHON kepada PEMOHON khususnya terhadap permohonan *cost of fund* (bunga/denda) yang dibebankan oleh bank selaku pemberi modal untuk pembangunan Pekerjaan Penyediaan Program KPU/USO kepada PEMOHON serta selisih kurs dollar Amerika terhadap mata uang Rupiah;

   4.2. Status kepemilikan aset yang diadakan oleh PEMOHON dalam pelaksanaan Pekerjaan Penyediaan Program KPU/USO setelah dilakukannya pembayaran ganti rugi biaya pembangunan Pekerjaan Penyediaan Program KPU/USO oleh TERMOHON kepada PEMOHON serta biaya yang timbul akibat dari status aset dan atau kondisi aset (jika diserahterimakan);

   4.3. Format dan atau kesepakatan atas status pengakhiran (terminasi) Perjanjian Layanan Internet Program KPU/USO setelah dilakukannya pembayaran ganti rugi biaya pembangunan Pekerjaan Penyediaan Program KPU/USO oleh TERMOHON kepada PEMOHON;

5. Bahwa sesuai dengan Pasal 7 dan 11 UU Arbitrase, dengan diaturnya klausul arbitrase sebagaimana Pasal 8.2 SSUK Perjanjian MPLIK Paket 19, Perjanjian MPLIK Paket 1,

5



Perjanjian JALIN WIFI Paket 2, Perjanjian JALIN WIFI Paket 7, Perjanjian Desa Pinter Paket 5 tersebut, membuat Para Pihak dalam perjanjian tersebut telah terikat dalam dan tidak memiliki hak untuk menyelesaikan sengeketa ke Pengadilan Negeri dan Pengadilan Negeri wajib menolak dan tidak akan campur tangan di dalam suatu penyelesaian sengketa yang telah ditetapkan melalui arbitase dan harus menyelesaikannya melalui arbitrase.

6. Bahwa sengketa yang diajukan oleh PEMOHON untuk diselesaikan oleh BANI adalah sengketa yang timbul dari perjanjian antara PEMOHON dan TERMOHON sebagaimana dimaksud Pasal 1 Peraturan Prosedur Arbitrase BANI.

7. Bahwa berdasarkan Pasal 11 UU Arbitrase, Pasal 1 Peraturan Prosedur Arbitrase BANI, dan Pasal 8.2 SSUK Perjanjian MPLIK Paket 19, Perjanjian MPLIK Paket 1, Perjanjian JALIN WIFI Paket 2, Perjanjian JALIN WIFI Paket 7, Perjanjian Desa Pinter Paket 5 tersebut, maka PEMOHONan ini telah tepat diajukan ke Badan Arbitrase Nasional Indonesia dan Badan Arbitrase Nasional Indonesia berwenang untuk memeriksa, mengadili serta membuat putusan yang final dan mengikat pada perkara *a quo* (*vide* **Bukti P-01, Bukti P-02, Bukti P-03, Bukti P-04, Bukti P-05**).

## II. KEWENANGAN BADAN ARBITRASE NASIONAL INDONESIA (BANI) PERWAKILAN <u>SURABAYA</u> DALAM MENGADILI PERKARA *A QUO*.

1. Bahwa PEMOHON mengajukan permohonan ini melalui **BANI Perwakilan Surabaya** dengan pertimbangan sebagai berikut :

   1.1. Prinsip kehati-hatian terkait dengan legalitas kelembagaan yang dapat berdampak pada legalitas keputusan, dalam hal ini BANI Perwakilan Jakarta memiliki dualisme kepengurusan yakni BANI yang berkantor di Gedung Wahana Graha Jl. Mampang Prapatan No. 2 Jakarta (www.baniarbitration.org) dan BANI yang berkantor di Gedung Sovereign Plaza Jl. TB Simatupang Kav.36 Jakarta (www.baniarbitraseindonesia.org).

   1.2. Jadwal Para Arbiter dan Sekretariat BANI Perwakilan Jakarta yang padat sehingga berpotensi lambatnya proses arbitrase yang diajukan oleh Radnet. Hal ini tidak sejalan dengan Peraturan Prosedur Arbitrase Badan Arbitrase Nasional Indonesia BAB.II Pasal 4 angka 6 .

   > " 6. Penyelesaian cepat
   >
   > *Dengan mengajukan penyelesaian sengketa kepada BANI sesuai Peraturan Prosedur ini maka semua pihak sepakat bahwa sengketa tersebut harus diselesaikan dengan itikad baik secepat mungkin dan bahwa tidak akan ditunda atau adanya langkah-langkah lain yang dapat menghambat proses arbitrase yang lancar dan adil "*

   1.3. Perjanjian Layanan Internet Program KPU/USO antara Radnet dan BPPPTI tidak secara spesifik menyebutkan lokasi kantor BANI yang dapat digunakan untuk proses arbitrase oleh para pihak.



6



2. Bahwa sesuai ketentuan Pasal 11 UU Arbitrase, Pasal 1 Peraturan Prosedur Arbitrase BANI, dan Pasal 8.2 SSUK Perjanjian MPLIK Paket 19, Perjanjian MPLIK Paket 1, Perjanjian JALIN WIFI Paket 2, Perjanjian JALIN WIFI Paket 7, Perjanjian Desa Pinter Paket 5 tersebut, maka BANI berwenang untuk memeriksa, mengadili serta membuat putusan yang final dan mengikat pada perkara *a quo* (*vide* **Bukti P-01, Bukti P-02, Bukti P-03, Bukti P-04, Bukti P-05**).

3. Bahwa ketentuan-ketentuan tersebut tidak membatasi PEMOHON untuk mengajukan permohonannya hanya melalui BANI tertentu.

4. Bahwa BANI Perwakilan Surabaya mempunyai kewenangan untuk memeriksa, mengadili serta membuat putusan yang final dan mengikat pada perkara *a quo*.

5. Bahwa dengan demikian, sangat berdasar apabila PEMOHON mengajukan "Permohonan Penyelesaian Sengketa Melalui Arbitrase Atas Pelaksanaan Perjanjian Penyediaan Layanan Internet Program KPU/USO antara PT. Rahajasa Media Internet (RADNET) dan Balai Penyedia Dan Pengelola Pembiayaan Telekomunikasi dan Informatika (BP3TI) Direktorat Jenderal Penyelenggaraan Pos dan Informatika Kementerian Komunikasi dan Informatika R.I." ini melalui BANI Perwakilan Surabaya.

## III. HUBUNGAN HUKUM ANTARA PEMOHON DAN TERMOHON

1. Bahwa PEMOHON dan TERMOHON saling terikat secara hukum berdasarkan Perjanjian MPLIK Paket 1, Perjanjian JALIN WIFI Paket 2, Perjanjian Desa Pinter Paket 5, Perjanjian JALIN WIFI Paket 7, Perjanjian MPLIK Paket 19.

2. Bahwa Perjanjian MPLIK Paket 1, Perjanjian JALIN WIFI Paket 2, Perjanjian Desa Pinter Paket 5, Perjanjian JALIN WIFI Paket 7, Perjanjian MPLIK Paket 19 adalah perjanjian – perjanjian dalam rangka Penyediaan Layanan Jasa Akses Internet Program KPU/USO.

3. Bahwa untuk menyelenggarakan Penyediaan Layanan Jasa Akses Internet Program KPU/USO, TERMOHON telah melakukan pelelangan umum dengan metode Pascakualifikasi sebagai berikut:

   3.1. Pelelangan Pekerjaan Penyediaan Pusat Layanan Jasa Akses Internet Kecamatan KPU/USO Yang Bersifat Bergerak (mobile) Paket Pekerjaan 19 (sembilan belas) di Maluku & Maluku Utara **("Pekerjaan MPLIK Paket 19")** berdasarkan Pengumuman Lelang Nomor: 04/PL-USO/MPLIK-PK19/BTIP-BLU/KOMINFO/11/2010 pada tanggal 12 November 2010 **(Bukti P-06)**;

   3.2. Pelelangan Pekerjaan Penyediaan Pusat Layanan Jasa Akses Internet Kecamatan KPU/USO Yang Bersifat Bergerak (mobile) Paket Pekerjaan 1 (satu) di Propinsi Nangroe Aceh Darussalam **("Pekerjaan MPLIK Paket 1")** berdasarkan Pengumuman Lelang Nomor: 05/PL-USO/MPLIK-PAKET.1/BP3TI-BLU/KOMINFO/10/2011 pada tanggal 12 Oktober 2011 **(Bukti P-07)**;

   3.3. Pelelangan Pekerjaan Penyediaan Jasa Akses Publik Layanan Internet Wifi Kabupaten KPU/USO (JALIN-KPU/USO) Paket Pekerjaan 2 (Dua) **("Pekerjaan JALIN WIFI Paket 2")** berdasarkan Pengumuman Lelang Nomor: 05/PL-

7



USO/JALIN-KPU/USO-PAKET.2/BP3TI-BLU/KOMINFO/10/2011 pada   tanggal 28 Oktober 2011 **(Bukti P-08)**;

3.4. Pelelangan Pekerjaan Penyediaan Jasa Akses Publik Layanan Internet Wifi Kabupaten KPU/USO (JALIN-KPU/USO) Paket Pekerjaan 7 (Tujuh) **("Pekerjaan JALIN WIFI Paket 7")** berdasarkan Pengumuman Lelang Nomor: 05/PL-USO/JALIN-KPU/USO-PAKET.7/BP3TI-BLU/KOMINFO/10/2011 pada   tanggal 28 Oktober 2011 **(Bukti P-09)**;

3.5. Pelelangan Pekerjaan Penyediaan Jasa Akses Telekomunikasi dan Informatika Perdesaan KPU/USO (*Upgrading* Desa Pinter) Paket Pekerjaan 5 (Lima) Di Propinsi Maluku **("Pekerjaan Desa Pinter Paket 5")** berdasarkan Pengumuman Lelang Nomor   :   05/PL-USO/U.DP-PAKET.5/BP3TI-BLU/KOMINFO/11/2011   pada tanggal 10 November 2011 **(Bukti P-10)**.

Selanjutnya seluruh pekerjaan tersebut disebut **"Pekerjaan Layanan Internet Program KPU/USO"**.

4. Bahwa PEMOHON mengikuti pelelangan umum yang diselenggarakan oleh TERMOHON serta dinyatakan dan ditetapkan oleh TERMOHON sebagai pemenang lelang berdasarkan Surat TERMOHON sebagai berikut:

**4.1.** Nomor: 17/PL-USO/MPLIK-PK19/BTIP-BLU/KOMINFO/12/2010 tanggal 13 Desember 2010 perihal perihal Pengumuman Pemenang Lelang Penyediaan Pusat Layanan Jasa Akses Internet Kecamatan KPU/USO Yang Bersifat Bergerak (mobile) Paket Pekerjaan 19 (sembilan belas) di Propinsi Maluku dan Maluku Utara, yang menetapkan PEMOHON sebagai Pemenang Lelang **(Bukti P-11)**;

**4.2.** Nomor: 18/PL-USO/MPLIK-PAKET.1/BP3TI-BLU/KOMINFO/11/2011 tanggal 8 November 2011 perihal perihal Penetapan Pemenang Lelang Penyediaan Pusat Layanan Jasa Akses Internet Kecamatan KPU/USO Yang Bersifat Bergerak (mobile) Paket Pekerjaan 1 (satu) di Propinsi Nangroe Aceh Darussalam, yang menetapkan PEMOHON sebagai Pemenang Lelang **(Bukti P-12)**

**4.3.** Nomor : 31/PL-USO/JALIN-KPU/USO-PAKET.2/BP3TIBLU/KOMINFO/12/2011, tanggal 21 Desember 2011 perihal Pengumuman Lelang Penyediaan Jasa Akses Publik Layanan Internet Wifi Kabupaten KPU/uSO (JALIN-KPU/USO) Paket Pekerjaan 2 (dua), yang menetapkan PEMOHON sebagai Pemenang Lelang **(Bukti P-13)**;

**4.4.** Nomor: 31/PL-USO/JALIN-KPU/USO-PAKET.7/BP3TIBLU/KOMINFO/12/ 2011 tanggal 21 Desember 2011 perihal Pengumuman Pemenang Lelang Penyediaan Jasa Akses Publik Layanan Internet Wifi Kabupaten KPU/USO (JALIN-KPU/USO) Paket Pekerjaan 7 (Tujuh), yang Menetapkan PEMOHON sebagai Pemenang Lelang **(Bukti P-14)**;

**4.5.** Nomor: 21/PL-USO/U.DP-PAKET.5/BP3TI-BLU/KOMINFO/12/2011 tanggal 27 Desember 2011 perihal perihal Pengumuman Pemenang Lelang Penyediaan Jasa Akses Telekomunikasi Dan Informatika Perdesaan KPU/USO (Upgrading Desa



8



Pinter) Paket Pekerjaan 5 (Lima) Di Propinsi Maluku, yang Menetapkan PEMOHON sebagai Pemenang Lelang (**Bukti P-15**).

5. Bahwa setelah PEMOHON ditetapkan sebagai pemenang Pekerjaan Layanan Internet Program KPU/USO tersebut di atas, PEMOHON dan TERMOHON saling mengikatkan diri berdasarkan Perjanjian Layanan Internet Program KPU/USO untuk mengatur Pekerjaan Layanan Internet Program KPU/USO (*vide* **Bukti P-1, Bukti P-2, Bukti P-3, Bukti P-4, dan Bukti P-5**);

6. Bahwa Perjanjian MPLIK Paket 1, Perjanjian JALIN WIFI Paket 2, Perjanjian Desa Pinter Paket 5, Perjanjian JALIN WIFI Paket 7, dan Perjanjian MPLIK Paket 19 antara PEMOHON dan TERMOHON telah memenuhi syarat sah nya suatu perjanjian karena dibuat oleh dua badan hukum Indonesia yang sah dan cakap untuk membuat suatu perikatan, para pihak telah sepakat untuk membuat perjanjian, memperjanjikan suatu pokok persoalan tertentu, dimana objek perjanjian terebut tidak terlarang sehingga telah memenuhi Pasal 1320 Kitab Undang-Undang Hukum Perdata ("**KUHPerdata**"), sehingga dengan demikian perjanjian *a quo* adalah sah dan mengikat PEMOHON dan TERMOHON. Bahwa PEMOHON dan TERMOHON harus melaksanakan Perjanjian Layanan Internet Program KPU/USO sebagaimana diatur dalam Pasal 1338 KUHPerdata (*Azas Pacta Sunt Servanda*);

7. Bahwa nilai pelaksanaan Pekerjan Layanan Internet Program KSU/USO setelah pajak penambahan nilai (PPn) berdasarkan Perjanjian Layanan Internet Program KPU/USO yang harus dibayar oleh TERMOHON kepada PEMOHON untuk seluruhnya adalah sebesar **Rp. 314.979.842.540,-** *(Tiga ratus empat belas milyar sembilan ratus tujuh puluh sembilan juta delapan ratus empat puluh dua ribu lima ratus empat puluh rupiah)* dengan perincian sebagai berikut:

   7.1. Nilai Kontrak Penyediaan Pusat Layanan Jasa Akses Internet Kecamatan KPU/USO Yang Bersifat Bergerak (mobile) Paket Pekerjaan 19 (sembilan belas) di Propinsi Maluku dan Maluku Utara sebesar Rp. 61.662.944.857,- *(Enam puluh satu milyar enam ratus enam puluh dua juta sembilan ratus empat puluh empat ribu delapan ratus lima puluh tujuh rupiah)* (*vide* **Bukti P-01**);

   7.2. Nilai Kontrak Penyediaan Pusat Layanan Jasa Akses Internet Kecamatan KPU/USO Yang Bersifat Bergerak (mobile) Paket Pekerjaan 1 (satu) di Propinsi Nangroe Aceh Darussalam sebesar Rp. 98.113.690.157,- *(Sembilan puluh delapan milyar seratus tiga belas juta enam ratus sembilan puluh ribu seratus lima puluh tujuh rupiah)* (*vide* **Bukti P-02**);

   7.3. Nilai Kontrak Penyediaan Jasa Akses Publik Layanan Internet Wifi Kabupaten KPU/USO (JALIN-KPU/USO) Paket Pekerjaan 2 (Dua) sebesar Rp. 52.627.130.582,- *(Lima puluh dua milyar enam ratus dua puluh tujuh juta seratus tiga puluh ribu lima ratus delapan puluh dua rupiah)* (*vide* **Bukti P-03**);

   7.4. Nilai Kontrak Penyediaan Jasa Akses Publik Layanan Internet Wifi Kabupaten KPU/USO (JALIN-KPU/USO) Paket Pekerjaan 7 (Tujuh) sebesar Rp. 54.486.288.331,- *(Lima puluh empat milyar empat ratus delapan puluh enam juta dua ratus delapan puluh delapan ribu tiga ratus tiga puluh satu rupiah)* (*vide* **Bukti P-04**) ;





7.5. Nilai Kontrak Penyediaan Jasa Akses Telekomunikasi dan Informatika Perdesaan KPU/USO (Upgrading Desa Pinter) Paket Pekerjaan 5 (Lima) Di Propinsi Maluku sebesar Rp. 48.089.788.613,- *(Empat puluh delapan milyar delapan puluh sembilan juta tujuh ratus delapan puluh delapan ribu enam ratus tiga belas rupiah)* (*vide* **Bukti P-05**) .

8. Bahwa berdasarkan Pasal 2.3.3 SSUK, Pelaksanaan Pekerjaan Jasa terdiri dari:
   **8.1.** Tahap pekerjaan pra operasional; dan
   **8.2.** Tahap pekerjaan operasional.

9. Bahwa Berdasarkan Perjanjian MPLIK Paket 19, Perjanjian MPLIK Paket 1, Perjanjian JALIN WIFI Paket 2, Perjanjian JALIN WIFI Paket 7, Perjanjian Desa Pinter Paket 5 ditentukan jangka waktu pelaksanaan Tahap Pekerjaan Pra Operasional sebagai berikut :

   **9.1. Pekerjaan MPLIK Paket 19** :

   PEMOHON telah menyelesaikan tahap Pra Operasional dan telah beroperasi sejak diterbitkan Surat Izin Operasional oleh TERMOHON dengan Nomor: 1376/BP3TI.4/OMINFO/8/2012 tanggal 16 Agustus 2012 . **(Bukti P-16)**

   **9.2. Pekerjaan MPLIK Paket 1 :**

   Sesuai dengan Angka 5 Amandemen Surat Perjanjian tertanggal 13 November 2012, PEMOHON dan TERMOHON menyepakati bahwa jangka waktu pekerjaan tahap Pra Operasional adalah paling lambat tanggal 28 April 2013.

   **9.3. Pekerjaan JALIN WIFI Paket 2 :**

   Sesuai dengan Angka 10 Amandemen Surat Perjanjian tertanggal 13 November 2012, PEMOHON dan TERMOHON menyepakati bahwa jangka waktu pekerjaan tahap Pra Operasional adalah paling lambat tanggal 29 Mei 2013.

   **9.4. Pekerjaan JALIN WIFI Paket 7 :**

   Sesuai dengan Angka 10 Amandemen Surat Perjanjian tertanggal 13 November 2012, PEMOHON dan TERMOHON menyepakati bahwa jangka waktu pekerjaan tahap Pra Operasional adalah paling lambat tanggal 29 April 2013.

   **9.5. Pekerjaan Desa Pinter Paket 5 :**

   Sesuai dengan Angka 4 Amandemen Surat Perjanjian tertanggal 14 Desember 2012, PEMOHON dan TERMOHON menyepakati bahwa jangka waktu pekerjaan tahap Pra Operasional adalah paling lambat tanggal 29 Mei 2013.

10. Bahwa berdasarkan Perjanjian MPLIK Paket 19, Perjanjian MPLIK Paket 1, Perjanjian JALIN WIFI Paket 2, Perjanjian JALIN WIFI Paket 7, Perjanjian Desa Pinter Paket 5 ditentukan jangka waktu masing – masing Perjanjian sebagai berikut :

    **10.1. Pekerjaan MPLIK Paket 19**

10



Sesuai dengan Angka 3 Amandemen Surat Perjanjian tertanggal 25 Juli 2011, PEMOHON dan TERMOHON menyepakati untuk mengubah Pasal 2.1 SSKK menjadi: "*Kontrak ini berlaku sejak penandatanganan kontrak sampai dengan 48 bulan sejak Penyedia Jasa mulai melakukan tahap operasional atau sebagaimana ditetapkan dalam ijin operasional yang diterbitkan oleh PPK*"

Bahwa ijin operasional Pekerjaan MPLIK Paket 19 telah diterbitkan TERMOHON pada tanggal 16 Agustus 2012 (**vide Bukti P-16**)

### 10.2. Pekerjaan MPLIK Paket 1

Pasal 2.1. SSKK : "*Kontrak mulai berlaku efektif sejak penandatanganan kontrak sampai dengan batas akhir waktu pekerjaan operasional*"

Berdasarkan Pasal 2.4. huruf b. Angka 2) SSKK : "*Jangka waktu operasional adalah 48 (empat puluh delapan bulan sejak tanggal mulai operasional sebagaimana ditetapkan dalam surat persetujuan operasional yang diterbitkan oleh PPK kepada Penyedia Jasa dikurangi jumlah hari keterlambatan penyelesaian pekerjaan pra operasional*".

Berdasarkan Pasal 2.4. huruf b. Angka 1) poin 2) SSKK : "*Surat persetujuan operasional sebagaimana dimaksud angka 1) dapat diberikan dalam 2 (dua) tahap dengan ketentuan :*
*a) Tahap pertama minimal pencapaian 50% pekerjaan yang telah diselesaikan;*
b) *Tahap kedua pencapaian pekerjaan yang tersisa*".

### 10.3. Pekerjaan JALIN WIFI Paket 2

Pasal 2.1. SSKK : "*Kontrak mulai berlaku efektif sejak penandatanganan kontrak sampai dengan batas akhir waktu pekerjaan operasional*".

Berdasarkan Pasal 2.4. huruf b. SSKK : "*Masa layanan JALIN KPU/USO adalah 48 (empat puluh delapan) bulan berdasarkan persetujuan operasional yang diterbitkan oleh PPK, dengan ketentuan sebagai berikut :*
*1. PPK menerbitkan surat persetujuan operasional kepada Penyedia Jasa.*
*2. Surat persetujuan operasional sebagaimana dimaksud angka 1) di atas dapat diberikan dalam 2 (dua) tahap dengan ketentuan :*
   *a) Tahap pertama minimal pencapaian 50% pekerjaan yang telah diselesaikan;*
   *b) Tahap kedua pencapaian pekerjaan yang tersisa*".
*3. Penyedia Jasa mengajukan permohonan persetujuan mulai pengoperasian layanan pada periode operasional kepada PPK dengan wajib :*
   *a) telah lulus uji fungsi dan uji integritasi;*
   *b) menyampaikan dokumen sesuai dengan jumlah pencapaian pekerjaan yang diajukan untuk diterbitkannya ijin operasional yang meliputi :*
      *1. Berita acara serah terima pekerjaan yang telah diselesaikan pada Periode Pra Operasional antara Penyedia Jasa dan perwakilan lembaga setempat yang berwenang di mana JALIN KPU/USO ditempatkan.*
      *2. bukti keberhasilan layanan JALIN KPU/USO,*
      *3. Melampirkan foto penempatan JALIN KPU/USO di lokasi.*
      *4. mengisi form isian data lokasi JALIN KPU/USO*".

11





### 10.4. Pekerjaan JALIN WIFI Paket 7

Pasal 2.1. SSKK : "*Kontrak mulai berlaku efektif sejak penandatanganan kontrak sampai dengan batas akhir waktu pekerjaan operasional*".

Berdasarkan Pasal 2.4. huruf b. SSKK : "*Masa layanan JALIN KPU/USO adalah 48 (empat puluh delapan) bulan berdasarkan persetujuan operasional yang diterbitkan oleh PPK, dengan ketentuan sebagai berikut :*

*1) PPK menerbitkan surat persetujuan operasional kepada Penyedia Jasa.*

*2) Surat persetujuan operasional sebagaimana dimaksud angka 1) di atas dapat diberikan dalam 2 (dua) tahap dengan ketentuan :*

   *a) Tahap pertama minimal pencapaian 50% pekerjaan yang telah diselesaikan;*

   *b) Tahap kedua pencapaian pekerjaan yang tersisa".*

*3) Penyedia Jasa mengajukan permohonan persetujuan mulai pengoperasian layanan pada periode operasional kepada PPK dengan wajib :*

   *a) telah lulus uji fungsi dan uji integritasi;*
   *b) menyampaikan dokumen sesuai dengan jumlah pencapaian pekerjaan yang diajukan untuk diterbitkannya ijin operasional yang meliputi :*
     *1. Berita acara serah terima pekerjaan yang telah diselesaikan pada Periode Pra Operasional antara Penyedia Jasa dan perwakilan lembaga setempat yang berwenang di mana JALIN KPU/USO ditempatkan.*
     *2. Bukti keberhasilan layanan JALIN KPU/USO,*
     *3. Melampirkan foto penempatan JALIN KPU/USO di lokasi.*
     *4. Mengisi form isian data lokasi JALIN KPU/USO".*

### 10.5. Pekerjaan Desa Pinter Paket 5

Pasal 2.1. SSKK : "*Kontrak mulai berlaku efektif sejak penandatanganan kontrak sampai dengan batas akhir waktu pekerjaan operasional*".
Berdasarkan Pasal 2.4. huruf b. SSKK : "*Masa layanan Upgrading Desa Pinter adalah 48 (empat puluh delapan) bulan berdasarkan persetujuan operasional yang diterbitkan oleh PPK, dengan ketentuan sebagai berikut :*

*1) PPK menerbitkan surat persetujuan operasional kepada Penyedia Jasa.*
*2) Surat persetujuan operasional sebagaimana dimaksud angka 1) di atas dapat diberikan dalam 2 (dua) tahap dengan ketentuan :*
   *a) Tahap pertama minimal pencapaian 50% pekerjaan yang telah diselesaikan;*
   *b) Tahap kedua pencapaian pekerjaan yang tersisa".*
*3) Penyedia Jasa mengajukan permohonan persetujuan mulai pengoperasian layanan pada periode operasional kepada PPK dengan wajib :*
   *a) telah lulus uji fungsi dan uji integritasi;*
   *b) menyampaikan dokumen sesuai dengan jumlah pencapaian pekerjaan yang diajukan untuk diterbitkannya ijin operasional yang meliputi :*
     *1. Berita acara serah terima pekerjaan yang telah diselesaikan pada Periode Pra Operasional antara Penyedia Jasa dan lembaga setempat yang diberi kewenangan mengelola Upgrading Desa Pinter.*
     *2. Bukti keberhasilan layanan Upgrading Desa Pinter,*



12



3. *Melampirkan foto penempatan Upgrading Desa Pinter di lokasi.*
4. *Mengisi form isian data lokasi PLIK".*

11. Bahwa berdasarkan Pasal 5.3 SSKK Perjanjian MPLIK Paket 19 (*vide* **Bukti P-01**) ditentukan hal-hal sebagai berikut:

   a) Pembayaran dilaksanakan untuk 48 (empat puluh delapan) bulan pengoperasian dan pemeliharaan dengan memperhitungkan pengembalian Uang Muka.
   b) Pembayaran diberikan setelah per 3 (tiga) bulan layanan operasi dilaksanakan dalam 16 (enam belas) termin pembayaran pada periode operasional.

12. Bahwa berdasarkan Pasal 5.3 SSKK Perjanjian MPLIK Paket 1, Perjanjian JALIN WIFI Paket 2, Perjanjian JALIN WIFI Paket 7, Perjanjian Desa Pinter Paket 5 (*vide* **Bukti P-02, Bukti P-03, Bukti P-04, Bukti P-05**) ditentukan hal-hal sebagai berikut:

   a) Pembayaran dilaksanakan untuk 48 (empat puluh delapan) bulan pengoperasian dan pemeliharaan dengan memperhitungkan pengembalian Uang Muka;
   b) Pembayaran dapat diberikan setelah per 1 (satu) atau per 3 (tiga) bulan layanan operasional dilaksanakan termin-termin pembayaran pada periode operasional.

13. Bahwa berdasarkan ketentuan-ketentuan tersebut di atas, maka setelah pembangunan sarana dan prasarana yang mendukung Pekerjaan Penyediaan Program KPU/USO dibangun oleh PEMOHON sesuai dengan Spesifikasi Teknis dan Gambar pada Perjanjian Layanan Internet Program KPU/USO, maka PEMOHON berkewajiban menyediakan jasa internet kepada TERMOHON sedangkan TERMOHON berkewajiban untuk membayar jasa internet yang telah disediakan oleh PEMOHON sesuai dengan Perjanjian Layanan Internet Program KPU/USO.

## IV. PELAKSANAAN PERJANJIAN LAYANAN INTERNET PROGRAM KPU/USO

### 1. Pelaksanaan Pekerjaan MPLIK Paket 19

   1.1. Bahwa TERMOHON telah menyerahkan uang muka sebesar 20% (dua puluh persen) dari Nilai Kontrak yaitu sebesar Rp. 12.332.588.971 kepada PEMOHON sebagaimana yang ditentukan oleh Pasal 3.10 SSUK yaitu 20% (dua puluh persen) dari Nilai Kontrak.

   1.2. Bahwa TERMOHON telah mengirimkan Surat nomor : 28/BTIP.1/Kominfo/1/2011 tanggal 12 Januari 2011 perihal Pengembalian Uang Muka Pekerjaan M-PLIK sebesar 5% dari nilai kontrak yaitu sebesar  Rp. 3.083.147.243 sehingga uang muka yang diterima oleh PEMOHON adalah menjadi 15% (lima belas persen) dari Nilai Kontrak yaitu sebesar Rp. 9.249.441.729 (sembilan milyar dua ratus empat puluh sembilan juta empat ratus empat puluh satu tujuh ratus dua puluh sembilan rupiah). **(Bukti P-17)**

   1.3. Bahwa PEMOHON telah mengembalikan Uang Muka Pekerjaan M-PLIK  sebesar 5% dari nilai kontrak yaitu sebesar Rp. 3.083.147.243  kepada TERMOHON. **(Bukti P-18)**



1.4. Bahwa PEMOHON telah memenuhi kewajibannya dalam melaksanakan tahap pekerjaan pra operasional sebagaimana ditentukan Pasal 2.3.3 huruf a. SSUK yang tertuang dalam Berita Acara Pelaksanaan Uji Fungsi (BAUF) Paket Pekerjaan Penyediaan Pusat Layanan Jasa Akses Internet Kecamatan KPU/USO Yang Bersifat Bergerak (Mobile) Paket Pekerjaan 19 (sembilan belas) di Propinsi Maluku dan Maluku Utara sebagai berikut:

a. BAUF No: C15/BP3TI/UJI-F/KOMINFO/04/2012, tanggal 12 April 2012, dengan lokasi Uji Fungsi di Propinsi Maluku Utara **(Bukti P-19)**;
BAUF ini menunjukan bahwa PEMOHON telah melakukan pembagunan sarana dan prasarana yang mendukung M-PLIK di Maluku Utara sebagaimana tercantum dalam Speksifikasi Teknis dan Gambar.
Dalam butir 2 dan 3 BAUF ini disebutkan:
*"2. Hasil Pelaksanaan Uji Fungsi dan Uji Integritas sebagaimana terlampir*
*3. Berdasarkan data butir 2 tersebut di atas, sistem dan perangkat M-PLIK berfungsi dengan baik"*

b. BAUF No 009/BP3TI/UJI-F/KOMINFO/05/2012. tanggal 31 Mei 2012, dengan lokasi Uji Fungsi di Propinsi Maluku. **(Bukti P-20)**;
BAUF ini menunjukan bahwa PEMOHON telah melakukan pembagunan sarana dan prasarana yang mendukung M-PLIK di sebagaimana tercantum dalam Speksifikasi Teknis dan Gambar.
Dalam butir 2 dan 3 BAUF ini disebutkan:
*"2. Hasil Pelaksanaan Uji Fungsi dan Uji Integritas sebagaimana terlampir*
*3. Berdasarkan data butir 2 tersebut di atas, sistem dan perangkat M-PLIK berfungsi dengan baik"*

1.5. Bahwa sebagaimana diwajibkan oleh Pasal 2.4. SSKK, PEMOHON telah menyerahkan hasil Penyediaan Jasa Akses Intenet MPLIK Paket 19 sebagaimana dokumen sebagai berikut:

a. Berita Acara Pemeriksaan Hasil Pekerjaan No. 18/PHP/BP3TI/ KOMINFO/08/2012, tanggal 16 Agustus 2012 **(Bukti P-21)** yang menyatakan:
*"Berdasarkan hasil pemeriksaan salinan dokumen fisik hasil pekerjaan Penyediaan Pusat Layanan Jasa Akses Internet Kecamatan KPU/USO Yang Bersifat Bergerak (Mobile)/M-PLIK Paket 19 di Propinsi Maluku dan Propinsi Maluku Utara yang disampaikan oleh PT. Rahajasa Media Internet kepada BP3TI telah sesuai dengan SSKK klausul [2.4] (rincian data dokumen fisik terlampir)"*

b. Hasil pekerjaan yang telah diperiksa oleh TERMOHON tersebut kemudian diserahkan kepada TERMOHON sebagaimana Berita Acara Serah Terima Hasil Pekerjaan No. 18/PHP/BP3TI/KOMINFO/08/2012, tanggal 16 Agustus 2012. **(Bukti P-22)**

1.6. Bahwa setelah hasil pelaksanaan Uji Fungsi dan Uji Integritas diterima oleh TERMOHON berdasarkan Berita Acara Uji Fungsi dan Berita Acara Serah Terima Hasil Pekerjaan tersebut, maka TERMOHON menerbitkan Surat Ijin Operasional Penyediaan Pusat Layanan Jasa Akses Internet Kecamatan KPU/USO Yang Bersifat Bergerak (*mobile*) Paket Pekerjaan 19 (sembilan belas) di Propinsi Maluku dan



14



Maluku Utara dengan Nomor: 1376/BP3TI.4/KOMINFO/8/2012, tertanggal 16 Agustus 2012 **(Vide Bukti P-16);**

1.7. Bahwa setelah TERMOHON menerbitkan Surat Ijin Operasional Penyediaan Pusat Layanan Jasa Akses Internet Kecamatan KPU/USO Yang Bersifat Bergerak (*mobile*) Paket Pekerjaan 19 (sembilan belas) di Propinsi Maluku dan Maluku Utara Nomor: 1376/BP3TI.4/KOMINFO/8/2012, tertanggal 16 Agustus 2012 yang mengizinkan PEMOHON untuk mengoperasikan Pusat Layanan Jasa Akses Internet Kecamatan KPU/USO Yang Bersifat Bergerak (M-PLIK) maka sejak tanggal 16 Agustus 2012, PEMOHON mulai mengoperasikan M-PLIK tersebut dengan memberikan layanan jasa akses internet di Maluku dan Maluku Utara.

1.8. Bahwa PEMOHON telah mengoperasikan/menyediakan Jasa Akses Internet MPLIK Paket 19 sejak tanggal 16 Agustus 2013 sampai dengan 15 November 2014 sesuai dengan Pasal 2.3.4 SSKK.

1.9. Bahwa PEMOHON dan TERMOHON telah menyelesaikan pembayaran prestasi kerja PEMOHON sejak tanggal 16 Agustus 2013 sampai dengan 15 November 2014 atas Pekerjaan Paket 19 melalui Putusan Badan Arbitrase Nasional Perkara      No. 703/V/ARB-BANI/2015, yang telah dibacakan pada sidang putusan arbitrase pada tanggal 30 Maret 2016  **(Bukti P-23)**

1.10. Bahwa permohonan Arbitrase *a quo* adalah untuk menyelesaikan sengketa akibat penghentian pelaksanaan Pekerjaan MPLIK Paket 19 yang dilakukan oleh TERMOHON sebelum berakhirnya masa kontrak pada **Perjanjian MPLIK Paket 19 (vide Bukti P-01)**

## 2. Pelaksanaan Pekerjaan MPLIK Paket 1, Pekerjaan JALIN WIFI Paket 2, Pekerjaan Desa Pinter Paket 5, dan Pekerjaan JALIN WIFI Paket 7

2.1. Bahwa PEMOHON telah melaksanakan kewajiban pra-operasional Pekerjaan MPLIK Paket 1, Pekerjaan JALIN WIFI Paket 2, Pekerjaan Desa Pinter Paket 5, dan Pekerjaan JALIN WIFI Paket 7 yakni investasi pengadaan seluruh perangkat utama maupun perangkat pendukung guna terselenggaranya layanan internet dan telah dilaporkan kepada TERMOHON melalui Surat Nomor: 92A/RMI-RRY/DIR/IX/2013 tanggal 2 September 2013 **(Bukti P-24);**

2.2. Bahwa pada laporan tersebut PEMOHON telah menyampaikan kepada TERMOHON bahwa PEMOHON telah selesai melakukan pengadaan perangkat dan atau aset serta mobilisasi sarana dan prasarana dalam rangka pelaksanaan Pekerjaan Layanan Internet Program KPU/USO (tahap Pra Operasional);

2.3. Bahwa pelaporan pelaksanaan tahap Pra Operasional tersebut merupakan pelaksanaan Pasal 2.4. huruf b. Angka (1) poin 2, SSKK Pekerjaan MPLIK Paket 19, Pasal 2.4. huruf b. SSKK Pekerjaan MPLIK Paket 1, Pasal 2.4. huruf b. SSKK Pekerjaan JALIN WIFI Paket 2, Pasal 2.4. huruf b. SSKK Pekerjaan Desa Pinter Paket 5, dan Pasal 2.4. huruf b. SSKK Pekerjaan JALIN WIFI Paket 7 dalam rangka monitoring dan evaluasi pelaksanaan pekerjaan Program KPU/USO sebagaimana dimaksud



dalam Pasal 3.7 SSUK dan SSKK Perjanjian MPLIK Paket 19, Pasal 3.7 SSUK dan SSKK Perjanjian MPLIK Paket 1, Pasal 3.7 SSUK dan SSKK Perjanjian JALIN WIFI Paket 2, Pasal 3.7 SSUK dan SSKK Perjanjian JALIN WIFI Paket 7 dan Pasal 3.7 SSUK dan SSKK Perjanjian Desa Pinter Paket 5.

2.4.   Bahwa PEMOHON telah menerima Surat dari TERMOHON, yaitu :
2.4.1. Surat   Nomor: 165A/Kominfo/BPPPTI.31/KS.01.08/02/2014, tertanggal 12 Februari 2014 Perihal **Penundaan Pembayaran** Prestasi Kerja Program KPU/USO dari TERMOHON.

Dalam surat tersebut TERMOHON menyampaikan bahwa Pembayaran Prestasi Kerja belum dapat ditindaklanjuti sampai dengan terbitnya persetujuan anggaran dari DPR RI (**Bukti P-25**) serta Surat dari TERMOHON Nomor: S.788/Kominfo/BPPPTI.31/ KS.01.02/05/2014, tertanggal 2 Mei 2014, Perihal Pemberitahuan Alokasi Anggaran Masih Memerlukan Persetujuan DPR RI. Pada surat tersebut TERMOHON menyampaikan bahwa TERMOHON belum dapat merealisasikan Pembayaran Prestasi Kerja (**Bukti P-26**);

dan

2.4.2. Surat Nomor 1657/KOMINFO/ BP3TI.31/PW.01.08/12/2014, tertanggal 5 Desember 2014 Perihal Pelaksanaan Kontrak Tahun Jamak (Multiyears) (**Bukti P-27**) yang pada angka 3 Surat tersebut PEMOHON menyampaikan kepada TERMOHON bahwa:

"*Hasil Diskusi dengan LKPP dan BPK agar BP3TI dan Mitra Penyedia mengedepankan musyawarah dengan memperhatikan prinsip kehati-hatian sesuai dengan ketentuan yang berlaku agar tidak berpotensi merugikan keuangan negara*".

2.5.   Bahwa kedua surat TERMOHON sebagaimana Angka 2.4. di atas tidak memberikan implikasi hukum apapun dalam pelaksanaan Perjanjian Layanan Internet Program KPU/USO, kecuali bukti menjadi pengakuan bahwa TERMOHON tidak dapat melaksanakan kewajibannya kepada PEMOHON serta timbulnya ketidakpastian hukum untuk dapat terselenggaranya pelaksanaan operasional Pekerjaan Penyediaan Program KPU/USO sebagaimana Pasal 2.3.3 SSUK pada Perjanjian Layanan Internet Program KPU/USO tidak dapat dilanjutkan (**vide Bukti P-01, P-02, P-03, P-04, dan P-05**);

2.6.   Bahwa pada tanggal 9 Desember 2014, para Mitra Penyedia Jasa Program KPU/USO termasuk PEMOHON telah mengajukan permohonan audiensi dengan Menteri Komunikasi dan Informatika RI untuk membahas status keberlangsungan pelaksanaan perjanjian Program KPU/USO. Pada tanggal 23 Desember 2014 telah dilakukan audiensi (temu wicara) antara PEMOHON dengan Menteri Komunikasi dan Informatika RI yang dihadiri oleh TERMOHON dengan agenda usulan pokok berupa penyelesaian permasalahan secara musyawarah dan sesuai ketentuan kontrak (**Bukti P-28**);

16





2.7. Bahwa PEMOHON mengirimkan Surat Nomor: 11/RMI-RRY/DIR/II/2015, tertanggal 16 Februari 2015 kepada Menteri Komunikasi dan Informatika RI Perihal Status kelangsungan Kontrak dan Kepastian Pembayaran Proyek KPU/USO ( **Bukti P-29**). Dalam Surat tersebut, PEMOHON meminta kepastian kelanjutan pelaksanaan Pekerjaan MPLIK Paket 1, Pekerjaan JALIN WIFI Paket 2, Pekerjaan Desa Pinter Paket 5, dan Pekerjaan JALIN WIFI Paket 7, dan Pekerjaan MPLIK Paket 19 selain meminta pembayaran prestasi kerja Pekerjaan MPLIK Paket 19. Surat ini juga PEMOHON tembuskan kepada TERMOHON.

2.8. Bahwa PEMOHON telah menerima Surat dari TERMOHON Nomor: B-170/KOMINFO/ BPPPTI.31.4/KS.01.08/2/2015, tertanggal 20 Februari 2015 Perihal Ijin Tahun Jamak Program KPU/USO **(Bukti P-30).**

2.9. Bahwa PEMOHON telah menerima Surat dari TERMOHON Nomor: 179/KOMINFO/ BPPPTI.31/HK.04.01/2/2015, tertanggal 26 Februari 2015 Perihal Penegasan Kelangsungan Kontrak Tahun Jamak KPU/USO, yang pada intinya dalam surat TERMOHON tersebut menyampaikan kepada PEMOHON bahwa TERMOHON sedang melakukan konsultasi dengan BPKP, kementerian Keuangan dan LKPP serta disebutkan juga bahwa sesuai Pasal 8 SSUK penyelesaian perselisihan dapat dilakukan melalui musyawarah **(Bukti P- 31);**

2.10. Bahwa PEMOHON menghormati proses konsultasi yang dilakukan oleh TERMOHON kepada Badan Pengawasan Keuangan dan Pembangunan (BPKP), Kementerian Keuangan dan Lembaga Kebijakan Pengadaan Barang/Jasa Pemerintah (LKPP) sebagaimana dimaksud pada Surat tertanggal 26 Februari 2015 tersebut di atas sebagai langkah penerapan prinsip kehati – hatian dalam penerapan *good governance*, namun dipandang dari hukum perdata, yang merupakan dasar hubungan hukum antara PEMOHON dan TERMOHON, konsekuensi hukum atas keputusan hasil konsultasi TERMOHON dengan lembaga – lembaga pemerintah tersebut tetap harus dipandang secara hukum perdata.

2.11. Bahwa selanjutnya PEMOHON telah menerima Surat dari TERMOHON Nomor: B-191/KOMINFO/ BPPPTI.31.4/KS.01.08/3/2015, tertanggal 3 Maret 2015 mengenai Penghentian Layanan KPU/USO **(Bukti P-32);**

2.12. Bahwa dalam surat (Bukti P-32) itu TERMOHON menyampaikan kepada PEMOHON bahwa :

    2.12.1. *"permohonan perpanjangan kontrak tahun jamak tidak dapat dipertimbangkan untuk disetujui sehingga kontrak yang masih berjalan tidak ada lagi payung hukum izin kontrak tahun jamak"*

    2.12.2. Sesuai dengan Surat Direktur Anggaran III a.n. Direktur Jenderal Anggaran No. S-2458/AG/2014 tanggal 15 Desember 2014 kepada Sekertaris Jenderal Kementerian Kominfo Perihal : Usulan Revisi Anggaran Buka Blokir, pada butir 3 disampaikan :
    *"Sedangkan pekerjaan di luar PLIK/MPLIK/PLIK Sentra Produktif juga tidak dapat dipertimbangkan karena belum dilakukan evaluasi ulang secara*

17



*komprehensif dan belum dibicarakan secara bersama – sama dengan Komisi*
*I DPR RI sebagaimana diputuskan dalam keputusan rapat Komisi I DPR RI.*

2.13. Bahwa Dalam pandangan hukum perdata, Surat TERMOHON Nomor: B-191/KOMINFO/ BPPPTI.31.4/KS.01.08/3/2015 tanggal 3 Maret 2015 tersebut harus didudukan sebagai proses internal TERMOHON dalam melaksanakan Perjanjian Layanan Internet Program KPU/USO sehingga keputusan internal TERMOHON tidak dapat dijadikan dasar yang sah untuk menghentikan pelaksanaan Perjanjian Layanan Internet Program KPU/USO. **(vide Bukti P-32).**

2.14. Bahwa PEMOHON telah mengirimkan kepada TERMOHON Surat Nomor: 065/RMI-RRY/ DIR/VI/2015, tertanggal 8 Juni 2015 Perihal Kelangsungan Kontrak dan Pembayaran Pekerjaan KPU/USO **(Bukti P-33).**

2.15. Bahwa PEMOHON telah mengirimkan Surat kepada Menteri Komunikasi dan Informatika RI qq. BP3TI Nomor: 003/RMI-RRY/DIR/I/2016, tertanggal 6 Januari 2016 Perihal laporan Perkembangan & Penyelesaian Program KPU/USO Radnet. **(Bukti P-34);**

2.16. Bahwa berdasarkan Surat dari TERMOHON Nomor: B-191/KOMINFO/BPPPTI.31.4/ KS.01.08/3/2015, tertanggal 3 Maret 2015 mengenai Penghentian Layanan KPU/USO **(vide bukti P-32)** dan tidak ditanggapinya Surat PEMOHON, tertanggal 8 Juni 2015 **(vide bukti P-33)** dan surat tertanggal 6 Januari 2016 **(vide bukti P-34)** terdapat fakta bahwa TERMOHON tidak lagi melaksanakan dan tidak lagi bermaksud melaksanakan kewajibannya sebagaimana ditentukan dalam Perjanjian Layanan Internet Program KPU/USO (Perjanjian MPLIK Paket 1, Perjanjian JALIN WIFI Paket 2, Perjanjian Desa Pinter Paket 5, Perjanjian JALIN WIFI Paket 7 dan Perjanjian MPLIK Paket 19) maka daripadanya telah timbul suatu perselisihan atas pelaksanaan Perjanjian Layanan Internet Program KPU/USO antara PEMOHON dengan TERMOHON.

2.17. Bahwa untuk menyelesaikan perselisihan yang timbul antara PEMOHON dan TERMOHON dapatlah ditempuh suatu jalan musyawarah terlebih dahulu yang demikian sesuai pula dengan pasal sebagaimana tercantum dalam Syarat-Syarat Umum Kontrak (SSUK) pada Perjanjian Layanan Internet Program KPU/USO Pasal 8. Penyelesaian Perselisihan angka 8.1. MUSYAWARAH yang berbunyi:

*"PARA PIHAK wajib berupaya sungguh-sungguh menyelesaikan secara musyawarah semua perselisihan yang timbul dari atau berhubungan dengan Kontrak ini atau interpretasinya selama atau setelah pelaksanaan Pekerjaan Jasa Lainnya ini. Penyelesaian secara musyawarah dapat dilakukan secara langsung antara PARA PIHAK atau dengan perantaraan pihak ketiga yang disepakati oleh PARA PIHAK dalam bentuk antara lain mediasi atau konsiliasi."*

2.18. Bahwa untuk melaksanakan Pasal 8.1. SSUK Perjanjian Layanan Internet Program KPU/USO (Pekerjaan MPLIK Paket 19, Pekerjaan MPLIK Paket 1, Pekerjaan JALIN WIFI Paket 2, Pekerjaan Desa Pinter Paket 5, dan Pekerjaan JALIN WIFI Paket 7), PEMOHON mengirimkan Surat Nomor: 009/RMI-RRY /DIR/II/2016 tertanggal 15 Februari 2016 kepada Menteri Komunikasi dan Informatika RI cq. TERMOHON

18



Perihal Permohonan Penyelesaian Perselisihan Program KPU/USO melalui musyawarah antara PT Rahajasa Media Internet (Radnet) dengan Kementerian Komunikasi dan Informatika RI cq. Balai Penyedia dan Pengelola Pembiayaan Telekomunikasi dan Informatika (BP3TI) **(Bukti P-35).**

2.19. Bahwa Pada Surat tersebut telah dilampirkan pula suatu Draft Garis-Garis Besar Permohonan & Usulan Penyelesaian Perselisihan Perjanjian *a quo* yang pada pokoknya adalah permohonan PEMOHON kepada TERMOHON untuk mendapatkan pembayaran dan atau penggantian biaya yang telah timbul dalam rangka pembangunan Program KPU/USO dengan klasifikasi sebagai berikut :

    2.19.1. **Biaya langsung yang telah dikeluarkan:**
        biaya belanja modal (*capital expenditure*) dan biaya operasional untuk Pekerjaan Penyediaan Program KPU/USO yang relevan dengan pembangungan Pekerjaan Penyediaan Program KPU/USO yang dibayarkan kepada kepada pihak ketiga (vendor/mitra);

    2.19.2. **Biaya langsung terhutang:**
        biaya outstanding yang masih menjadi kewajiban PEMOHON kepada pihak ketiga (vendor/mitra) hal mana barang/jasa dari pihak ketiga tersebut telah diterima oleh PEMOHON dan menjadi bagian relevan dari pembangunan Pekerjaan Penyediaan Program KPU/USO;

    2.19.3. **Keuntungan yang wajar:**
        Permohonan pembayaran keuntungan yang wajar atas pekerjaan yang telah dilakukan oleh PEMOHON selama lebih-kurang 4 tahun sejak ditandatanganinya Perjanjian Layanan Internet Program KPU/USO. Keuntungan yang wajar diajukan karena penggantian biaya langsung yang telah dikeluarkan dan Biaya langsung terhutang sebagaimana angka 16 huruf a dan b sepenuhnya merupakan pembayaran dari PEMOHON kepada kepada pihak ketiga (vendor/mitra);

    2.19.4. **Potensi kerugian atas pendapatan:**
        permohonan penggantian dari potensi pendapatan yang hilang akibat dihentikannya program KPU/USO. Potensi kerugian atas pendapatan merupakan bagian dari pengembangan usaha sebagaimana diatur dalam perjanjian pada Syarat-Syarat Umum Kontrak (SSUK) Pasal 9.3. **PENGEMBANGAN BISNIS** yang pada pokoknya berbunyi bahwa Penyedia Jasa dapat mengembangkan bisnis lainnya sepanjang tidak mengganggu operasional dan hasil dari pengembangan bisnis tersebut menjadi hak sepenuhnya Penyedia Jasa. Selain daripada itu Program KPU/USO merupakan Opportunity Based Project, dimana Penyedia Jasa menghitung dan membuat proyeksi keuntungan dari opportunity yang didapat diluar hak dan kewajiban yang diatur pada perjanjian **(vide Bukti P-01, Bukti   P-02, Bukti P-03, Bukti P-04, dan Bukti P-05);**

2.20. Bahwa sebagai tindak lanjut dari atas Surat PEMOHON Nomor: 009/RMI-RRY /DIR/II/2016, tanggal 15 Februari 2016 (*vide* **bukti P-35**) telah dilakukan Rapat Koordinasi Pembahasan Usulan Penyelesaian Perselisihan Sengketa Kontrak USO

19 



PT Rahajasa Media Internet melalui musyawarah antara BP3TI dengan Radnet pada tanggal 03 Mei 2016 **(Bukti P-36)**;

Dalam Rapat ini, PEMOHON menyampaikan beberapa usulan penyelesaian Perjanjian Layanan Internet Program KPU/USO dengan pola dasar adalah penggantian biaya ganti rugi atas pelaksanaan Pekerjaan Layanan Internet Program KPU/USO.

2.21. Bahwa PEMOHON telah mengirimkan Surat Nomor: 042/RMI-RRY /DIR/VII/2016 kepada TERMOHON tertanggal 18 Juli 2016 Perihal Permohonan Penyelesaian Perselisihan Program KPU/USO Melalui Musyawarah antara PEMOHON dengan TERMOHON **(Bukti P-37)**;

2.22. Bahwa untuk menindaklanjuti Permohonan Penyelesaian Perselisihan Program KPU/USO, PEMOHON dan TERMOHON telah bersungguh-sungguh dan dalam itikad yang baik untuk melakukan Rapat Musyawarah demi tercapainya suatu penyelesaian atas Perjanjian *a quo* dengan tetap berpegang pada hukum dan ketentuan yang berlaku serta memenuhi *good corporate governance* di kedua belah pihak.

## V.   PENYELESAIAN PERSELISIHAN MELALUI MUSYAWARAH.

1. **Musyawarah Pertama.** Pada tanggal 18 Agustus 2016, PEMOHON dan TERMOHON telah menyelenggarakan musyawarah berdasarkan undangan dari TERMOHON kepada PEMOHON sesuai Surat Nomor: 1494/KOMINFO/BPPPTI.31/HK.04.01/08/2016, tertanggal 16 Agustus 2016 dengan agenda paparan usulan musyawarah dari PEMOHON serta usulan penunjukan Pihak ketiga Independen (Kantor Akuntan Publik/KAP) yang terdaftar sebagai mitra Badan Pemeriksa Keuangan (BPK RI). Hasil Musyawarah sebagaimana ada pada Risalah Rapat Musyawarah **(Bukti P-38)**;

Hasil musyawarah tersebut adalah:

a. Keperluan penunjukan Mediator dalam kelanjutan pembahasan perselisihan antara PEMOHON dan TERMOHON.

b. Melakukan kajian untuk menentukan metode yang paling memungkinkan dilaksanakan untuk disepakati PEMOHON dan TERMOHON.

c. Mempertimbangkan kemungkinan penunjukan KAP.

2. **Musyawarah kedua.** Pada tanggal 23 Agustus 2016, PEMOHON dan TERMOHON telah menyelenggarakan musyawarah berdasarkan undangan dari TERMOHON kepada PEMOHON, Surat Nomor 1536/KOMINFO/BPPPTI.31/HK.04.01/08/2016 tertanggal 22 Agustus 2016 dengan agenda berupa diskusi mengenai konsep dan usulan simulasi perhitungan pembayaran. Hasil Musyawarah sebagaimana ada pada Risalah Rapat Musyawarah **(Bukti P-39)**;

Hasil musyawarah tersebut adalah :

2.1. PEMOHON menyampaikan usulan konsep ganti rugi dalam rangka penyelesaian perselisihan Program KPU/USO MPLIK Paket 1, MPLIK Paket 19, Jalin Wifi Paket 2, Jalin Wifi Paket 7, dan Upgrading Desa Pinter Paket 5 dengan dasar perhitungan :

20





2.1.1. Menggunakan estimated engineering.

2.1.2. Ganti rugi capex dan opex.

2.2. TERMOHON akan mengkaji usulan PEMOHON tersebut di atas dan menyampaikan kajian/tanggapan atas usulan tersebut di atas pada musyawarah selanjutnya.

3. **Musyawarah Ketiga.** Pada tanggal 26 September 2016, PEMOHON dan TERMOHON telah menyelenggarakan musyawarah berdasarkan undangan dari TERMOHON kepada PEMOHON yaitu Surat Nomor: 1822/KOMINFO/BPPPTI.31/HK.04.01/09/2016, tertanggal 23 September 2016. Hasil Musyawarah sebagaimana ada pada Risalah Rapat Musyawarah (**Bukti P-40**);

Hasil musyawarah tersebut adalah :

3.1. PEMOHON dan TERMOHON sepakat meminta PT. Deloitte Konsultan Indonesia untuk menyusun proposal metodologi & verifikasi dalam rangka menentukan kerugian PEMOHON dalam penghentian pelaksanaan Program KPU/USO MPLIK Paket 1, MPLIK Paket 19, Jalin Wifi Paket 2, Jalin Wifi Paket 7, dan Upgrading Desa Pinter Paket 5.

3.2. Biaya Jasa Pihak Ketiga Independen ditanggung seimbang oleh PEMOHON dan TERMOHON yang terlebih dahulu dibayarkan oleh PEMOHON dan kemudian akan diperhitungkan sebagai bagian dari hasil musyawarah.

PEMOHON telah menerima proposal metodologi dan verifikasi dari PT. Deloitte Konsultan Indonesia (PT DKI) pada tanggal 29 September 2016 dan direvisi pada tanggal 4 Oktober 2016. Berdasarkan presentasi dari PT. DKI pada tanggal 10 Oktober 2016 disampaikan bahwa PT. DKI merupakan afiliasi Delloite International yang bukan merupakan Mitra dari BPK RI sebagaimana disyaratkan oleh TERMOHON. Berdasarkan presentasi PT. DKI tersebut, PEMOHON telah mengirimkan Surat Nomor: 068/RMI-RRY/DIR/X/2016, tertanggal 13 Oktober 2016 Perihal Usulan Nama Kantor Akuntan Publik (KAP) sebagai pihak ketiga independen dalam musyawarah penyelesaian perselisihan KPU/USO antara Radnet dengan BP3TI kepada TERMOHON.

Dalam surat tersebut, PEMOHON menjelaskan mengenai tidak terpenuhinya PT. DKI sebagai pihak ketiga independen sebagaimana disyaratkan oleh TERMOHON dan mengusulkan 5 (lima) kandidat KAP dan merekomendasikan KAP Heliantono & Rekan sebagai pihak ketiga independen dalam mengajukan rekomendasi metodologi dan verifikasi dalam rangka penyelesaian perselisihan antara PEMOHON dan TERMOHON (**Bukti P-41**);

4. **Musyawarah Keempat.** Pada tanggal 19 Oktober 2016, PEMOHON dan TERMOHON telah menyelenggarakan musyawarah berdasarkan surat undangan dari TERMOHON kepada PEMOHON nomor 1962/KOMINFO/BPPPTI.31/HK.04.01/10/2016, tertanggal 17 Oktober 2016 dengan agenda kick off proses desain metodologi dan verifikasi biaya pembangunan KPU/USO PT Rahajasa Media Internet. Hasil Musyawarah sebagaimana tercantum dalam Risalah Rapat Musyawarah (**Bukti P-42**);



Hasil musyawarah tersebut adalah :

4.1.1. PEMOHON dan TERMOHON menyepakati untuk memilih KAP Heliantono & Rekan sebagai pihak ketiga independen (lembaga verifikator) atas Usulan Perhitungan Permohonan Pembayaran Program KPU/USO yang diajukan PEMOHON kepada TERMOHON. Hasil verifikasi KAP Heliantono & Rekan akan menjadi dasar kesepakatan dalam musyawarah antara PEMOHON dan TERMOHON.

4.1.2. Biaya jasa KAP Heliantono dan Rekan ditanggung sama besar (50% : 50%) oleh PEMOHON dan TERMOHON yang terlebih dahulu dibayarkan oleh PEMOHON.

5. KAP Heliantono & Rekan telah mengirimkan surat nomor 176/KAP-S/10/16 tertanggal 20 Oktober 2016 perihal <u>Penyampaian usulan "Prosedur Yang Disepakati" atas informasi keuangan berupa resume usulan **perhitungan permohonan pembayaran atas ganti rugi biaya investasi pembangunan** MPLIK Paket 1, JALIN WIFI Paket 2, JALIN WIFI Paket 7, Desa Pinter Paket 5 dan MPLIK Paket 19</u> dan dan surat nomor 240/KAP-EL/10/16 tertanggal 21 Oktober 2016 perihal tambahan prosedur yang disepakati kepada PEMOHON dan TERMOHON**(Bukti P-43)**.

Berdasarkan Surat KAP Heliantono & Rekan tersebut disampaikan bahwa tujuan dari pelaksanaan "Prosedur yang Disepakati" adalah **jumlah pokok piutang PEMOHON kepada TERMOHON** dalam pelaksanaan program MPLIK Paket 1, JALIN WIFI Paket 2, JALIN WIFI Paket 7, Desa Pinter Paket 5 dan MPLIK Paket 19.

Selain itu juga KAP Heliantono & Rekan menyampaikan **perhitungan permohonan Penggantian Potensi Kerugian** Atas Pendapatan dengan cara melakukan pengecekan klerikan pada perhitungan PEMOHON dengan memperhatikan apakah jumlah–jumlah yang berkaitan dengan parameter telah disajikan secara tepat.

6. Bahwa atas usulan prosedur verifikasi dari KAP Heliantono & Rekan itu, **TERMOHON dan PEMOHON pada prinsipnya menerima usulan yang disampaikan oleh KAP Heliantono & Rekan** tersebut di atas sebagaimana **Surat TERMOHON** Nomor: 1987.A/KOMINFO/ BPPPTI.31/HK.04.01/10.2016, tertanggal 24 Oktober 2016 dan Surat PEMOHON Nomor: 069-A/RMI-RRY/DIR/X/16 tertanggal 24 Oktober 2016 (**Bukti P-44**);

7. KAP Heliantono & Rekan **telah melakukan verifikasi** atas Usulan Perhitungan Permohonan Pembayaran Pekerjaan Penyediaan Program KPU/USO yang diajukan PEMOHON kepada TERMOHON dengan metodologi/prosedur yang telah disepakati.

Adapun **perhitungan ganti rugi yang diverifikasi** oleh **KAP Heliantono & Rekan** adalah berdasarkan Informasi Keuangan yang telah dihitung oleh PEMOHON dan diajukan kepada TERMOHON sebagai Permohonan Awal ganti rugi.  Berikut ini adalah Informasi Keuangan yang diverifikasi oleh KAP Heliantono & Rekan:

22



## INFORMASI KEUANGAN

| KETERANGAN | PROGRAM KPU/USO RADNET | | | | | Jumlah Permohonan Awal |
|---|---|---|---|---|---|---|
| | MPLIK Paket 1 | JALIN WIFI 2 | JALIN WIFI 7 | DESA PINTER 5 | MPLIK 19 | |
| **NILAI KONTRAK*)** | 98,113,690,157 | 52,627,130,582 | 54,486,288,331 | 48,089,788,613 | 61,662,944,857 | 314,979,842,540 |
| **A** | | | | | | |
| **I** Penggantian Biaya Pembangunan | | | | | | |
| 1. Biaya Langsung Yang Telah Dikeluarkan | 70,521,406,953 | 39,392,707,468 | 41,264,314,657 | 39,639,078,726 | 48,273,183,388 | 239,090,691,192 |
| 2. Biaya Langsung Terhutang (Outstanding) | 5,817,894,000 | 2,474,206,757 | 3,202,999,951 | 299,760,000 | 9,701,804,950 | 21,496,665,658 |
| 3. Penyesuaian & Temuan hasil Verifikasi | - | - | - | - | - | - |
| 4. Biaya KAP (50%) dibayar BP3TI | - | - | - | - | - | - |
| | | | | | | |
| **II** Faktor Pengurang Penggantian Biaya Pembangunan | | | | | | |
| 1. Uang Muka telah diterima | (14,717,053,524) | (7,894,069,587) | (8,172,943,250) | (7,213,468,292) | (9,249,441,729) | (47,246,976,381) |
| 2. Termin Pembayaran yang telah diterima | - | - | - | - | (29,482,595,510) | (29,482,595,510) |
| **TOTAL A (Sebelum PPN)** | 61,622,247,429 | 33,972,844,638 | 36,294,371,358 | 32,725,370,434 | 19,242,951,099 | 183,857,784,959 |
| | | | | | | |
| **B** | | | | | | |
| **I** Keuntungan yang wajar atas Investasi | 8,471,945,690 | 4,620,440,058 | 4,809,029,448 | 4,625,710,907 | 6,212,855,273 | 28,739,981,376 |
| **II** Potensi Kerugian | 11,256,840,000 | 13,773,168,000 | 15,273,216,000 | 9,784,320,000 | 2,522,880,000 | 52,610,424,000 |
| **TOTAL B (Sebelum PPN)** | 19,728,785,690 | 18,393,608,058 | 20,082,245,448 | 14,410,030,907 | 8,735,735,273 | 81,350,405,376 |
| | | | | | | |
| **TOTAL (A+B)  Sebelum PPN** | 81,351,033,119 | 52,366,452,696 | 56,376,616,806 | 47,135,401,341 | 27,978,686,373 | 265,208,190,335 |
| **PPN** | 8,135,103,312 | 5,236,645,270 | 5,637,661,681 | 4,713,540,134 | 2,806,922,178 | 26,529,872,574 |
| **TOTAL (A+B)  Termasuk PPN** | 89,486,136,431 | 57,603,097,965 | 62,014,278,487 | 51,848,941,475 | 30,785,608,550 | 291,738,062,909 |

*Tabel .0*

Pada Tabel.0 tersebut dinyatakan bahwa jumlah total **permohonan awal** PEMOHON adalah Rp. 265.208.190.335,-  ditambah PPN 10% sebesar **Rp. 26.529.872.574,- = Rp. 291.738.062.909** (*dua ratus sembilan puluh satu milyar tujuh ratus tiga puluh delapan juta enam puluh dua ribu sembilan ratus sembilan rupiah*) untuk seluruh **Pekerjaan Penyediaan Program KPU/USO**

8. Pada tanggal 14 November 2016, KAP Heliantono & Rekan telah menyampaikan :
"*DRAFT Laporan Akuntan Independen Atas Prosedur Yang Disepakati Bersama KAP Heliantono & Rekan atas Usulan Perhitungan Permohonan Pembayaran Program Kewajiban Pelayanan Universal (KPU)/Universal Service Obligation (USO) yang diajukan Radnet (sekarang PEMOHON) kepada Balai Penyedia dan Pengelola Pembiayaan Telekomunikasi Informatika/BP3TI (sekarang TERMOHON))*" melalui Surat Nomor: 194/KAP-S/11/16, tertanggal 14 November 2016 **(Bukti P-45).**

9. **Musyawarah Kelima.** Tanggal 28 November 2016, PEMOHON dan TERMOHON telah menyelenggarakan musyawarah yang dilaksanakan berdasarkan Surat Undangan dari TERMOHON kepada PEMOHON Nomor: 2229/KOMINFO/BPPPTI.31/HK.04.01/ 11/2016, tertanggal 25 November 2016 dengan agenda Klarifikasi/paparan DRAFT Laporan Akuntan Independen dari KAP Heliantono & Rekan sebagai pihak ketiga independen. Hasil Musyawarah sebagaimana ada pada Risalah Rapat Musyawarah **(Bukti P-46);**

Hasil musyawarah tersebut adalah :

23



9.1.1. PEMOHON dan TERMOHON mendapatkan penjelasan mengenai draft Laporan Hasil Pelaksanaan Prosedur Yang Disepakati.

9.1.2. Membandingkan hasil Nilai Awal Permohonan (Permintaan ganti rugi PEMOHON) dengan nilai sesuai dengan prosedur yang disepakati dari KAP Heliantono & Rekan.

9.1.3. PEMOHON dan TERMOHON meminta agar KAP Heliantono & Rekan menyampaikan laporan final pelaksanaan Prosedur Yang Disepakati Bersama atas usulan perhitungan permohonan pembayaran program KPU/USO.

9.1.4. Menindaklanjuti laporan final KAP Heliantono & Rekan pada musyawarah tanggal 30 November 2016.

10. Pada tanggal <u>30 November 2016</u>, KAP Heliantono & Rekan telah menerbitkan *"Laporan Akuntan Independen Atas Prosedur Yang Disepakati Bersama KAP Heliantono & Rekan atas Usulan Perhitungan Permohonan Pembayaran Program Kewajiban Pelayanan Universal (KPU)/Universal Service Obligation (USO) yang diajukan Radnet kepada Balai Penyedia dan Pengelola Pembiayaan Telekomunikasi Informatika (BP3TI)"* dan menyerahkannya kepada PEMOHON dan TERMOHON (**Bukti P-47**);

11. **Musyawarah Keenam.** Tanggal 30 November 2016, PEMOHON dan TERMOHON telah menyelenggarakan musyawarah lanjutan berdasarkan surat undangan dari TERMOHON kepada PEMOHON nomor 2238/KOMINFO/BPPPTI.31/HK.04.01/11/2016 tertanggal 29 November 2016 dengan agenda Penyampaian usulan perhitungan PEMOHON.
Hasil Musyawarah sebagaimana ada pada Risalah Rapat Musyawarah (**Bukti P-48**).

Hasil musyawarah tersebut adalah sebagai berikut:

11.1.1. PEMOHON menyampaikan usulan final sebagaimana terlampir;

11.1.2. TERMOHON belum dapat menyepakati usulan final dari PEMOHON.

12. **Musyawarah Ketujuh.** Tanggal 8 Desember 2016, PEMOHON dan TERMOHON telah menyelenggarakan musyawarah lanjutan berdasarkan surat undangan dari TERMOHON kepada PEMOHON Nomor: 2294 A/KOMINFO/BPPPTI.31/HK.04.01/12/2016, tertanggal 7 Desember 2016. Hasil Musyawarah dicatat pada Risalah Rapat Musyawarah, tertanggal 8 Desember 2016 (**Bukti P-49**).

Hasil musyawarah tersebut adalah sebagai berikut :

12.1.1. PEMOHON dan TERMOHON menyepakati angka perhitungan antara PEMOHON dan TERMOHON dengan didasarkan pada hasil verifikasi dari pihak Ketiga Independen (KAP Heliantono & Rekan) serta

12.1.2. Hasil musyawarah akan dimintakan pendapat kepada Badan Pemeriksa Keuangan khususnya terhadap prinsip/metoda perhitungan.

13. **Musyawarah Kedelapan.** Tanggal 14 Februari 2017, berdasarkan Surat Undangan dari TERMOHON kepada PEMOHON Nomor: 221/KOMINFO/BPPPTI.31/HK.04.01/ 02 /2017, tertanggal 13 Februari 2017 dengan agenda mempelajari dan mendiskusikan surat jawaban dari **Badan Pemeriksa Keuangan** atas permohonan konfirmasi dari TERMOHON kepada Badan Pemeriksa Keuangan. Hasil Musyawarah dicatat pada Risalah Rapat Musyawarah (**Bukti P-50**).

Hasil musyawarah tersebut adalah sebagai berikut :

24



Setelah mendengarkan keterangan TERMOHON mengenai **surat jawaban dari Badan Pemeriksa Keuangan RI kepada Kementrian Komunikasi dan Informatika q.q TERMOHON, telah timbul suatu keadaan yang tidak lagi dapat diselesaikan oleh PEMOHON dan TERMOHON melalui suatu jalan musyawarah** karena :

i. Ada ketidaksepakatan nilai kompensasi atas Perjanjian Layanan Internet Program KPU/USO yang dapat dibayarkan oleh TERMOHON kepada PEMOHON khususnya terhadap permohonan *cost of fund* (bunga/denda) yang dibebankan oleh bank selaku pemberi modal untuk pembangunan Pekerjaan Penyediaan Program KPU/USO kepada PEMOHON serta selisih kurs dollar Amerika terhadap mata uang Rupiah ;

ii. Belum adanya kesepakatan mengenai status aset Pekerjaan Penyediaan Program KPU/USO setelah dilakukannya pembayaran ganti rugi biaya pembangunan Pekerjaan Penyediaan Program KPU/USO oleh TERMOHON kepada PEMOHON serta biaya yang timbul akibat dari status aset dan atau kondisi aset (jika diserahterimakan);

iii. Belum adanya format dan atau kesepakatan atas status pengakhiran (terminasi) Perjanjian Layanan Internet Program KPU/USO setelah dilakukannya pembayaran ganti rugi biaya pembangunan Pekerjaan Penyediaan Program KPU/USO oleh TERMOHON kepada PEMOHON;

14. Berdasarkan Pasal 8 SSUK upaya penyelesaian perselisihan tidak dapat diselesaikan dengan musyawarah maka berdasarkan Syarat-Syarat Umum Kontrak Perjanjian Layanan Internet Program KPU/USO (SSUK) telah diatur sebagai berikut:

**Pasal 8. Penyelesaian Perselisihan.**

**Pasal 8.2. Lembaga Pemutus Sengketa :**
*"Jika perselisihan di atas tidak dapat diselesaikan secara musyawarah maka masing-masing Pihak berhak untuk mengajukan perselisihan ke lembaga Badan Arbitrase Nasional Indonesia (BANI) menurut peraturan-peraturan administrasi dan peraturan-peraturan prosedur arbiter BANI, yang keputusannya mengikat kedua belah pihak yang bersengketa sebagai keputusan tingkat pertama dan terakhir. Para Pihak setuju bahwa jumlah arbitrator adalah 3 (tiga) orang. Masing-masing Pihak harus menunjuk seorang arbitrator dan kedua arbitrator yang ditunjuk oleh Para Pihak akan memilih arbitrator ketiga yang akan bertindak sebagai pimpinan arbitrator"*;

15. Bahwa PEMOHON telah mengirimkan Surat kepada TERMOHON Nomor: 009/RMI-RRY/DIR/III/2017, tertanggal 17 Maret 2017 Perihal Pemberitahuan penyelesaian Sengketa Perjanjian Layanan Internet Program KPU/USO melalui Badan Arbitrase Nasional Indonesia (BANI). **(Bukti P-51);**

25



## VI. HASIL PELAKSANAAN VERIFIKASI OLEH KAP HELIANTONO & REKAN SERTA HASIL MUSYAWARAH ANTARA PEMOHON DENGAN TERMOHON.

1. Bahwa PEMOHON telah menyusun kerugian yang dialami oleh PEMOHON akibat penghentian pelaksanaan Perjanjian Layanan Internet Program KPU/USO (Pekerjaan MPLIK Paket 19, Pekerjaan MPLIK Paket 1, Pekerjaan JALIN WIFI Paket 2, Pekerjaan Desa Pinter Paket 5, dan Pekerjaan JALIN WIFI Paket 7) ("Perhitungan Permohonan Awal") yang menjadi dasar perhitungan permohonan ganti rugi sebagai berikut:

### INFORMASI KEUANGAN

| KETERANGAN | PROGRAM KPU/USO RADNET | | | | | Jumlah Permohonan Awal |
| --- | --- | --- | --- | --- | --- | --- |
| | MPLIK Paket 1 | JALIN WIFI 2 | JALIN WIFI 7 | DESA PINTER 5 | MPLIK 19 | |
| **NILAI KONTRAK*)** | 98,113,690,157 | 52,627,130,582 | 54,486,288,331 | 48,089,788,613 | 61,662,944,857 | 314,979,842,540 |
| **A** | | | | | | |
| **I Penggantian Biaya Pembangunan** | | | | | | |
| 1. Biaya Langsung Yang Telah Dikeluarkan | 70,521,406,953 | 39,392,707,468 | 41,264,314,657 | 39,639,078,726 | 48,273,183,388 | 239,090,691,192 |
| 2. Biaya Langsung Terhutang (Outstanding) | 5,817,894,000 | 2,474,206,757 | 3,202,999,951 | 299,760,000 | 9,792,340,354 | 21,587,201,062 |
| 3. Penyesuaian & Temuan hasil Verifikasi | - | - | - | - | - | - |
| 4. Biaya KAP (50%) dibayar BP3TI | - | - | - | - | - | - |
| | | | | | | |
| **II Faktor Pengurang Penggantian Biaya Pembangunan** | | | | | | |
| 1. Uang Muka telah diterima | (14,717,053,524) | (7,894,069,587) | (8,172,943,250) | (7,213,468,292) | (9,249,441,729) | (47,246,976,381) |
| 2. Termin Pembayaran yang telah diterima | - | - | - | - | (29,482,595,510) | (29,482,595,510) |
| **TOTAL A (Sebelum PPN)** | 61,622,247,429 | 33,972,844,638 | 36,294,371,358 | 32,725,370,434 | 19,333,486,503 | 183,948,320,363 |
| | | | | | | |
| **B** | | | | | | |
| I Keuntungan yang wajar atas Investasi | 8,471,945,690 | 4,620,440,058 | 4,809,029,448 | 4,625,710,907 | 6,212,855,273 | 28,739,981,376 |
| II Potensi Kerugian | 11,256,840,000 | 13,773,168,000 | 15,273,216,000 | 9,784,320,000 | 2,522,880,000 | 52,610,424,000 |
| **TOTAL B (Sebelum PPN)** | 19,728,785,690 | 18,393,608,058 | 20,082,245,448 | 14,410,030,907 | 8,735,735,273 | 81,350,405,376 |
| | | | | | | |
| **TOTAL (A+B) Sebelum PPN** | 81,351,033,119 | 52,366,452,696 | 56,376,616,806 | 47,135,401,341 | 28,069,221,777 | 265,298,725,739 |
| PPN | 8,135,103,312 | 5,236,645,270 | 5,637,661,681 | 4,713,540,134 | 2,806,922,178 | 26,529,872,574 |
| **TOTAL (A+B) Termasuk PPN** | 89,486,136,431 | 57,603,097,965 | 62,014,278,487 | 51,848,941,475 | 30,876,143,954 | 291,828,598,313 |

*Tabel .1*

Pada Tabel.1 tersebut di atas dinyatakan bahwa jumlah total permohonan awal PEMOHON adalah Rp. 265.298.725.739,-  ditambah PPN 10% sebesar Rp.26.529.872.574 sama dengan **Rp. 291.828.598.313,-** *(dua ratus sembilan puluh satu milyar delapan ratus dua puluh delapan juta lima ratus sembilan puluh delapan ribu tiga ratus tiga belas rupiah)* untuk seluruh Pekerjaan Penyediaan Program KPU/USO.

2. Bahwa perhitungan ganti rugi yang disusun oleh PEMOHON tersebut didasarkan pada kondisi dilakukannya Pengakhiran dan atau Pembatalan Perjanjian atas Perjanjian Layanan Internet Program KPU/USO (Pekerjaan MPLIK Paket 19, Pekerjaan MPLIK Paket 1, Pekerjaan JALIN WIFI Paket 2, Pekerjaan Desa Pinter Paket 5, dan Pekerjaan JALIN WIFI Paket 7).





3. Bahwa sesuai dengan Pasal 1267 KUHPerdata, melihat kondisi TERMOHON yang sudah tidak bermaksud melanjutkan pelaksanaan Pekerjaan Penyediaan Internet Program KPU/USO berdasarkan Perjanjian Layanan Internet Program KPU/USO (Pekerjaan MPLIK Paket 19, Pekerjaan MPLIK Paket 1, Pekerjaan JALIN WIFI Paket 2, Pekerjaan Desa Pinter Paket 5, dan Pekerjaan JALIN WIFI Paket 7) sehingga tidak memungkinkan untuk dilanjutkan, dan sesuai dengan pembahasan pada musyawarah – musyawarah antara PEMOHON dan TERMOHON maka PEMOHON (sebagai pihak yang terhadapnya perjanjian tidak dipenuhi) memilih untuk membatalkan Perjanjian Layanan Internet Program KPU/USO.

**Pasal 1267 KUHPerdata :**
*"Pihak yang terhadapnya perikatan tidak dipenuhi, dapat memilih; memaksa pihak yang lain untuk memenuhi persetujuan, jika hal itu masih dapat dilakukan, atau menuntut pembatalan persetujuan, **dengan penggantian biaya, kerugian dan bunga**"*

4. Dalam perhitungan kerugian yang disusun oleh PEMOHON sebagai tuntutan kepada TERMOHON sebagaimana Tabel.1 di atas, komponen kerugian tersebut terdiri dari biaya yang telah dikeluarkan, biaya langsung terhutang (*outstanding*) (maksudnya adalah utang yang timbul karena pelaksanaan Pekerjaan MPLIK Paket 19, Pekerjaan MPLIK Paket 1, Pekerjaan JALIN WIFI Paket 2, Pekerjaan Desa Pinter Paket 5, dan Paket Pekerjaan), keuntungan yang wajar dan potensi keuntungan atau dalam istilah Pasal 1267 KUHPerdata adalah biaya, kerugian, dan bunga (*kosten, schaden en interessen*).

Menurut Prof. Subekti (Pokok–pokok Hukum Perdata, Cetakan XXIX, PT. Intermasa, Jakarta, hal. 148), : *"yang dimaksudkan kerugian yang dapat dimintakan penggantian itu tidak hanya yang berupa biaya – biaya yang sesungguhnya telah dikeluarkan (kosten), atau kerugian yang sesungguhnya menimpa harta benda si berpiutang (schaden), tetapi juga yang berupa kehilangan keuntungan (interessen) yaitu keuntungan yang didapat seandainya si berhutang tidak lalai (winstderving)"*

Berdasarkan hal tersebut maka komponen tuntutan kerugian yang diajukan oleh PEMOHON telah sesuai dengan hukum.

5. Bahwa perhitungan Permohonan Awal tersebut telah disampaikan kepada KAP Heliantono & Rekan (Pihak Ketiga Independen) yang ditunjuk bersama-sama oleh PEMOHON dan TERMOHON sesuai hasil Musyawarah Keempat pada tanggal 19 Oktober 2016 untuk dilakukan pengujian sesuai dengan prosedur yang disepakati.

6. Bahwa KAP Heliantono & Rekan telah melakukan pengujian, verifikasi dan pelaksanaan prosedur yang disepakati terhadap Informasi keuangan (Tabel.1) yang diterima dari PEMOHON;

7. Bahwa hasil verifikasi KAP Heliantono & Rekan yang terdapat dalam Lampiran II Ringkasan Eksekutif atas Temuan Hasil Pelaksanaan Prosedur pada buku *"Laporan Akuntan Independen Atas Prosedur Yang Disepakati Bersama KAP Heliantono & Rekan*

27



*atas Usulan Perhitungan Permohonan Pembayaran Program Kewajiban Pelayanan Universal (KPU)/Universal Service Obligation (USO) yang diajukan Radnet kepada Balai Penyedia dan Pengelola Pembiayaan Telekomunikasi Informatika (BP3TI)"* yang diterbitkan KAP Heliantono & Rekan tanggal 30 November <u>2016 **telah ditemukan faktor pengurang atas nilai yang terdapat pada Informasi Keuangan PEMOHON sebesar minus Rp. 2.596.369.561,-**</u> *(Dua milyar lima ratus sembilan puluh enam juta tiga ratus enam puluh sembilan ribu lima ratus enam puluh satu rupiah)* (*vide* **bukti P-47**);

8. Bahwa berdasarkan hasil verifikasi terhadap jumlah uang muka yang telah diterima oleh PEMOHON maka ditemukan penyajian PEMOHON untuk nilai uang muka telah diterima dan Termin pembayaran yang telah diterima termasuk Pajak PPN, padahal seharusnya disajikan sebelum PPN sehingga pada Rapat Musyawarah kelima tanggal 28 November 2016 yang dihadiri oleh KAP Heliantono & Rekan nilainya disajikan menjadi sebelum pajak **(vide Bukti P-46)** ;

   Atas dasar itu maka <u>"Uang Muka Telah diterima"</u> PEMOHON telah dirubah menjadi total <u>Rp. 42.951.796.710 dari sebelumnya total Rp 47.246.976.381,-</u>, sedangkan *"Termin Pembayaran yang telah diterima"* telah dirubah menjadi <u>Rp. 26.802.359.555,- dari sebelumnya total Rp. 29.482.595.510,-.</u>

9. Bahwa berdasarkan Risalah Rapat Musyawarah keempat pada tanggal 19 Oktober 2016, PEMOHON dan TERMOHON menyepakati biaya pelaksanaan verifikasi oleh KAP Heliantono & Rekan dibayar secara seimbang (50%:50%) antara PEMOHON dan TERMOHON, Oleh karena itu PEMOHON membebankan 50% biaya pelaksanaan verifikasi oleh KAP Heliantono & Rekan kepada TERMOHON sebesar Rp. 165.000.000,- ditambah PPN 10% sebesar Rp. 16.500.000,- sama dengan **Rp. 181.500.000,-** *( seratus delapan puluh satu juta lima ratus ribu rupiah)* (*vide* **Bukti P-42**);

10. Bahwa selain itu masih ditemukan faktor pengurang sebesar minus Rp. 266.203.512,- (Dua ratus enam puluh enam juta dua ratus tiga ribu lima ratus dua belas rupiah) sehingga faktor pengurang menjadi bertambah dan menjadi minus **Rp. 2.862.573.073** *(Dua milyar delapan ratus enam puluh dua juta lima ratus ujuh puluh tiga ribu tujuh puluh tiga rupiah)* dari sebelumnya sebesar Minus **Rp. 2.596.369.561,-** *(Dua milyar lima ratus sembilan puluh enam juta tiga ratus enam puluh sembilan ribu lima ratus enam puluh satu rupiah)*;

11. Bahwa berdasarkan hasil verifikasi, Paparan/penjelasan serta klarifikasi oleh KAP Heliantono & Rekan kepada PEMOHON dan TERMOHON dalam Rapat Musyawarah kelima tanggal 28 November 2016 (*vide* **Bukti P-46**) maka rekapitulasi hasil Verifikasi KAP Heliantono & Rekan adalah sebagai berikut:





## HASIL VERIFIKASI KAP HELIANTONO & REKAN

| KETERANGAN | PROGRAM KPU/USO RADNET | | | | | Hasil Verifikasi KAP |
|---|---|---|---|---|---|---|
| | MPLIK Paket 1 | JALIN WIFI 2 | JALIN WIFI 7 | DESA PINTER 5 | MPLIK 19 | |
| NILAI KONTRAK*) | 98,113,690,157 | 52,627,130,582 | 54,486,288,331 | 48,089,788,613 | 61,662,944,857 | 314,979,842,540 |
| **A** | | | | | | |
| **I  Penggantian Biaya Pembangunan** | | | | | | |
| 1. Biaya Langsung Yang Telah Dikeluarkan | 70,521,406,953 | 39,392,707,468 | 41,264,314,657 | 39,639,078,726 | 48,273,183,388 | 239,090,691,191 |
| 2. Biaya Langsung Terhutang (Outstanding) | 5,817,894,000 | 2,474,206,757 | 3,202,999,951 | 299,760,000 | 9,792,340,354 | 21,587,201,062 |
| 3. Penyesuaian & Temuan hasil Verifikasi | 1,500,326,592 | 478,698,962 | 595,133,574 | 830,064,798 | (6,266,797,000) | (2,862,573,074) |
| 4. Biaya KAP (50%) dibayar BP3TI | 33,000,000 | 33,000,000 | 33,000,000 | 33,000,000 | 33,000,000 | 165,000,000 |
| | | | | | | |
| **II  Faktor Pengurang Penggantian Biaya Pembangunan** | | | | | | |
| 1. Uang Muka telah diterima | (13,379,139,567) | (7,176,426,898) | (7,429,948,409) | (6,557,698,447) | (8,408,583,390) | (42,951,796,710) |
| 2. Termin Pembayaran yang telah diterima | - | - | - | - | (26,802,359,555) | (26,802,359,555) |
| **TOTAL A (Sebelum PPN)** | 64,493,487,978 | 35,202,186,289 | 37,665,499,773 | 34,244,205,077 | 16,620,783,798 | 188,226,162,915 |
| | | | | | | |
| **B** | | | | | | |
| I  Keuntungan yang wajar atas Investasi | 8,471,945,690 | 4,620,440,058 | 4,809,029,448 | 4,625,710,907 | 6,212,855,273 | 28,739,981,376 |
| II  Potensi Kerugian | 11,256,840,000 | 13,773,168,000 | 15,273,216,000 | 9,784,320,000 | 2,522,880,000 | 52,610,424,000 |
| **TOTAL B (Sebelum PPN)** | 19,728,785,690 | 18,393,608,058 | 20,082,245,448 | 14,410,030,907 | 8,735,735,273 | 81,350,405,376 |
| | | | | | | |
| **TOTAL (A+B) Sebelum PPN** | 84,222,273,668 | 53,595,794,347 | 57,747,745,221 | 48,654,235,984 | 25,356,519,071 | 269,576,568,292 |
| **PPN** | 8,422,227,367 | 5,359,579,435 | 5,774,774,522 | 4,865,423,598 | 2,535,651,907 | 26,957,656,829 |
| **TOTAL (A+B) Termasuk PPN** | 92,644,501,035 | 58,955,373,782 | 63,522,519,743 | 53,519,659,582 | 27,892,170,978 | 296,534,225,121 |

**Tabel. 2**

Pada Tabel.2 tersebut diatas dinyatakan bahwa jumlah total kerugian PEMOHON sesuai dengan hasil verifikasi KAP Heliantono & Rekan terhadap Permohonan Awal PEMOHON adalah Rp. 269.576.568.292,- ditambah PPN 10% sebesar Rp. 26.957.656.829,- sama dengan **Rp. 296.534.225.121,-** *(dua ratus sembilan puluh enam milyar lima ratus tiga puluh empat juta dua ratus dua puluh lima ribu seratus dua puluh satu rupiah)* untuk seluruh Pekerjaan Penyediaan Program KPU/USO.

12. Bahwa setelah mempelajari dan memperhatikan paparan serta klarifikasi dari KAP Heliantono & Rekan, PEMOHON menyampaikan usulan koreksi terhadap hasil verifikasi KAP yang masih menjadi objek musyawarah khusus terhadap faktor pengurang PPN sebagaimana Lampiran II Ringkasan Eksekutif atas Temuan Hasil Pelaksanaan Prosedur kolom tabel No. 3 tentang Nilai PPN yang disajikan sebagai pengantian CAPEX terbayar dan No. 8 tentang Nilai PPN,PPH, Materai disajikan bersih pada nilai pengantian CAPEX outstanding dapatlah menjadi obyek musyawarah antara Radnet dengan BP3TI untuk dikeluarkan dari daftar Ringkasan Eksekutif Temuan KAP Heliantono & Rekan dengan dasar pertimbangan sebagai berikut:

i. Periode pembayaran pajak atas transaksi dimaksud telah jauh terlampaui;

ii. PEMOHON telah mendapat clearance pada program Tax Amnesty dari Kementerian Keuangan Republik Indonesia Direktorat Jenderal Pajak sebagaimana Surat Keterangan Pengampunan Pajak Nomor: KET-50/PP/WPJ.04/2016 tanggal 12 Agustus 2016 (**Bukti P-52**);

29



iii. PEMOHON telah menerima surat dari kementerian Keuangan Republik Indonesia Direktorat Jenderal Pajak Nomor: Pem-3/WPJ.04/KP.0100/2016, tertanggal 23 Agustus 2016 Perihal "Pemberitahuan penghentian pemeriksaan dalam rangka pengampunan pajak "(**Bukti P-53**);

13. Bahwa dengan dikeluarkannya kolom tabel no. 3 tentang Nilai PPN yang disajikan sebagai pengantian CAPEX terbayar dan no.8 tentang Nilai PPN,PPH, Materai disajikan bersih pada nilai pengantian CAPEX outstanding dari daftar Ringkasan Eksekutif atas Temuan Hasil Pelaksanaan Prosedur KAP Heliantono & Rekan maka nilai Penyesuaian & Temuan KAP menjadi berubah.

Atas dasar hal tersebut maka pada Musyawarah Kelima tanggal 28 November 2016, PEMOHON mengajukan kembali Usulan Permohonan Pembayaran Ganti Rugi menjadi sebagai berikut :

### REKAPITULASI USULAN PEMOHON – 28 NOVEMBER 2016

| KETERANGAN | PROGRAM KPU/USO RADNET | | | | | Usulan Radnet |
|---|---|---|---|---|---|---|
| | MPLIK Paket 1 | JALIN WIFI 2 | JALIN WIFI 7 | DESA PINTER 5 | MPLIK 19 | |
| NILAI KONTRAK*) | 98,113,690,157 | 52,627,130,582 | 54,486,288,331 | 48,089,788,613 | 61,662,944,857 | 314,979,842,540 |
| **A** | | | | | | |
| **I** Penggantian Biaya Pembangunan | | | | | | |
| 1. Biaya Langsung Yang Telah Dikeluarkan | 70,521,406,953 | 39,392,707,468 | 41,264,314,657 | 39,639,078,726 | 48,273,183,388 | 239,090,691,191 |
| 2. Biaya Langsung Terhutang (Outstanding) | 5,817,894,000 | 2,474,206,757 | 3,202,999,951 | 299,760,000 | 9,792,340,354 | 21,587,201,062 |
| 3. Penyesuaian & Temuan hasil Verifikasi | 7,219,809,658 | 3,426,387,208 | 3,889,608,672 | 3,951,146,470 | (6,266,797,000) | 12,220,155,008 |
| 4. Biaya KAP (50%) dibayar BP3TI | 33,000,000 | 33,000,000 | 33,000,000 | 33,000,000 | 33,000,000 | 165,000,000 |
| | | | | | | |
| **II** Faktor Pengurang Penggantian Biaya Pembangunan | | | | | | |
| 1. Uang Muka telah diterima | (13,379,139,567) | (7,176,426,898) | (7,429,948,409) | (6,557,698,447) | (8,408,583,390) | (42,951,796,710) |
| 2. Termin Pembayaran yang telah diterima | - | - | - | - | (18,761,651,688) | (18,761,651,688) |
| **TOTAL A (Sebelum PPN)** | 70,212,971,044 | 38,149,874,535 | 40,959,974,872 | 37,365,286,749 | 24,661,491,664 | 211,349,598,863 |
| | | | | | | |
| **B** | | | | | | |
| **I** Keuntungan yang wajar atas Investasi | 8,471,945,690 | 4,620,440,058 | 4,809,029,448 | 4,625,710,907 | 6,212,855,273 | 28,739,981,376 |
| **II** Potensi Kerugian | 11,256,840,000 | 13,773,168,000 | 15,273,216,000 | 9,784,320,000 | 2,522,880,000 | 52,610,424,000 |
| **TOTAL B (Sebelum PPN)** | 19,728,785,690 | 18,393,608,058 | 20,082,245,448 | 14,410,030,907 | 8,735,735,273 | 81,350,405,376 |
| | | | | | | |
| TOTAL (A+B) Sebelum PPN | 89,941,756,734 | 56,543,482,593 | 61,042,220,320 | 51,775,317,656 | 33,397,226,938 | 292,700,004,239 |
| PPN | 8,994,175,673 | 5,654,348,259 | 6,104,222,032 | 5,177,531,766 | 3,339,722,694 | 29,270,000,424 |
| TOTAL (A+B) Termasuk PPN | 98,935,932,407 | 62,197,830,853 | 67,146,442,352 | 56,952,849,422 | 36,736,949,631 | 321,970,004,665 |

**Tabel.3**

Pada Tabel.3 tersebut diatas dinyatakan bahwa jumlah total Permohonan Ganti Rugi Pelaksanaan Pekerjaan Penyediaan Program KPU/USO PEMOHON kepada TERMOHON adalah Rp. 292.700.004.239,- ditambah PPN 10% sebesar Rp. 29.270.000.424,- sama dengan **Rp. 321.970.004.665,-** *(tiga ratus dua puluh satu milyar sembilan ratus tujuh puluh juta empat ratus enam ratus enam puluh lima rupiah)* untuk seluruh Pekerjaan Penyediaan Program KPU/USO (**vide bukti P-46**).

30



14. Bahwa Pada **Musyawarah Keenam** pada tanggal 30 November 2016 telah dimusyawarahkan antara PEMOHON dan TERMOHON terkait usulan PEMOHON untuk mengeluarkan seluruh nilai faktor pengurang pajak sebagaimana keterangan pada Lampiran II Ringkasan Eksekutif atas Temuan Hasil Pelaksanaan Prosedur kolom tabel No. 3 tentang *Nilai PPN yang disajikan sebagai pengantian CAPEX terbayar* dan No. 8 tentang *Nilai PPN, PPH, Materai disajikan bersih pada nilai pengantian CAPEX outstanding*. Bahwa yang dapat menjadi faktor pengurang adalah invoice yang tidak didukung bukti faktur pajak dengan nilai sebesar minus **Rp. 7.527.125.425,- (*Tujuh milyar lima ratus dua puluh tujuh juta seratus dua puluh lima ribu empat ratus dua puluh lima rupiah*).**

15. Bahwa dengan demikian maka nilai Penyesuaian & Temuan KAP menjadi berubah dan atas dasar hal tersebut maka pada Musyawarah Keenam tanggal 30 November 2016, PEMOHON mengajukan kembali Usulan Final Permohonan Pembayaran Ganti Rugi menjadi sebagai berikut :

### REKAPITULASI USULAN FINAL PEMOHON – 30 NOVEMBER 2016

| KETERANGAN | PROGRAM KPU/USO RADNET | | | | | Usulan Final Radnet |
|---|---|---|---|---|---|---|
| | MPLIK Paket 1 | JALIN WIFI 2 | JALIN WIFI 7 | DESA PINTER 5 | MPLIK 19 | |
| **NILAI KONTRAK\*)** | 98,113,690,157 | 52,627,130,582 | 54,486,288,331 | 48,089,788,613 | 61,662,944,857 | 314,979,842,540 |
| **A** | | | | | | |
| **I   Penggantian Biaya Pembangunan** | | | | | | |
| 1. Biaya Langsung Yang Telah Dikeluarkan | 70,521,406,953 | 39,392,707,468 | 41,264,314,657 | 39,639,078,726 | 48,273,183,388 | 239,090,691,191 |
| 2. Biaya Langsung Terhutang (Outstanding) | 5,817,894,000 | 2,474,206,757 | 3,202,999,951 | 299,760,000 | 9,792,340,354 | 21,587,201,062 |
| 3. Penyesuaian & Temuan hasil Verifikasi | 4,281,612,274 | 2,058,879,910 | 2,312,785,972 | 2,347,129,715 | (6,266,797,000) | 4,733,610,872 |
| 4. Biaya KAP (50%) dibayar BP3TI | 33,000,000 | 33,000,000 | 33,000,000 | 33,000,000 | 33,000,000 | 165,000,000 |
| **II   Faktor Pengurang Penggantian Biaya Pembangunan** | | | | | | |
| 1. Uang Muka telah diterima | (13,379,139,567) | (7,176,426,898) | (7,429,948,409) | (6,557,698,447) | (8,408,583,390) | (42,951,796,710) |
| 2. Termin Pembayaran yang telah diterima | - | - | - | - | (26,802,359,555) | (26,802,359,555) |
| **TOTAL A (Sebelum PPN)** | 67,274,773,660 | 36,782,367,238 | 39,383,152,171 | 35,761,269,994 | 16,620,783,798 | 195,822,346,860 |
| **B** | | | | | | |
| **I**   Keuntungan yang wajar atas Investasi | 5,496,429,669 | 3,014,417,824 | 3,201,646,652 | 2,875,596,388 | 4,180,717,709 | 18,768,808,242 |
| **II**   Potensi Kerugian | | | | | | |
| **TOTAL B (Sebelum PPN)** | 5,496,429,669 | 3,014,417,824 | 3,201,646,652 | 2,875,596,388 | 4,180,717,709 | 18,768,808,242 |
| **TOTAL (A+B) Sebelum PPN** | 72,771,203,329 | 39,796,785,062 | 42,584,798,823 | 38,636,866,382 | 20,801,501,507 | 214,591,155,103 |
| **PPN** | 7,277,120,333 | 3,979,678,506 | 4,258,479,882 | 3,863,686,638 | 2,080,150,151 | 21,459,115,510 |
| **TOTAL (A+B) Termasuk PPN** | 80,048,323,662 | 43,776,463,568 | 46,843,278,705 | 42,500,553,021 | 22,881,651,658 | 236,050,270,614 |

### Tabel. 4

Pada Tabel.4 tersebut diatas dinyatakan bahwa jumlah total Permohonan Ganti rugi Pelaksanaan Pekerjaan Penyediaan Program KPU/USO PEMOHON kepada TERMOHON adalah Rp. 214.591.155.103,- ditambah PPN 10% sebesar Rp. 21.459.115.510,- sama dengan **Rp. 236.050.270.614,- (*dua ratus tiga puluh enam milyar lima puluh juta dua ratus*

31



*tujuh puluh ribu enam ratus empat belas rupiah)* untuk seluruh Pekerjaan Penyediaan Program KPU/USO **(vide bukti P-48)**

16. Bahwa Pada **Musyawarah Ketujuh** pada tanggal 8 Desember 2016 telah dimusyawarahkan antara PEMOHON dan TERMOHON yang pada pokoknya menghasilkan:

   16.1. Telah menyepakati biaya ganti rugi pelaksanaan Pekerjaan Penyediaan Program KPU/USO PEMOHON sebesar Rp. 186.489.370.222,- ditambah PPN 10% sebesar Rp. 18.648.937.022,- sama dengan **Rp. 205.138.307.244** *( dua ratus lima milyar seratus tiga puluh delapan juta tiga ratus tujuh ribu dua ratus empat puluh empat rupiah)* dengan perhitungan yang didasarkan pada Permohonan ganti rugi dari PEMOHON, hasil verifikasi KAP Heliantono & Rekan, dinamika, bukti-bukti, argumentasi, negosiasi, kepatutan dan pertimbangan-pertimbangan hukum yang terjadi selama proses musyawarah antara PEMOHON dengan TERMOHON sejak musyawarah pertama tanggal 18 agustus 2016 sampai dengan musyawarah ke delapan tanggal 8 Desember 2016 **(vide Bukti P-38, P-39, P-40, P-42, P-46, P-48, P-49).**

   Rekapitulasi nilai yang telah disepakati antara PEMOHON dan TERMOHON pada Musyawarah ketujuh tanggal 8 Desember 2016 adalah sebagai berikut:

### REKAPITULASI KESEPAKATAN – 8 DESEMBER 2016

| KETERANGAN | PROGRAM KPU/USO RADNET | | | | | Kesepakatan Radnet & BP3TI |
|---|---|---|---|---|---|---|
| | **MPLIK Paket 1** | **JALIN WIFI 2** | **JALIN WIFI 7** | **DESA PINTER 5** | **MPLIK 19** | |
| **NILAI KONTRAK*)** | 98,113,690,157 | 52,627,130,582 | 54,486,288,331 | 48,089,788,613 | 61,662,944,857 | 314,979,842,540 |
| **A** | | | | | | |
| **I  Penggantian Biaya Pembangunan** | | | | | | |
| 1. Biaya Langsung Yang Telah Dikeluarkan | 70,521,406,953 | 39,392,707,468 | 41,264,314,657 | 39,639,078,726 | 48,273,183,388 | 239,090,691,191 |
| 2. Biaya Langsung Terhutang (Outstanding) | 5,817,894,000 | 2,474,206,757 | 3,202,999,951 | 299,760,000 | 9,792,340,354 | 21,587,201,062 |
| 3. Penyesuaian & Temuan hasil Verifikasi | 741,517,687 | 235,194,820 | 274,549,695 | 416,169,032 | (6,266,797,000) | (4,599,365,767) |
| 4. Biaya KAP (50%) dibayar BP3TI | 33,000,000 | 33,000,000 | 33,000,000 | 33,000,000 | 33,000,000 | 165,000,000 |
| | | | | | | |
| **II  Faktor Pengurang Penggantian Biaya Pembangunan** | | | | | | |
| 1. Uang Muka telah diterima | (13,379,139,567) | (7,176,426,898) | (7,429,948,409) | (6,557,698,447) | (8,408,583,390) | (42,951,796,710) |
| 2. Termin Pembayaran yang telah diterima | - | - | - | - | (26,802,359,555) | (26,802,359,555) |
| **TOTAL A (Sebelum PPN)** | 63,734,679,073 | 34,958,682,148 | 37,344,915,894 | 33,830,309,310 | 16,620,783,798 | 186,489,370,222 |
| | | | | | | |
| **B** | | | | | | |
| **I  Keuntungan yang wajar atas Investasi** | - | - | - | - | - | - |
| **II  Potensi Kerugian** | - | - | - | - | - | - |
| **TOTAL B (Sebelum PPN)** | - | - | - | - | - | - |
| | | | | | | |
| **TOTAL (A+B)  Sebelum PPN** | 63,734,679,073 | 34,958,682,148 | 37,344,915,894 | 33,830,309,310 | 16,620,783,798 | 186,489,370,222 |
| **PPN** | 6,373,467,907 | 3,495,868,215 | 3,734,491,589 | 3,383,030,931 | 1,662,078,380 | 18,648,937,022 |
| **TOTAL (A+B)  Termasuk PPN** | 70,108,146,980 | 38,454,550,362 | 41,079,407,483 | 37,213,340,241 | 18,282,862,178 | 205,138,307,244 |

**Tabel . 5**

32





Pada Tabel.5 tersebut diatas dinyatakan bahwa <u>jumlah total</u> **kesepakatan** <u>antara PEMOHON dengan TERMOHON untuk pembayaran</u> Pelaksanaan Pekerjaan Penyediaan Program KPU/USO <u>yang akan dibayarkan oleh TERMOHON kepada PEMOHON adalah Rp. 186.489.370.222,- ditambah PPN 10% sebesar Rp. 18.648.937.022,- sama dengan</u> **Rp. 205.138.307.244** *(dua ratus lima milyar seratus tiga puluh delapan juta tiga ratus tujuh ribu dua ratus empat puluh empat rupiah)* untuk seluruh Pekerjaan Penyediaan Program KPU/USO **(vide bukti P-49).**

16.2.  Telah menyepakati untuk menghilangkan permohonan pada Huruf B.I pada Tabel. 5 mengenai "Keuntungan yang wajar" karena Keuntungan yang wajar sebagaimana diatur dalam KUHPerdata sebesar 6% per tahun *(moratoire interessen)* dari biaya investasi selama tiga tahun dihitung dari belanja investasi tahun 2012 sampai dengan penghentian program USO tahun 2013 telah termasuk sebagai bagian dan/atau telah dikompensasi sebagai biaya langsung PEMOHON pada Huruf A Tabel.5;

16.3.  Telah menyepakati untuk menghilangkan permohonan pada Huruf B.II pada Tabel. 5 mengenai "Potensi Kerugian" yang timbul akibat dihentikannya Perjanjian Layanan Internet Program KPU/USO dengan pertimbangan bahwa permohonan/perhitungan akan menjadi obyek baru pada agenda musyawarah baru tahap kedua;

16.4.  Belum menyepakati mengenai pembayaran kompensasi atas Perjanjian Layanan Internet Program KPU/USO yang dapat dibayarkan oleh TERMOHON kepada PEMOHON khususnya terhadap permohonan *cost of fund* (bunga dan/denda) yang dibebankan oleh bank selaku pemberi modal untuk pembangunan Pekerjaan Penyediaan Program KPU/USO kepada PEMOHON serta selisih kurs dollar Amerika terhadap mata uang Rupiah;

16.5.  Belum menyepakati mengenai status aset Pekerjaan Penyediaan Program KPU/USO setelah dilakukannya pembayaran ganti rugi biaya pembangunan Pekerjaan Penyediaan Program KPU/USO oleh TERMOHON kepada PEMOHON serta biaya yang timbul akibat dari status aset dan atau kondisi aset (jika diserahterimakan);

16.6.  Belum menyepakati mengenai tatacara dan mekanisme pengakhiran (terminasi) Perjanjian Layanan Internet Program KPU/USO setelah dilakukannya pembayaran ganti rugi biaya pembangunan Pekerjaan Penyediaan Program KPU/USO oleh TERMOHON kepada PEMOHON;

17.  Bahwa sehingga, untuk seluruh Pekerjaan Penyediaan Program KPU/USO, Ganti Rugi yang harus dibayar oleh TERMOHON kepada PEMOHON adalah sebesar Rp. <u>186.489.370.222,- ditambah PPN 10% sebesar Rp. 18.648.937.022,- yaitu</u> **Rp. 205.138.307.244** *(dua ratus lima milyar seratus tiga puluh delapan juta tiga ratus tujuh ribu dua ratus empat puluh empat rupiah)*, dengan perincian sebagai berikut:

33



| No | Program KPU/USO | Jumlah Ganti Rugi (Rp) | Rekening Pembayaran |
|---|---|---|---|
| 1 | Penyediaan Pusat Layanan Jasa Akses Internet Kecamatan KPU/USO Yang Bersifat Bergerak (mobile) Paket Pekerjaan 19 (sembilan belas) di Maluku & Maluku Utara | 16,620,783,797 | **Bank BJB** Kantor Cabang Khusus Jakarta dengan nomor rekening : 0015049235002 a/n PT Rahajasa Media Internet |
| 2 | Penyediaan Pusat Layanan Jasa Akses Internet Kecamatan KPU/USO Yang Bersifat Bergerak (mobile) Paket Pekerjaan 1 (satu) di Propinsi Nangroe Aceh Darussalam | 63,734,679,073 | **Bank BJB** Kantor Cabang Khusus Jakarta dengan nomor rekening : 0002118602001 a/n PT Rahajasa Media Internet |
| 3 | Penyediaan Jasa Akses Publik Layanan Internet Wifi Kabupaten KPU/USO (JALIN-KPU/USO) Paket Pekerjaan 2 (Dua) | 34,958,682,148 | **Bank BCA** Kantor Cabang Kuningan dengan nomor rekening : 217-300209-2 a/n PT Rahajasa Media Internet |
| 4 | Penyediaan Jasa Akses Publik Layanan Internet Wifi Kabupaten KPU/USO (JALIN-KPU/USO) Paket Pekerjaan 7 (Tujuh) | 37,344,915,894 | **Bank BCA** Kantor Cabang Kuningan dengan nomor rekening: 217-300209-2 a/n PT Rahajasa Media Internet |
| 5 | Penyediaan Jasa Akses Telekomunikasi Dan Informatika Perdesaan KPU/USO (Upgrading Desa Pinter) Paket Pekerjaan 5 (Lima) Di Propinsi Maluku | 33,830,309,310 | **Bank BCA** Kantor Cabang Kuningan dengan nomor rekening : 217-300209-2 a/n PT Rahajasa Media Internet |
| | **Jumlah** | **186,489,370,222** | |
| | **PPN 10%** | **18,648,937,022** | |
| | **Jumlah Total** | **205,138,307,244** | |

*Terbilang : Dua ratus lima milyar seratus tiga puluh delapan juta tiga ratus tujuh ribu dua ratus empat puluh empat rupiah*

18. Bahwa sebagaimana telah TERMOHON ketahui, dalam membiayai Pekerjaan Penyediaan Program KPU/USO, PEMOHON menggunakan fasilitas kredit yang berasal dari PT. Bank Pembangunan Daerah Jawa Barat dan Banten, Tbk. (Bank Jabar Banten) **(Bukti P-54)**.

19. Bahwa sejak TERMOHON mengirimkan Surat dari TERMOHON Nomor: 165A/Kominfo/BPPPTI.31/KS.01.08/02/2014, tertanggal 12 Februari 2014 Perihal Penundaan Pembayaran Prestasi Kerja Program KPU/USO **(vide bukti P-25)** sampai dengan TERMOHON telah menghentikan Program KPU/USO melalui surat dari TERMOHON Nomor: B-191/KOMINFO/BPPPTI.31.4/KS.01.08/3/2015, tertanggal 03 Maret 2015 **(vide bukti P-32)** yang menimbulkan ketidakpastian hukum untuk dapat terselenggaranya pelaksanaan operasional Pekerjaan Penyediaan Program KPU/USO berdampak langsung pada tidak adanya pembayaran dari TERMOHON kepada PEMOHON. Oleh karenanya telah menyebabkan PEMOHON tidak dapat melaksanakan kewajiban kepada Bank Jabar Banten untuk membayar cicilan fasilitas kredit yang diberikan untuk melaksanakan pekerjaan Pekerjaan Penyediaan Program KPU/USO sehingga PEMOHON terbebani oleh hutang Pokok, Bunga dan Denda Bank Jabar Banten.

20. Bahwa KAP Heliantono & Rekan telah melakukan verifikasi dan Konfirmasi kepada Bank Jabar Banten, daripadanya KAP Heliantono & Rekan telah menerima surat konfirmasi hutang pokok dan bunga dari Bank Jabar Banten nomor 2606/Jkt-OPR/XI/2016 tanggal 4 November 2014 (Laporan KAP halaman 10) bahwa nilai hutang bunga PEMOHON adalah sebesar Rp. 29.994.123.389,- **(Vide Bukti P-47)**.

21. Bahwa PEMOHON telah menerima konfirmasi jumlah Denda dari Bank Jabar dan Banten kepada PEMOHON melalui Surat Nomor: 0196/Jkt-Comm/I/2015, tanggal 28 Januari 2015 Perihal Penyelesaian kredit PT Rahajasa Media Internet dengan nilai denda sebesar Rp. 91.087.388,- + Rp. 1.399.154.024,- = Rp. 1.490.241.412,- *(Satu milyar empat ratus*

34



*sembilan puluh juta dua ratus empat puluh satu ribu empat ratus dua belas rupiah)* (**Bukti P-55**).

22. Bahwa dengan demikian, TERMOHON juga harus menanggung beban bunga dan denda dari PT. Bank Pembangunan Daerah Jawa Barat & Banten kepada PEMOHON, dalam pembiayaan Pekerjaan Penyediaan Program KPU/USO yang sudah dilakukan oleh PEMOHON, serta membayar beban bunga dan denda kepada PEMOHON sebesar Rp. 31,484,364,801,- <u>ditambah PPN 10%</u> sebesar Rp. 3.148.436.480,- yaitu **Rp. 34.632.801.281,- *(Tiga puluh empat milyar enam ratus tiga puluh dua juta delapan ratus satu ribu dua ratus delapan puluh satu rupiah)*.**

23. Bahwa KAP Heliantono & Rekan telah melakukan verifikasi dan Konfirmasi kepada PT HPFI sebagai salah satu vendor penyediaan perangkat pendukung Pekerjaan program KPU/USO dan hasilnya telah dilaporkan pada Lampiran II Ringkasan Eksekutif atas Temuan Hasil Pelaksanaan Prosedur kolom tabel no. 5 tentang selisih Kurs atas pokok pinjaman ke HPFI bahwa selisih Kurs atas pokok pinjaman ke HPFI sebesar Rp. 9.570.959.567,- *(sembilan milyar lima ratus tujuh puluh juta sembilan ratus lima puluh sembilan ribu lima ratus enam puluh tujuh rupiah)*.

24. Bahwa perihal penggantian atas selisih kurs ini masih diperselisihkan antara PEMOHON dan TERMOHON. Dapatlah PEMOHON sampaikan bahwa PEMOHON membeli sebagian perangkat pendukung Program KPU/USO kepada PT HPFI pada tahun 2013 dengan nilai kurs dolar amerika setara rupiah sebesar Rp. 18.842.871.443,- sedangkan status pembayaran yang telah dilakukan serta saldo terhutang pada tahun 2016 dengan nilai kurs setara rupiah Rp 28.413.831.009 sehingga sebagaiman Laporan KAP Heliantono & Rekan terdapat selisih kurs sebesar Rp 18.842.871.443,- dikurangi Rp 28.413.831.009 = Rp. 9.570.959.567,- *(sembilan milyar lima ratus tujuh puluh juta sembilan ratus lima puluh sembilan ribu lima ratus enam puluh tujuh rupiah)*.

Berdasarkan laporan hasil verifikasi KAP Heliantono & Rekan halaman 12 (duabelas) perhitungan kurs menggunakan **data nilai kurs Bank Indonesia per tanggal 28 November 2016** *(http://www.bi.go.id/id/moneter/informasi-kurs/transaksi-bi/Default.aspx)* sesuai dengan tanggal perhitungan pada saat penyajian buku laporan hasil verifikasi KAP Heliantono & Rekan (**vide bukti P-47**).

Selisih Kurs ini haruslah dibayarkan oleh TERMOHON kepada PEMOHON untuk kemudian PEMOHON dapat mengeluarkan perangkat atau aset dari daftar jaminan pembiayaan sehingga perangkat atau aset dapat diserahkan kepada TERMOHON;

25. Bahwa dengan telah berjalannya musyawarah antara PEMOHON dan TERMOHON dengan konsep ganti rugi terhadap pengeluaran biaya pembangunan Pekerjaan Penyediaan Program KPU/USO yang dikeluarkan PEMOHON maka PEMOHON dapat melakukan serah terima aset kepada TERMOHON dalam hal ganti rugi telah dibayarkan oleh TERMOHON kepada PEMOHON;

26. Bahwa yang dimaksud aset adalah sebagaimana tercantum Syarat-Syarat Umum Kontrak (SSUK) dalam Perjanjian Layanan Internet Program KPU/USO dan daftar rincian asset yakni:



26.1. Berdasarkan SSUK pasal 1.6 angka 2 mengenai Perangkat dan Sarana Pendukung yang dimaksud Aset Penyediaan Pusat Layanan Jasa Akses Internet Kecamatan KPU/USO Yang Bersifat Bergerak (mobile) Paket Pekerjaan 19 (sembilan belas) di Maluku & Maluku Utara berupa 64 (enam puluh empat) unit Mobil Pusat Layanan Internet Kecamatan (MPLIK) beserta perangkat komputer Laptop, Komputer server serta perangkat jaringan internet dan perangkat pendukung lainnya (**vide Bukti P-01**);

26.2. Berdasarkan SSUK pasal 1.6 huruf b mengenai Perangkat dan Sarana Pendukung yang dimaksud Aset Penyediaan Pusat Layanan Jasa Akses Internet Kecamatan KPU/USO Yang Bersifat Bergerak (mobile) Paket Pekerjaan 1 (satu) di Propinsi Nangroe Aceh Darussalam berupa 105 (seratus lima) unit Mobil Pusat Layanan Internet Kecamatan (MPLIK) beserta perangkat komputer Laptop, Komputer server serta perangkat jaringan internet dan perangkat pendukung lainnya (**vide Bukti P-02**);

26.3. Berdasarkan SSUK pasal 1.6 angka 4 mengenai Perangkat dan Sarana Pendukung, yang dimaksud Aset Penyediaan Jasa Akses Publik Layanan Internet Wifi Kabupaten KPU/USO (JALIN-KPU/USO) Paket Pekerjaan 2 (Dua) berupa 101 (seratus satu) tower internet hotspot/ wifi beserta perangkat jaringan internet dan perangkat pendukung lainnya (**vide Bukti P-03**);

26.4. Berdasarkan SSUK pasal 1.6 angka 4 mengenai Perangkat dan Sarana Pendukung, yang dimaksud Aset Pelelangan Pekerjaan Penyediaan Jasa Akses Publik Layanan Internet Wifi Kabupaten KPU/USO (JALIN-KPU/USO) Paket Pekerjaan 7 (Tujuh) berupa 112 (seratus dua belas) tower internet hotspot/ wifi beserta perangkat jaringan internet dan perangkat pendukung lainnya (**vide Bukti P-04**);

26.5. Berdasarkan SSUK pasal 1.6 huruf c mengenai Perangkat dan Sarana Pendukung, yang dimaksud Aset Penyediaan Jasa Akses Telekomunikasi Dan Informatika Perdesaan KPU/USO (Upgrading Desa Pinter) Pekerjaan Desa Pinter Paket 5 (Lima) Di Propinsi Maluku berupa 140 (seratus empat puluh) unit paket perangkat komputer dan jaringan internet masuk desa beserta perangkat pendukung lainnya (**vide Bukti P-05**);

27. Bahwa berkaitan dengan status aset setelah pemutusan Perjanjian Layanan Internet Program KPU/USO (Pekerjaan MPLIK Paket 19, Pekerjaan MPLIK Paket 1, Pekerjaan JALIN WIFI Paket 2, Pekerjaan Desa Pinter Paket 5, dan Pekerjaan JALIN WIFI Paket 7) yang belum dapat disepakati sesuai dengan hasil musyawarah ketujuh tanggal 8 Desember 2016 dapat PEMOHON jelaskan sebagai berikut :

I. Sesuai dengan kesepakatan bahwa komponen kerugian yang harus dibayarkan oleh TERMOHON kepada PEMOHON terdiri dari biaya yang langsung dikeluarkan dan biaya langsung terutang (*outstanding*). Perhitungan biaya ini mencakup harga pembelian aset - aset dalam rangka pelaksanaan Perjanjian Layanan Internet Program KPU/USO (Pekerjaan MPLIK Paket 19, Pekerjaan MPLIK Paket 1, Pekerjaan JALIN WIFI Paket 2, Pekerjaan Desa Pinter Paket 5, dan Pekerjaan JALIN WIFI Paket 7);

II. Karena harga pembelian aset- aset tersebut merupakan bagian yang diperhitungkan sebagai ganti kerugian maka aset – aset tersebut menjadi milik TERMOHON;

III. Aset- aset tersebut akan diserahkan oleh PEMOHON kepada TERMOHON dalam kondisi apa-adanya dan sebagaimana wajarnya perangkat dan atau barang yang telah ada sejak tahun 2011 dan tahun 2012;

39



28. Bahwa dengan telah berjalannya musyawarah antara PEMOHON dan TERMOHON dengan konsep ganti rugi terhadap pengeluaran biaya pembangunan Pekerjaan Penyediaan Program KPU/USO yang dikeluarkan PEMOHON dan atas hal ini TERMOHON telah melakukan pembayaran kepada PEMOHON serta telah dilakukannya serah terima aset dari PEMOHON kepada TERMOHON yang dibuktikan dengan berita acara serah terima antara PEMOHON dan TERMOHON maka berakhir pula hubungan hukum atas Perjanjian Layanan Internet Program KPU/USO *a quo* antara PEMOHON dan TERMOHON.

29. Bahwa berdasarkan Amandemen Surat Perjanjian Penyediaan Pusat Layanan Jasa Akses Internet Kecamatan KPU/USO Yang Bersifat Bergerak (mobile) Paket Pekerjaan 19 (sembilan belas) di Maluku & Maluku Utara Nomor: 62/ADD-PKS/BP3TI/KOMINFO/07/2011 tertanggal 25 Juli 2011 (**Vide Bukti P-01**) disebutkan:

*"2. Pembayaran uang muka dan/atau pembayaran prestasi pekerjaan kepada PIHAK KEDUA dengan melakukan transfer langsung ke Rekening PT. Rahajasa Media Internet pada **Bank BJB** Kantor Cabang Khusus Jakarta dengan nomor rekening : 0015049235002"*.

30. Bahwa berdasarkan Surat Perjanjian Penyediaan Pusat Layanan Jasa Akses Internet Kecamatan KPU/USO Yang Bersifat Bergerak (mobile) Paket Pekerjan 1 (satu) di Propinsi Nangroe Aceh Darussalam Nomor 10/PKS/KOMINFO/12/2011 tanggal 5 Desember 2011 (***vide* Bukti P-02**) disebutkan :

*"2. Pembayaran uang muka dan/atau pembayaran prestasi pekerjaan kepada PIHAK KEDUA dengan melakukan transfer langsung ke Rekening PT. Rahajasa Media Internet pada **Bank BJB** Kantor Cabang Khusus Jakarta dengan nomor rekening : 0002118602001"*.

31. Bahwa berdasarkan Surat Perjanjian Penyediaan Jasa Akses Publik Layanan Internet Wifi Kabupaten KPU/USO (JALIN-KPU/USO) Paket Pekerjaan 2 (Dua) Nomor 31/PKS/KOMINFO/12/2011 tanggal 30 Desember 2011 (***vide* Bukti P-03**) disebutkan:

*"3. Pembayaran uang muka dan/atau pembayaran prestasi pekerjaan kepada PIHAK KEDUA dengan melakukan transfer langsung ke Rekening PT. Rahajasa Media Internet pada **Bank BCA** Kantor Cabang Kuningan dengan nomor rekening : 217-300209-2"*.

32. Bahwa berdasarkan Surat Perjanjian Penyediaan Jasa Akses Publik Layanan Internet Wifi Kabupaten KPU/USO (JALIN-KPU/USO) Paket Pekerjaan 7 (Tujuh) Nomor 36/PKS/KOMINFO/12/2011 tanggal 30 Desember 2011 (***vide Bukti P-04***) disebutkan:

*"3. Pembayaran uang muka dan/atau pembayaran prestasi pekerjaan kepada PIHAK KEDUA dengan melakukan transfer langsung ke Rekening PT. Rahajasa Media Internet pada **Bank BCA** Kantor Cabang Kuningan dengan nomor rekening: 217-300209-2"*.

33. Bahwa berdasarkan Surat Perjanjian Penyediaan Jasa Akses Telekomunikasi Dan Informatika Perdesaan KPU/USO (Upgrading Desa Pinter) Paket Pekerjaan 5 (Lima) Di Propinsi Maluku Nomor: 42/PKS/KOMINFO/1/2012, tanggal 5 Januari 2012 (***vide* Bukti P-05**) disebutkan:



*"3. Pembayaran uang muka dan/atau pembayaran prestasi pekerjaan kepada PIHAK KEDUA dengan melakukan transfer langsung ke Rekening PT. Rahajasa Media Internet pada **Bank BCA** Kantor Cabang Kuningan dengan nomor rekening : 217-300209-2".*

34. Adapun akibat dari adanya perselisihan Perjanjian Layanan Internet Program KPU/USO a quo yang berdampak pada tidak adanya pembayaran dari TERMOHON kepada PEMOHON atas Pekerjaan sebagaimana dalam Perjanjian Layanan Internet Program KPU/USO, PEMOHON juga mengalami kerugian immateriil. Kerugian immateriil tersebut disebabkan oleh:

    1) Tercemarnya nama baik PEMOHON karena PEMOHON tidak dapat melaksanakan kewajiban kepada Bank Jabar Banten;
    2) PEMOHON ditetapkan oleh Bank Jabar Banten sebagai Debitur yang memiliki kolektibilitas 5 (lima) karena PEMOHON tidak dapat melaksanakan kewajiban kepada Bank Jabar Banten (**Bukti P-56**);
    3) PEMOHON tidak dapat mengajukan kredit kepada Bank BJB maupun Bank lain akibat dari penetapan kolektibilitas 5 (lima); dan
    4) Terganggunya usaha PEMOHON akibat penetapan kolektibilitas ke 5 (lima) yang sangat memukul usaha PEMOHON.

35. Oleh karena kerugian-kerugian yang dialami oleh PEMOHON disebabkan tertundanya pembayaran-pembayaran oleh Temohon, bersama ini PEMOHON bermaksud juga kiranya TERMOHON dapatlah membantu PEMOHON dengan tetap memberikan pekerjaan lainnya di bidang yang sesuai dengan bidang usaha PEMOHON dalam rangka melanjutkan hubungan kerjasama yang dapat memberi kehidupan serta penghidupan perusahaan kami beserta para pekerjanya; dalam hubungan kerjasama yang baik dan bersemangat seperti tidak pernah terjadi hambatan-hambatan ataupun hal-hal yang tidak baik. PEMOHON mengharapkan diberi kesempatan untuk tetap bisa ikut serta bekerja dalam rangka membangun sesuatu untuk bangsa dan Negara seperti yang sama sama kita inginkan dan atau harapkan.

## VII.   WANPRESTASI, GANTI RUGI DAN PENGAKHIRAN PERJANJIAN

1. Bahwa dari segala apa yang diuraikan di atas, maka jelas bahwa PEMOHON telah melaksanakan **"Pekerjaan Layanan Internet Program KPU/USO"** (vide bukti P-24), Untuk itu PEMOHON telah mengeluarkan Biaya Pelaksanaan **Pekerjaan Layanan Internet Program KPU/USO** sebesar Rp. 186.489.370.222,- ditambah PPN 10% sebesar Rp.18.648.937.022,- sama dengan **Rp. 205.138.307.244,-** *(Dua ratus lima milyar seratus tiga puluh delapan juta tiga ratus tujuh ribu dua ratus empat puluh empat rupiah)* sesuai hasil perhitungan dan verifikasi Kantor Akuntan Publik Heliantono dan Rekan (**vide Bukti P-47**) dan risalah Rapat antara PEMOHON dan TERMOHON (**vide Bukti P-49**), serta menanggung bunga dan denda yang dibebankan oleh Bank Jabar Banten pada PEMOHON sebesar Rp. 31.484.364.801,- ditambah PPN 10% sebesar Rp. 3.148.436.480,- sama dengan **Rp. 34.632.801.281,-** *(Tiga puluh empat milyar enam ratus tiga puluh dua juta delapan ratus satu ribu dua ratus delapan puluh satu rupiah)* sesuai laporan dari KAP Heliantono & Rekan yang telah melakukan verifikasi dan Konfirmasi kepada Bank Jabar Banten, yang daripadanya KAP Heliantono & Rekan telah menerima surat konfirmasi hutang pokok dan bunga dari Bank Jabar Banten nomor 2606/Jkt-OPR/XI/2016 tanggal 4 November 2014 (**vide bukti P-47** ).

38



2. Bahwa di lain pihak, TERMOHON telah wanprestasi (ingkar janji), karena sejak tanggal 3 Maret 2015 menghentikan sepihak **(Vide Bukti P-32).**

3. Bahwa perbuatan ingkar janji (wanprestasi) TERMOHON tersebut, telah menimbulkan kerugian pada PEMOHON, meliputi :

   3.1 Menanggung biaya pelaksanaan pekerjaan program KPU/USO sebesar 186.489.370.222,- ditambah PPN 10% sebesar Rp.18.648.937.022,- sama dengan **Rp. 205.138.307.244,-** *(Dua ratus lima milyar seratus tiga puluh delapan juta tiga ratus tujuh ribu dua ratus empat puluh empat rupiah).*

   3.2 Menanggung beban bunga dan denda sebesar Rp. 31.484.364.801,- ditambah PPN 10% sebesar Rp. 3.148.436.480,- sama dengan **Rp. 34.632.801.281,-** *(Tiga puluh empat milyar enam ratus tiga puluh dua juta delapan ratus satu ribu dua ratus delapan puluh satu rupiah)* yang dibebankan oleh Bank Jabar dan Banten kepada PEMOHON dalam rangka pembiayaan Pekerjaan Penyediaan Program KPU/USO yang sudah dilakukan oleh PEMOHON.

   3.3 Menanggung nilai selisih kurs pada pembiayaan Pekerjaan Penyediaan Program KPU/USO yang sudah dilakukan oleh PEMOHON sebesar Rp. 9.332.976.638,- ditambah PPN 10 % sebesar Rp. 933.297.664,- sama dengan **Rp.10.266.274.302,-** *(Sepuluh milyar dua ratus enam puluh enam juta dua ratus tujuh puluh empat ribu tiga ratus dua rupiah)*;

4. Bahwa perjanjian antara TERMOHON dengan PEMOHON, yaitu **Perjanjian Layanan Internet Program KPU/USO,** yang terdiri dari :

   4.1. Surat Perjanjian Penyediaan Pusat Layanan Jasa Akses Internet Kecamatan KPU/USO Yang Bersifat Bergerak (mobile) Paket Pekerjaan 19 (sembilan belas) di Maluku & Maluku Utara Nomor 35/PKS/KOMINFO/12/2010 tanggal 22 Desember 2010 dan Amandemennya;

   4.2. Surat Perjanjian Penyediaan Pusat Layanan Jasa Akses Internet Kecamatan KPU/USO Yang Bersifat Bergerak (mobile) Paket Pekerjaan 1 (satu) di Propinsi Nangroe Aceh Darussalam Nomor 10/PKS/KOMINFO/12/2011 tanggal 5 Desember 2011 dan Amandemennya;

   4.3. Surat Perjanjian Penyediaan Jasa Akses Publik Layanan Internet Wifi Kabupaten KPU/USO (JALIN-KPU/USO) Paket Pekerjaan 2 (Dua) Nomor 31/PKS/KOMINFO/12/2011 tanggal 30 Desember 2011 dan Amandemennya;

   4.4. Surat Perjanjian Penyediaan Jasa Akses Publik Layanan Internet Wifi Kabupaten KPU/USO (JALIN-KPU/USO) Paket Pekerjaan 7 (Tujuh) Nomor 36/PKS/KOMINFO/12/2011 tanggal 30 Desember 2011 dan Amandemennya ;

   4.5. Surat Perjanjian Penyediaan Jasa Akses Telekomunikasi Dan Informatika Perdesaan KPU/USO (Upgrading Desa Pinter) Paket Pekerjaan 5 (Lima) Di Propinsi Maluku Nomor 42/PKS/KOMINFO/1/2012 tanggal 5 Januari 2012 dan Amandemennya

   <u>Tidak mungkin dilanjutkan lagi, sehingga harus dinyatakan berakhir.</u>

5. Bahwa PEMOHON dan TERMOHON sudah berkali-kali melakukan musyawarah untuk menyelesaikan masalah tersebut, namun belum mencapai kesepakatan untuk seluruh hal, khususnya menyangkut beban bunga dan denda, serta tentang kerugian lain PEMOHON.

39



6. Bahwa sebagai pertimbangan, perlu PEMOHON kemukakan kembali bahwa PEMOHON telah mendengarkan keterangan TERMOHON mengenai surat jawaban dari Badan Pemeriksa Keuangan R.I kepada Kementerian Komunikasi dan Informatika q.q TERMOHON bahwa proses penyelesaian sengketa/perselisihan program KPU/USO dapat dilaksanakan sesuai klausul kontrak dan didukung validitas bukti.

Berdasarkan hal-hal serta alasan-alasan terurai di atas, mohon berkenanlah kiranya Yang Terhormat Majelis Arbitrase pada BANI Perwakilan Surabaya, untuk segera memeriksa Permohonan Arbitrase PEMOHON ini, sesuai peraturan perundang-undangan yang berlaku, serta menjatuhkan putusan sebagai berikut :

1. Mengabulkan Permohonan PEMOHON untuk seluruhnya;

2. Menyatakan TERMOHON telah melakukan wanpretasi karena tidak melanjutkan pelaksanaan Perjanjian Layanan Internet Program KPU/USO yang terdiri dari :
   2.1. Surat Perjanjian Penyediaan Pusat Layanan Jasa Akses Internet Kecamatan KPU/USO Yang Bersifat Bergerak (mobile) Paket Pekerjaan 19 (sembilan belas) di Maluku & Maluku Utara Nomor 35/PKS/KOMINFO/12/2010 tanggal 22 Desember 2010 dan Amandemennya.
   2.2. Surat Perjanjian Penyediaan Pusat Layanan Jasa Akses Internet Kecamatan KPU/USO Yang Bersifat Bergerak (mobile) Paket Pekerjaan 1 (satu) di Propinsi Nangroe Aceh Darussalam Nomor 10/PKS/KOMINFO/12/2011 tanggal 5 Desember 2011 dan Amandemennya;
   2.3. Surat Perjanjian Penyediaan Jasa Akses Publik Layanan Internet Wifi Kabupaten KPU/USO (JALIN-KPU/USO) Paket Pekerjaan 2 (Dua) Nomor 31/PKS/ KOMINFO/12/2011 tanggal 30 Desember 2011 dan Amandemennya;
   2.4. Surat Perjanjian Penyediaan Jasa Akses Publik Layanan Internet Wifi Kabupaten KPU/USO (JALIN-KPU/USO) Paket Pekerjaan 7 (Tujuh) Nomor 36/PKS/ KOMINFO/12/2011 tanggal 30 Desember 2011 dan Amandemennya;
   2.5. Surat Perjanjian Penyediaan Jasa Akses Telekomunikasi Dan Informatika Perdesaan KPU/USO (Upgrading Desa Pinter) Paket Pekerjaan 5 (Lima) Di Propinsi Maluku Nomor 42/PKS/KOMINFO/1/2012 tanggal 5 Januari 2012 dan Amandemennya;

3. Menghukum TERMOHON untuk membayar ganti rugi Pelaksanaan Pekerjaan Layanan Internet Program KPU/USO kepada PEMOHON sebesar Rp. 217.973.735.023,- ditambah PPN 10% sebesar Rp. 21.797.373.502,- sama dengan **Rp. 239.771.108.525,-** *(dua ratus tiga puluh sembilan milyar tujuh ratus tujuh puluh satu juta seratus delapan ribu lima ratus dua puluh lima rupiah)*, yang terdiri dari :
   3.1. Ganti rugi atas pelaksanaan Pekerjaan Layanan Internet Program KPU/USO sebesar Rp. 186.489.370.222,- ditambah PPN 10% sebesar Rp.18.648.937.022,- sama dengan **Rp. 205.138.307.244,-** *(Dua ratus lima milyar seratus tiga puluh delapan juta tiga ratus tujuh ribu dua ratus empat puluh empat rupiah);* dan

   3.2. Ganti rugi atas bunga dan denda Rp. 31.484.364.801,- ditambah PPN 10% sebesar Rp. 3.148.436.480,- sama dengan **Rp. 34.632.801.281,-** *(Tiga puluh empat milyar enam ratus tiga puluh dua juta delapan ratus satu ribu dua ratus delapan puluh satu rupiah)* yang dibebankan oleh PT. Bank Pembangunan Daerah Jawa Barat & Banten kepada PEMOHON dalam rangka pembiayaan Pekerjaan Penyediaan Program KPU/USO yang





sudah dilakukan oleh PEMOHON dan membayar beban bunga dan denda kepada PEMOHON.

4. Menghukum TERMOHON untuk membayar nilai selisih kurs pada pembiayaan Pekerjaan Penyediaan Program KPU/USO yang sudah dilakukan oleh PEMOHON sebesar Rp. 9,332,976,638,- ditambah PPN 10 % sebesar Rp. 933.297.664,- sama dengan **Rp.10.266.274.302,- (Sepuluh milyar dua ratus enam puluh enam juta dua ratus tujuh puluh empat ribu tiga ratus dua rupiah)**;

5. Menghukum TERMOHON untuk mengganti kerugian immateriil PEMOHON sebesar Rp. 2.200.000.000,- *(dua milyar dua ratus juta rupiah)*;

6. Menyatakan Perjanjian Layanan Internet Program KPU/USO yang terdiri dari :
   6.1. Surat Perjanjian Penyediaan Pusat Layanan Jasa Akses Internet Kecamatan KPU/USO Yang Bersifat Bergerak (mobile) Paket Pekerjaan 19 (sembilan belas) di Maluku & Maluku Utara Nomor 35/PKS/KOMINFO/12/2010 tanggal 22 Desember 2010 dan Amandemennya;
   6.2. Surat Perjanjian Penyediaan Pusat Layanan Jasa Akses Internet Kecamatan KPU/USO Yang Bersifat Bergerak (mobile) Paket Pekerjaan 1 (satu) di Propinsi Nangroe Aceh Darussalam Nomor 10/PKS/KOMINFO/12/2011 tanggal 5 Desember 2011 dan Amandemennya;
   6.3. Surat Perjanjian Penyediaan Jasa Akses Publik Layanan Internet Wifi Kabupaten KPU/USO (JALIN-KPU/USO) Paket Pekerjaan 2 (Dua) Nomor 31/PKS/KOMINFO/12/2011 tanggal 30 Desember 2011 dan Amandemennya;
   6.4. Surat Perjanjian Penyediaan Jasa Akses Publik Layanan Internet Wifi Kabupaten KPU/USO (JALIN-KPU/USO) Paket Pekerjaan 7 (Tujuh) Nomor 36/PKS/KOMINFO/12/2011 tanggal 30 Desember 2011 dan Amandemennya;
   6.5. Surat Perjanjian Penyediaan Jasa Akses Telekomunikasi Dan Informatika Perdesaan KPU/USO (Upgrading Desa Pinter) Paket Pekerjaan 5 (Lima) Di Propinsi Maluku Nomor 42/PKS/KOMINFO/1/2012 tanggal 5 Januari 2012 dan Amandemennya;

   berakhir sejak putusan Arbitrase ini diucapkan oleh Majelis Arbitrase;

7. Menghukum TERMOHON untuk melaksanakan putusan BANI dan atau melaksanakan pembayaran kepada PEMOHON selambat-lambatnya 14 (empat belas) hari kalender terhitung sejak Putusan Arbitrase ini diucapkan oleh Majelis Arbitrase;

8. Menyatakan Putusan Arbitrase pada perkara *a quo* adalah putusan dalam tingkat pertama dan terakhir dan mempunyai kekuatan hukum tetap yang mengikat PEMOHON dan TERMOHON;

9. Menghukum TERMOHON untuk membayar seluruh biaya proses arbitrase;

**atau setidak-tidaknya (apabila Majelis Arbitrase yang terhormat berpendapat lain)** :

menjatuhkan putusan yang seadilnya *(ex aequo et bono)*.

41



Menimbang bahwa **TERMOHON dalam Jawabannya** tertanggal 23 Mei 2017 sebagai berikut:

Bahwa **TERMOHON** menolak seluruh dalil-dalil yang dikemukakan oleh **PEMOHON**, terkecuali hal-hal yang telah diakui secara tegas kebenarannya oleh **TERMOHON** dalam jawaban ini;

## I.   PENDAHULUAN

Bahwa antara TERMOHON dengan PEMOHON telah menandatangani perjanjian kerjasama penyediaan jasa Layanan Internet Program KPU/USO sebagai berikut:

a.  Perjanjian Penyediaan Pusat Layanan Jasa Akses Internet Kecamatan KPU/USO Yang Bersifat Bergerak (mobile) Paket Pekerjaan 19 di Maluku dan Maluku Utara No.35/PKS/KOMINFO/12/2010 tanggal 22 Desember 2010 yang telah dilakukan Amandemen pertama berdasarkan Perjanjian No.62/ADD-PKS/BP3TI/KOMINFO/07/2011 tanggal 25 Juli 2011 dan Amandemen kedua berdasarkan Perjanjian No.69/PKS-ADD/BP3TI.KOMINFO/12/2011 tanggal 5 Desember 2011 (selanjutnya disebut sebagai **"Perjanjian MPLIK Paket 19"**); **(BUKTI T-1)**

b.  Perjanjian Penyediaan Pusat Layanan Jasa Akses Internet Kecamatan KPU/USO Yang Bersifat Bergerak (mobile) Paket Pekerjaan 1 di Nangroe Aceh Darusalam No.10/PKS/KOMINFO/12/2011 tanggal 5 Desember 2011 yang telah dilakukan Amandemen berdasarkan Perjanjian No.10/PKS-AMD /BP3TI/KOMINFO/11/2012 tanggal 13 November 2012 (selanjutnya disebut sebagai **"Perjanjian MPLIK Paket 1"**); **(BUKTI T-2)**

c.  Perjanjian Penyediaan Jasa Akses Publik Layanan Internet Wifi Kabupaten KPU/USO (JALIN KPU/USO) Paket Pekerjaan 2 No.31/PKS/KOMINFO/12/2011 tanggal 30 Desember 2011 yang telah dilakukan Amandemen pertama berdasarkan Perjanjian No.31/PKS-AMD/BP3TI/KOMINFO/11/2012 tanggal 13 November 2012 dan Amandemen kedua berdasarkan Perjanjian No.31/PKS-AMD.2/BP3TI/KOMINFO/12/2014 tanggal 15 Desember 2014 (selanjutnya disebut sebagai **"Perjanjian JALIN WIFI Paket 2"**); **(BUKTI T-3)**



d. Perjanjian Penyediaan Jasa Akses Publik Layanan Internet Wifi Kabupaten KPU/USO (JALIN KPU/USO) Paket Pekerjaan 7 No.36/PKS/KOMINFO/12/2011 tanggal 30 Desember 2011 yang telah dilakukan Amandemen pertama berdasarkan Perjanjian No.36/PKS-AMD/BP3TI/KOMINFO/11/2012 tanggal 13 November 2012 dan Amandemen kedua berdasarkan Perjanjian No.36/PKS-AMD.2/BP3TI/KOMINFO/12/2014 tanggal 15 Desember 2014 (selanjutnya disebut sebagai **"Perjanjian JALIN WIFI Paket 7"**); **(BUKTI T-4)**

e. Perjanjian Penyediaan Jasa Akses Telekomunikasi dan Informatika Pedesaan KPU/USO (Upgrading Desa Pinter) Paket Pekerjaan 5 di Maluku No.42/PKS/KOMINFO/1/2012 tanggal 5 Januari 2012 yang telah dilakukan Amandemen berdasarkan Perjanjian No.42/PKS-AMD/BP3TI/KOMINFO/11/2012 tanggal 14 Desember 2012 (selanjutnya disebut sebagai **"Perjanjian Desa Pinter Paket 5"**). **(BUKTI T-5)**

Seluruh perjanjian-perjanjian tersebut di atas, selanjutnya disebut sebagai **"Perjanjian Layanan Internet Program KPU/USO"**.

Bahwa sebagai akibat dari dihentikan sementara (suspend) seluruh Program KPU/USO yang disebabkan karena ijin perpanjangan kontrak tahun jamak (multiyears) tidak disetujui oleh Kementerian Keuangan RI, telah timbul sengketa antara PEMOHON dengan TERMOHON. Terhadap sengketa yang terjadi, telah dilakukan upaya musyawarah antara TERMOHON dengan PEMOHON untuk menyelesaikan sengketa yang terjadi dengan menunjuk Verifikator Independen dari Kantor Akuntan Publik Heliantono & Rekan.

Bahwa upaya musyawarah untuk menyelesaikan sengketa, tidak berhasil dilakukan karena terdapat beberapa hal yang tidak dapat disepakati TERMOHON dengan PEMOHON, yaitu:

a. Bunga atau denda Bank dan selisih nilai kurs mata uang Dollar Amerika terhadap mata uang Rupiah, pada nilai kompensasi atas penghentian pelaksanaan Perjanjian Layanan Internet Program KPU/USO;

b. Status kepemilikan Aset Layanan Internet Program KPU/USO serta biaya yang timbul dan atau kondisi aset yang diserahterimakan;



c.  Penghentian Perjanjian Layanan Internet Program KPU/USO.

Bahwa dalam pelaksanaan Perjanjian MPLIK Paket 19, Perjanjian MPLIK Paket 1, Perjanjian JALIN WIFI Paket 2, Perjanjian JALIN WIFI Paket 7, dan Perjanjian Desa Pinter Paket 5, TERMOHON telah melakukan pembayaran uang muka kepada PEMOHON sejumlah total Rp.47.246.976.379 (**BUKTI T-6**) dan uang muka tersebut seluruhnya harus dikembalikan oleh PEMOHON kepada TERMOHON sesuai dengan ketentuan yang diatur dalam perjanjian.

## II.    DALAM POKOK PERKARA

Bahwa sebelum TERMOHON memberikan tanggapan atas Permohonan Arbitrase yang diajukan PEMOHON, terlebih dahulu akan TERMOHON sampaikan hal-hal sebagai berikut.

### A.  Kedudukan TERMOHON

1.  Bahwa **TERMOHON** merupakan Badan Layanan Umum (BLU) berdasarkan Pasal 3 ayat (1) dan (2) Peraturan Pemerintah Republik Indonesia Nomor 23 Tahun 2005 jo PP No. 74 Tahun 2012 tentang Pengelolaan Keuangan Badan Layanan Umum, yang berbunyi:

    **Pasal 3 ayat 1:**

    *"BLU beroperasi sebagai unit kerja kementerian negara/lembaga/pemerintah daerah untuk tujuan pemberian layanan umum yang pengelolaannya berdasarkan kewenangan yang didelegasikan oleh instansi induk yang bersangkutan"*

    **Pasal 3 ayat (2):**

    *"BLU merupakan bagian perangkat pencapaian tujuan kementerian negara/lembaga/pemerintah daerah dan karenanya status hukum BLU tidak terpisah dari kementerian negara/lembaga/pemerintah daerah sebagai instansi induk."*

    Berdasarkan hal tersebut, maka Kementerian Komunikasi dan Informatika Republik Indonesia turut bertanggung jawab atas pelayanan umum yang





dilaksanakan **TERMOHON** yang dalam hal ini diwakili oleh Pejabat Pembuat Komitmen Balai Telekomunikasi dan Informatika (BTIP), Direktorat Jenderal Pos dan Telekomunikasi berdasarkan Keputusan Menteri Komunikasi dan Informatika R.I. Nomor: 01/KEP/M.KOMINFO/1/2010 tentang Penunjukan Kuasa Pengguna Anggaran, Pejabat Pembuat Komitmen, Pejabat Penerbit Surat Perintah Membayar, Bendahara Penerimaan dan Bendahara Pengeluaran di Lingkungan Departemen Komunikasi dan Informatika Tahun Anggaran 2010; **(BUKTI T-7)**

2. Bahwa berdasarkan Pasal 68 ayat (3) Undang-Undang No 1 Tahun 2004 tentang Perbendaharaan Negara yang berbunyi:
   *"Pembinaan keuangan Badan Layanan Umum Pemerintah Pusat dilakukan oleh Menteri Keuangan dan pembinaan teknis dilakukan oleh menteri yang bertanggung jawab atas bidang pemerintahan yang bersangkutan"*; **(BUKTI T-8)**

3. Bahwa berdasarkan Pasal 68 ayat (3) Undang-Undang No 1 Tahun 2004 tentang Perbendaharaan Negara, segala penggunaan anggaran **TERMOHON** tunduk pada ketentuan atau kebijakan dari Kementerian Komunikasi dan Informatika R.I. selaku Pembina Teknis **TERMOHON** dan Kementerian Keuangan R.I selaku Pembina Keuangan **TERMOHON**;

4. Bahwa pada tanggal 20 Mei 2015, Menteri Komunikasi dan Informatika Republik Indonesia mengeluarkan Surat Perintah Nomor 418/M.KOMINFO/KP.01.06/05/2015 yang menunjuk Pelaksana Tugas Direktur Balai Penyedia Dan Pembiayaan Telekomunikasi Dan Informatika; **(BUKTI T-9)**

5. Bahwa dengan adanya Surat Perintah tersebut, maka telah terjadi perubahan dalam struktur organisasi **TERMOHON** berdasarkan Peraturan Menteri Komunikasi Dan Informatika Republik Indonesia Nomor 10 Tahun 2013 Tentang Organisasi Dan Tata Kerja Balai Penyedia Dan Pengelola Pembiayaan Telekomunikasi Dan Informatika; **(BUKTI T-10)**

6. Bahwa dengan adanya perubahan di dalam struktur organisasi **TERMOHON**, **kewenangan TERMOHON untuk melakukan rekonsiliasi telah dicabut dan**

45



**oleh karenanya TERMOHON tidak dapat lagi melakukan proses rekonsiliasi atas tagihan-tagihan Penyedia Jasa *in casu* PEMOHON**; dan

**B. Fakta adanya LHP BPK-RI Tentang Pengerjaan PLIK dan MPLIK Dan Sistem Keuangan TERMOHON**

7.  Bahwa telah dilakukan pemeriksaaan paket pekerjaan PLIK dan MPLIK tertanggal 3 Januari 2014 dalam LHP Nomor: 07/S/V-XVI/01/2014 perihal Laporan Hasil Pemeriksaan atas Penyediaan Jasa PLIK dan MPLIK pada **TERMOHON** di Jakarta dan Sulawesi Utara, LHP Nomor: 08/S/V-XVI/01/2014 Perihal Laporan Hasil Pemeriksaan atas Penyediaan Jasa PLIK dan MPLIK pada **TERMOHON** di Jakarta dan Maluku Utara, dan LHP Nomor: 09/S/V-XVI/01/2014 Perihal Laporan Hasil Pemeriksaan atas Penyediaan Jasa PLIK dan MPLIK pada **TERMOHON** di Jakarta dan Kepulauan Bangka Belitung; **(BUKTI T-11)**

8.  Bahwa dari hasil LHP tersebut, ditemukan beberapa permasalahan, salah satu permasalahan penting adalah: *raw data log* server PLIK penyedia jasa yang digunakan sebagai dasar perhitungan rekonsiliasi dan pembayaran diduga tidak valid dan mengakibatkan kelebihan pembayaran sehingga berpotensi merugikan keuangan negara;

9.  Bahwa oleh karena adanya temuan tersebut, BPK R.I. memberikan beberapa poin rekomendasi kepada Menteri Komunikasi dan Informatika R.I. yang diantaranya memuat permintaan untuk mengevaluasi dan menghentikan prosedur pembayaran berdasarkan *raw data* penyedia jasa dan SOP rekonsiliasi data dan pembayaran serta menghentikan sementara atas pembayaran PLIK dan MPLIK *data log modem/server* sampai dilakukan pengujian oleh Inspektorat Jenderal Kemenkominfo;

10. Bahwa Pasal 20 ayat (1) Undang-Undang Nomor 15 Tahun 2004 tentang Pemeriksaan Pengelolaan dan Tanggung Jawab Keuangan Negara berbunyi: *"Pejabat wajib menindaklanjuti rekomendasi dalam laporan hasil pemeriksaan"*;

46



11. Bahwa **TERMOHON** selaku pejabat instansi **Pemerintah** wajib menindaklanjuti rekomedasi dari BPK-RI untuk melakukan evaluasi terhadap SOP Rekonsiliasi Data dan Pembayaran sebagaimana diatur dalam Pasal 20 ayat (1) UU No. 15 Tahun 2004.

12. Bahwa dalam Pasal 3 ayat (2) Peraturan Kepala Lembaga Kebijakan Pengadaan Barang/Jasa Pemerintah (PerKA LKPP) Nomor 18 Tahun 2014 tentang Daftar Hitam dalam Pengadaan Barang/Jasa Pemerintah disebutkan bahwa: (**BUKTI T-12**)

    *"Penyedia Barang/Jasa **dikenakan sanksi pencantuman dalam daftar hitam** apabila:*

    (a)  ......

    (b)  .........

    (s)  *tidak menindaklanjuti hasil rekomendasi audit Badan Pemeriksa Keuangan/APIP yang mengakibatkan timbulnya kerugian keuangan Negara..............................."* ;

13. Bahwa dalam pasal 4 PerKa LKPP tersebut juga disebutkan pencantuman dalam Daftar Hitam berlaku selama 2 (dua) tahun dengan skala nasional;

14. Bahwa berdasarkan hal tersebut, kedua belah pihak baik **PEMOHON** dan **TERMOHON wajib** untuk melaksanakan tindak lanjut hasil rekomendasi dari BPK-RI khususnya terkait pelaksanaan ketentuan SOP Rekonsiliasi Data dan Pembayaran yang telah dievaluasi;

15. Bahwa dengan adanya upaya-upaya yang dilakukan oleh **TERMOHON**, maka dapat dikatakan **TERMOHON** terus melakukan perbaikan sesuai dengan arahan BPK R.I. demi terhindar dari kerugian negara;

16. Bahwa mengenai potensi kerugian negara, **TERMOHON** berkewajiban untuk menjelaskan mengenai gambaran umum sistem keuangan **TERMOHON**;

17. Bahwa berdasarkan Pasal 14 PP No. 23 Tahun 2005 jo. PP No. 74 tahun 2012



tentang Pengelolaan Keuangan Badan Layanan Umum  yang berbunyi:

*"(1) **Penerimaan anggaran yang bersumber dari APBN/APBD diberlakukan sebagai pendapatan BLU.***

*(2) Pendapatan yang diperoleh dari jasa layanan yang diberikan kepada masyarakat dan hibah tidak terikat yang diperoleh dari masyarakat atau badan lain merupakan pendapatan operasional BLU.*

*(3) Hibah terikat yang diperoleh dari masyarakat atau badan lain merupakan pendapatan yang harus diperlakukan sesuai dengan peruntukan.*

*(4) Hasil kerjasama BLU dengan pihak lain dan/atau hasil usaha lainnya merupakan pendapatan bagi BLU.*

*(5) Pendapatan sebagaimana dimaksud pada ayat (1), ayat (2), dan ayat (4) dapat dikelola langsung untuk membiayai belanja BLU sesuai RBA sebagaimana dimaksud dalam Pasal 11.*

*(6) **Pendapatan sebagaimana dimaksud pada ayat (2), ayat (3), dan ayat (4) dilaporkan sebagai pendapatan negara bukan pajak kementerian/***lembaga atau pendapatan bukan pajak pemerintah daerah.";*

18. Bahwa dengan adanya ketentuan tersebut telah menjelaskan bahwa sistem keuangan **TERMOHON** berasal dari keuangan negara yang dikategorikan di dalam Pendapatan Negara Bukan Pajak (PNBP);

19. Bahwa berdasarkan Pasal 2 ayat (1) UU No. 31 Tahun 1999 tentang Pemberantasan Tindak Pidana Korupsi yang berbunyi:

"*Setiap orang yang secara melawan hukum melakukan perbuatan memperkaya diri sendiri atau orang lain atau suatu korporasi **yang dapat merugikan** keuangan negara atau perekonomian negara ….*"

yang kemudian dijelaskan di dalam penjelasannya yang berbunyi:

"*Dalam ketentuan ini, kata "dapat" sebelum frasa "merugikan keuangan atau perekonomian negara" menunjukkan bahwa tindak pidana korupsi merupakan delik formil, yaitu **adanya tindak pidana korupsi cukup dengan dipenuhinya unsur-unsur perbuatan yang sudah dirumuskan bukan dengan timbulnya akibat**.";*





20. Bahwa dengan demikian posisi **PEMOHON** adalah sebagai mitra kerja dari **TERMOHON** yang telah menyepakati kerjasama Layanan Jasa Akses Internet Program KPU/USO sehingga **PEMOHON** wajib tunduk pada ketentuan hukum kontrak dan hukum pengadaan barang/jasa Pemerintah;

## C.  Fakta Terkait Pemblokiran/Pemberian tanda bintang (*) oleh DPR - R.I

21. Bahwa **TERMOHON** akan menguraikan fakta-fakta mengenai adanya pemblokiran/pemberian tanda bintang (*) oleh Dewan Perwakilan Rakyat R.I, dalam pembahasan berikutnya.

22. Bahwa seperti yang telah dipaparkan sebelumnya, sebagai tindak lanjut dari LHP BPK-RI, pada **7 Februari 2014**, Dewan Perwakilan Rakyat (DPR) telah mengirimkan surat kepada Kementerian Komunikasi dan Informatika R.I. tentang Penyampaian Keputusan Rapat Komisi I DPR RI; (**BUKTI T-13**)

23. Bahwa dalam surat tersebut, terdapat poin-poin hasil keputusan Rapat Kerja Komisi I DPR RI, diantaranya:
    a. Komisi I DPR RI memutuskan untuk **memberikan tanda bintang (*)** terhadap anggaran program PLIK dan MPLIK dalam RKA-KL Kementerian Komunikasi dan Informatika R.I. Tahun Anggaran 2014 sekitar **Rp 529.257.196.000 (lima ratus dua puluh sembilan miliar dua ratus lima puluh tujuh juta seratus sembilan puluh enam ribu rupiah)** sampai hasil audit investigasi program PLIK dan MPLIK dikeluarkan oleh BPK-RI;
    b. Komisi I DPR RI meminta Kementerian Komunikasi dan Informatika R.I. untuk segera melakukan evaluasi ulang secara komprehensif terhadap Program Desa Dering dan Desa Pinter;
    c. Komisi I DPR RI memutuskan bahwa program dan anggaran digitalisasi dalam RKA-KL Kementerian Komunikasi dan Informatika R.I. Tahun Anggaran 2014 ditunda, sampai adanya kepastian hukum, kecuali program sosialisasi TV Digital.





24. Bahwa menindaklanjuti adanya anggaran dana **TERMOHON** yang dibintangi/diblokir, **TERMOHON** beritikad baik menyampaikan kondisi pada tanggal 12 Februari 2014, **TERMOHON** mengirimkan Surat Nomor 165A/Kominfo/BPPPTI.31/KS.01.08/02/2014 kepada Direktur Utama Penyedia Jasa Program KPU/USO yang terlibat dalam program-program di lingkungan **TERMOHON**, perihal penundaan pembayaran prestasi kerja; **(BUKTI T-14)**

25. Bahwa pada tanggal 22 Mei 2014, Mahkamah Konsititusi mengeluarkan Putusan No.35/PUU-XI/2013 yang menyatakan: **(BUKTI T-15)**
    a) Kewenangan DPR untuk membahas APBN secara terperinci bertentangan dengan Undang-Undang Dasar (UUD) 1945 karena mengandung ketidakpastian hukum dan berpotensi menimbulkan penyimpangan anggaran dan korupsi;
    b) Kewenangan DPR dalam pembintangan dan pemblokiran anggaran bertentangan dengan UUD 1945 karena mengandung ketidakpastian hukum dan harus dinyatakan konstitusional bersyarat sepanjang dimaknai tidak ada lagi proses pembahasan setelah Rancangan Undang-Undang (RUU) APBN diundangkan menjadi UU APBN;

26. Bahwa benar Putusan Mahkamah Konstitusi No. 35/PUU-XI/2013 tanggal 22 Mei 2014 yang menyatakan bahwa DPR sudah tidak memiliki kewenangan untuk memberikan tanda bintang (*);

27. Bahwa dengan hilangnya kewenangan DPR tersebut tidak serta merta tanda bintang (*) yang terdapat dalam RKA-KL **TERMOHON** hilang dan dana dapat dicairkan;

28. Bahwa **TERMOHON** telah melakukan berbagai upaya untuk melakukan pembukaan blokir anggaran dimaksud sejak bulan Juni 2014; **(BUKTI T-16)**

29. Bahwa syarat pembukaan blokir diantaranya adalah penyiapan dokumen Rencana Bisnis dan Anggaran (RBA) dan pada tanggal 26 Maret 2015, RBA





**TERMOHON** telah ditandatangani/disahkan oleh Menteri Komunikasi dan Informatika R.I.; **(BUKTI T-17)**

30. Bahwa pada tanggal 6 April 2015, terdapat hasil catatan penelaahan dari Ditjen Anggaran Kementerian Keuangan R.I. kepada **TERMOHON** terkait dengan pembukaan blokir/tanda bintang (*) dan penggunaan output cadangan RKA-K/L **TERMOHON; (BUKTI T-18)**

31. Bahwa pada tanggal 14 April 2015, Daftar Isian Pelaksanaan Anggaran Badan Layanan Umum (DIPA BLU) Petikan Tahun Anggaran 2015 telah disahkan oleh Kementerian Keuangan R.I.; **(BUKTI T-19)**

32. Bahwa dengan telah disetujuinya pembukaan blokir/tanda bintang (*) dan revisi anggaran penggunaan dana output cadangan T.A 2015, maka rekonsiliasi atas perintah BANI terhadap prestasi kerja **PEMOHON** dapat dilaksanakan. Namun untuk pembayaran prestasi kerja **PEMOHON** tetap memerlukan putusan dari lembaga peradilan yang berkekuatan hukum tetap (inkracht) sebagai lampiran pengajuan pembukaan DIPA BLU T.A. 2015 IV. Catatan Ke Kementerian Keuangan R.I.

**D. Fakta Tentang Izin Perpanjangan Kontrak Jamak yang Tidak Disetujui oleh Kementerian Keuangan R.I.**

33. Bahwa **TERMOHON** akan menguraikan fakta-fakta mengenai izin perpanjangan kontrak jamak yang tidak disetujui oleh Kementerian Keuangan R.I., dalam pembahasan berikutnya.

34. Bahwa **TERMOHON** telah memohon ketegasan dan mengupayakan pengajuan perpanjangan Izin kontrak tahun jamak (*multiyears*) kepada Kementerian Keuangan R.I di tahun 2014;

35. Bahwa sebagai jawaban dari pengajuan **TERMOHON,** Kementerian Keuangan mengirimkan surat tertanggal 26 Januari 2015 Nomor:S-11/MK.2/2015 yang



menyatakan bahwa permohonan perpanjangan izin kontrak tahun jamak (*multiyears*) tidak dapat di pertimbangkan untuk disetujui; **(BUKTI T-20)**

36. Bahwa untuk menindaklanjuti hal tersebut, **TERMOHON** sudah menginformasikan kepada seluruh Penanggung Jawab/Pimpinan Program KPU/USO melalui surat tertanggal 20 Februari 2015 dan 26 Februari 2015 yang menjelaskan bahwa permohonan perpanjangan kontrak tahun jamak tidak dapat dipertimbangkan untuk disetujui dan telah berakhir pada tahun 2014; (*vide* **BUKTI P-21**)

37. Bahwa **TERMOHON** telah mengundang seluruh pimpinan/penanggung jawab KPU/USO pada 27 Februari 2015 dan seluruh peserta yang hadir telah menandatangani risalah rapat yang pada intinya berisi tentang layanan KPU/USO dihentikan dan tidak dapat ditagihkan pembayarannya pada tahun anggaran 2015; **(BUKTI T-22)**

38. Bahwa **TERMOHON** menegaskan kembali kepada seluruh Penanggung Jawab/Pimpinan Program KPU/USO melalui surat tertanggal 3 Maret 2015 yang menjelaskan mengenai penghentian seluruh operasional layanan program KPU/USO tahun 2015; (*Vide* **BUKTI P-23**)

39. Bahwa berdasarkan uraian di atas, terkait dengan penghentian seluruh operasional layanan program KPU/USO, maka **TERMOHON** mengadakan Pers Rilis, yang pada intinya menyatakan bahwa seluruh program KPU/USO dihentikan dan akan dilakukan langkah-langkah evaluasi dan rancangan ulang (*redesign*) Program USO di tahun 2015; **(BUKTI T-24)**

40. Bahwa berdasarkan uraian diatas, sehubungan dengan Perpanjangan Izin Kontrak Tahun Jamak (*multiyears*) yang tidak disetujui oleh Kementerian Keuangan R.I maka layanan operasional milik **PEMOHON** harus dihentikan karena tidak ada anggaran untuk melakukan pembayaran prestasi kerja per tahun 2015.

52





### E. TERMOHON Beritikad Baik

41. Bahwa pemblokiran anggaran dan izin kontrak jamak yang tidak disetujui berdasarkan pasal 91 ayat (1) Perpres merupakan keadaan kahar yaitu suatu hal yang terjadi di luar batasan kemampuan dan kewenangan **TERMOHON**.

42. Bahwa **TERMOHON** telah melakukan berbagai upaya untuk pembukaan anggaran yang sebelumnya diblokir oleh DPR (sekarang KEMENKEU), dan telah melaksanakan segala rekomendasi yang diberikan oleh BPK semata-mata bertujuan untuk dapat melaksanakan segala kewajiban yang ada dalam dokumen kontrak.

43. Bahwa **TERMOHON** dalam posisi yang beritikad baik ingin menyelesaikan perkara *a quo*, namun **TERMOHON** pada hakikatnya berkedudukan sebagai lembaga pemerintah yang dalam melakukan tindakan sesuai kewenangan tetap memiliki keterkaitan dengan lembaga pemerintahan lainnya;

44. Bahwa **TERMOHON** telah ber*itika*d baik **dengan upa**ya meminta kepada Majelis Arbiter untuk menunjuk verifikator independen dalam melaksanakan verifikasi sebagai pengganti proses rekonsiliasi data dan pembayaran.

45. Bahwa **TERMOHON** saat ini tidak melakukan cidera janji terhadap **PEMOHON**;

46. Bahwa dengan demikian, **TERMOHON** sudah memiliki itikad baik berupa tindakan nyata untuk menyelesaikan permasalahan ini.

### F. Tanggapan Atas Permohonan Arbitrase

### F.1. TERMOHON tidak cidera janji atas Perjanjian Layanan Internet Program KPU/USO

47. Bahwa TERMOHON menolak dengan tegas dalil PEMOHON yang menyatakan TERMOHON cidera janji, karena tidak berdasar hukum.

48. Bahwa tindakan Pemerintah yang mengambil kebijakan untuk menghentikan sementara (suspend) atau menghentikan secara permanen (termination) suatu



proyek pengadaan barang dan jasa (in casu Layanan Internet Program KPU/USO) adalah suatu keadaan yang tidak dapat diperkirakan sebelumnya oleh **TERMOHON** maupun **PEMOHON**. Sehingga dalam kasus ini dimana terjadi kondisi adanya penghentian sementara anggaran proyek Layanan Internet Program KPU/USO dikarenakan Kementerian Keuangan menolak perpanjangan kontrak ijin tahun jamak (multiyears) proyek Layanan Internet Program KPU/USO sejak Januari 2015 karena adanya pemberian tanda bintang (*) atas angaran KPU/USO oleh DPR-RI, maka berdasarkan Pasal 91 ayat (1) Perpres, kondisi tersebut dikategorikan sebagai Keadaan Kahar.

49. Bahwa dengan adanya keadaan kahar tersebut, **TERMOHON** dalam posisi dirugikan karena tidak dapat menjalankan fungsinya sebagai Badan Layanan Umum (**"BLU"**) melalui proyek Layanan Internet Program KPU/USO. Adapun keberlangsungan proyek Layanan Internet Program KPU/USO sangat tergantung dari Anggaran Negara yang pengaturannya menjadi kewenangan Kementerian Keuangan.

50. Bahwa dalam pelaksanaan proyek Layanan Internet Program KPU/USO dengan **PEMOHON**, **TERMOHON** telah menghentikan sementara proyek Layanan Internet Program KPU/USO dalam rangka menjalankan Undang-Undang di bidang Keuangan Negara, sehingga **TERMOHON** tidak melakukan cidera janji terhadap **PEMOHON.** Ketika proyek Layanan Internet Program KPU/USO dihentikan sementara karena adanya ketentuan yang dikeluarkan Pemerintah, maka secara hukum, **PEMOHON** harus tunduk dan patuh pada ketentuan tersebut dan tidak boleh menjalankan proyek sampai dengan adanya perintah **TERMOHON** untuk melanjutkan kembali proyek.

51. Bahwa dengan demikian, TERMOHON tidak cidera janji terhadap Perjanjian Layanan Internet Program KPU/USO sehingga Permohonan Arbitrase yang diajukan PEMOHON menjadi tidak berdasar hukum dan sudah sepatutnya ditolak oleh Majelis Arbitrase.





**F.2.  Tuntutan Ganti Rugi Pelaksanaan Pekerjaan Layanan Internet Program KPU/USO serta Ganti Rugi Bunga dan Denda Tidak Berdasar Hukum**

52. Bahwa TERMOHON menolak dengan tegas tuntutan PEMOHON atas ganti rugi pelaksanaan pekerjaan Layanan Internet Program KPU/USO serta ganti rugi bunga dan denda karena tidak berdasar hukum.

53. Bahwa TERMOHON menolak dengan tegas tuntutan ganti rugi pelaksanaan pekerjaan Layanan Internet Program KPU/USO, karena proyek tersebut tidak diputuskan secara permanen, namun hanya dihentikan sementara (suspend) karena adanya keadaan yang tidak dapat diduga oleh para pihak yaitu tidak disetujuinya  perpanjangan izin kontrak tahun jamak oleh Kementerian Keuangan yang berakibat proyek Layanan Internet Program KPU/USO untuk sementara waktu tidak dapat dilanjutkan.

54. Bahwa TERMOHON menolak tuntutan ganti rugi bunga dan denda yang dikenakan Bank kepada PEMOHON, karena ganti rugi tersebut menjadi tanggung jawab PEMOHON dan bukan kewajiban dari TERMOHON karena tidak diatur dalam Perjanjian Layanan Internet Program KPU/USO.

55. Bahwa berdasarkan pasal 1340 Kitab Undang-Undang Hukum Perdata, Perjanjian yang dibuat oleh dan antara PEMOHON dengan Bank, tidak boleh merugikan TERMOHON.

56. Bahwa dengan demikian, tuntutan PEMOHON atas ganti rugi pelaksanaan pekerjaan Layanan Internet Program KPU/USO serta ganti rugi bunga dan denda menjadi tidak berdasar hukum dan sudah sepatutnya ditolak oleh Majelis Arbitrase.

**F.3.  Tuntutan Nilai Selisih Kurs Tidak Berdasar Hukum**

57. Bahwa  TERMOHON menolak dengan tegas tuntutan PEMOHON atas nilai selisih kurs karena tidak berdasar hukum.



58. Bahwa adanya selisih nilai kurs mata uang Dollar Amerika Serikat dengan mata uang Rupiah yang didalilkan PEMOHON, bukan menjadi kewajiban TERMOHON karena hal tersebut tidak diperjanjikan sebelumnya dalam Perjanjian Layanan Internet Program KPU/USO.

59. Bahwa secara hukum, selisih nilai kurs mata uang Dollar Amerika Serikat dengan mata uang Rupiah adalah menjadi tanggung jawab PEMOHON, karena pada saat PEMOHON mengajukan proposal kerjasama penyediaan jasa Layanan Internet Program KPU/USO kepada TERMOHON, nilai selisih kurs tersebut sudah diperhitungkan dalam komponen biaya pengadaan jasa tersebut.

60. Bahwa dengan demikian, tuntutan PEMOHON atas selisih nilai kurs mata uang Dollar Amerika Serikat dengan mata uang Rupiah menjadi tidak berdasar hukum dan sudah sepatutnya ditolak oleh Majelis Arbitrase.

**F.4.  Tuntutan Ganti Rugi Immateril Tidak Berdasar Hukum**

61. Bahwa TERMOHON menolak dengan tegas tuntutan PEMOHON atas ganti rugi immateril karena tidak berdasar hukum.

62. Bahwa sebagaimana telah diuraikan sebelumnya, penghentian sementara Proyek Layanan Internet Program KPU/USO, adalah suatu kondisi yang diluar perkiraan TERMOHON yang disebabkan karena anggaran KPU/USO yang diblokir oleh DPR-RI sehingga Kementerian Keuangan tidak memperpanjang kontrak ijin tahun jamak (multiyears) proyek Layanan Internet Program KPU/USO sejak Januari 2015.

63. Bahwa dengan demikian, TERMOHON tidak cidera janji terhadap Perjanjian Layanan Internet Program KPU/USO, sehingga tuntutan PEMOHON atas ganti rugi immateril menjadi tidak berdasar hukum.





64. Bahwa dengan demikian, tuntutan PEMOHON atas ganti rugi immateril menjadi tidak berdasar hukum dan sudah sepatutnya ditolak oleh Majelis Arbitrase.

## III.   PETITUM

Bahwa berdasarkan hal-hal tersebut di atas, **TERMOHON** mohon kepada Majelis Arbiter untuk memberikan putusan sebagai berikut:

**DALAM POKOK PERKARA**

1. Menolak permohonan **PEMOHON** untuk seluruhnya;
2. Menerima dan mengabulkan dalil-dalil jawaban **TERMOHON**;
3. Menyatakan sah dan berharga semua alat bukti yang diajukan oleh **TERMOHON** dalam perkara ini;
4. Menyatakan **TERMOHON** tidak cidera janji (wanprestasi) dalam pelaksanaan Perjanjian Layanan Internet Program KPU/USO;
5. Menolak tuntutan **PEMOHON** atas ganti rugi Pelaksanaan Pekerjaan Layanan Internet Program KPU/USO;
6. Menolak tuntutan **PEMOHON** atas ganti rugi bunga dan denda;
7. Menolak tuntutan **PEMOHON** atas nilai selisih kurs pada pembiayaan Pekerjaan Layanan Internet Program KPU/USO;
8. Menolak tuntutan **PEMOHON** atas ganti rugi immateril;
9. Menghukum **PEMOHON** untuk membayar seluruh biaya perkara.

Atau

Apabila Majelis Arbiter berpendapat lain, mohon putusan yang seadil-adilnya (*ex aquo et bono*).

Menimbang bahwa **PEMOHON** Menyerahkan surat bukti berupa foto copy surat surat yang dicocokkan dengan aslinya dan foto copy surat surat yang tidak dibantah kebenarannya setelah dibubuhi materai diberi tanda :



| No. Bukti | Dokumen |
|---|---|
| P-01 | **1. Surat Perjanjian** Penyediaan Pusat Layanan Jasa Akses Internet Kecamatan KPU/USO Yang Bersifat Bergerak (mobile) Paket Pekerjaan 19 (sembilan belas) di Maluku & Maluku Utara Nomor 35/PKS/KOMINFO/12/2010 tanggal 22 Desember 2010 |
| | **2. Amandemen Surat Perjanjian** Nomor: 62/ADD-PKS/BP3TI/KOMINFO/07/2011 tertanggal 25 Juli 2011 |
| | **3. Amandemen Kedua Surat Perjanjian** Nomor: 69/PKS-ADD/ BP3TI.KOMINFO/ 12/2011 tertanggal 5 Desember 2011 |
| | **4. Syarat-Syarat Umum Kontrak (SSUK) & Syarat-Syarat Khusus Kontrak (SSKK)** |
| | **5. Daftar Rincian Aset - MPLIK Paket 19** |
| P-02 | **1. Surat Perjanjian** Penyediaan Pusat Layanan Jasa Akses Internet Kecamatan KPU/USO Yang Bersifat Bergerak (mobile) Paket Pekerjaan 1 (satu) di Propinsi Nangroe Aceh Darussalam Nomor 10/PKS/KOMINFO/12/2011 tanggal 5 Desember 2011 |
| | **2. Amandemen Surat Perjanjian** Nomor 10/PKS-AMD/BP3TI/KOMINFO/11/2012 tanggal 13 November 2012 |
| | **3. Syarat-Syarat Umum Kontrak (SSUK) & Syarat-Syarat Khusus Kontrak (SSKK)** |
| | **4.Daftar Rincian Aset - MPLIK Paket 1** |
| P-03 | **1. Surat Perjanjian** Penyediaan Jasa Akses Publik Layanan Internet Wifi Kabupaten KPU/USO (JALIN-KPU/USO) Paket Pekerjaan 2 (Dua) Nomor 31/PKS/KOMINFO/12/2011 tanggal 30 Desember 2011 |
| | **2. Amandemen Surat Perjanjian** Nomor 31/PKS-AMD/BP3TI/KOMINFO/11/2012 tanggal 13 November 2012 |
| | **3. Amandemen Kedua Surat Perjanjian** Nomor 31/PKS-AMD.2/ BP3TI/KOMINFO/12/2014 tanggal 15 Desember 2014 |
| | **4.Syarat-Syarat Umum Kontrak (SSUK) & Syarat-Syarat Khusus Kontrak (SSKK)** |
| | **5. Daftar Aset JALIN WIFI Paket 2** |
| P-04 | **1. Surat Perjanjian** Penyediaan Jasa Akses Publik Layanan Internet Wifi Kabupaten KPU/USO (JALIN-KPU/USO) Paket Pekerjaan 7 (Tujuh) Nomor 36/PKS/KOMINFO/12/2011 tanggal 30 Desember 2011 |
| | **2. Amandemen Surat Perjanjian** Nomor 36/PKS-AMD/BP3TI/KOMINFO/11/2012 tanggal 13 November 2012 |
| | **3. Amandemen Kedua Surat Perjanjian** Nomor 36/PKS-AMD.2/BP3TI/KOMINFO/12/2014 tanggal 15 Desember 2014 |
| | **4. Syarat-Syarat Umum Kontrak (SSUK) & Syarat-Syarat Khusus Kontrak (SSKK)** |
| | **5. Daftar Aset JALIN WIFI Paket 7** |



| P-05 | 1. **Surat Perjanjian** Penyediaan Jasa Akses Telekomunikasi Dan Informatika Perdesaan KPU/USO (Upgrading Desa Pinter) Paket Pekerjaan 5 (Lima) Di Propinsi Maluku Nomor 42/PKS/KOMINFO/1/2012  tanggal 5 Januari 2012 terhadapnya telah dilakukan |
|------|------|
| | 2. **Amandemen Surat Perjanjian** Nomor 42/PKS-AMD/BP3TI/KOMINFO/11/2012 tanggal 14 Desember 2012 |
| | 3. **Syarat-Syarat Umum Kontrak (SSUK) & Syarat-Syarat Khusus Kontrak (SSKK)** |
| | 4. **Daftar Aset Desa Pinter Paket 5** |
| P-06 | Pengumuman lelang MPLIK PAKET 19 nomor 04/PL-USO/MPLIK-PK19/ BTIP-BLU/KOMINFO /11/2010 pada  tanggal 12 November 2010 |
| P-07 | Pengumuman lelang MPLIK PAKET 1 nomor 05/PL-USO/MPLIK-PAKET.1/ BP3TI-BLU/KOMINFO /10/2011 pada  tanggal 12 Oktober 2011 |
| P-08 | Pengumuman lelang JALIN WIFI PAKET 2 nomor 05/PL-USO/JALIN-KPU/USO-PAKET.2/BP3TI-BLU/KOMINFO/10/2011 pada  tanggal 28 Oktober 2011 |
| P-09 | Pengumuman lelang JALIN WIFI PAKET 7 nomor 05/PL-USO/JALIN-KPU/USO-PAKET.7/BP3TI-BLU/KOMINFO/10/2011 pada  tanggal 28 Oktober 2011 |
| P-10 | Pengumuman lelang DESA PINTER PAKET 5 nomor 05/PL-USO/U.DP-PAKET.5/BP3TI-BLU/KOMINFO/11/2011 pada  tanggal 10 November 2011 |
| P-11 | Pengumuman Pemenang Lelang MPLIK PAKET 19 nomor 17/PL-USO/MPLIK-PK19/BTIP-BLU/KOMINFO/12/2010 tanggal 13 Desember 2010 |
| P-12 | Pengumuman Pemenang Lelang MPLIK PAKET 1 Nomor: 18/PL-USO/MPLIK-PAKET.1/BP3TI-BLU/KOMINFO/11/2011 tanggal 8 November 2011 |
| P-13 | Pengumuman Pemenang Lelang JALIN WIFI PAKET 2 Nomor: 31/PL-USO/JALIN-KPU/USO-PAKET.2/BP3TI-BLU/KOMINFO/12/2011 tanggal 21 Desember 2011 |
| P-14 | Pengumuman Pemenang Lelang JALIN WIFI PAKET 7 Nomor: 31/PL-USO/JALIN-KPU/USO-PAKET.7/BP3TI-BLU/KOMINFO/12/2011 tanggal 21 Desember 2011 |
| P-15 | Pengumuman Pemenang Lelang DESA PINTER PAKET 5 Nomor: 21/PL-USO/U.DP-PAKET.5/BP3TI-BLU/KOMINFO/12/2011 tanggal 27 Desember 2011 |
| P-16 | **Surat Ijin Operasional**  MPLIK Paket 19 tertanggal 16 Agustus 2012  dengan nomor 1376/BP3TI.4/KOMINFO/8/2012 |
| P-17 | Surat nomor : 28/BTIP.1/Kominfo/1/2011 tanggal 12 Januari 2011 perihal Pengembalian Uang Muka Pekerjaan M-PLIK  19 |
| P-18 | Slip Permohonan Pengiriman Uang (Application For Fund Transfer) Bank BCA tertanggal 14 Januari 2014 untuk pengembalian Uang Muka MPLIK 19 |
| P-19 | BAUF No: 015/BP3TI/UJI-F/KOMINFO/04/2012, tanggal 18 April 2012 |
| P-20 | BAUF No 009/BP3TI/UJI-F/KOMINFO/05/2012. tanggal 31 Mei 2012 |
| P-21 | Berita Acara Pemeriksaa Hasil Pekerjaan No. 18/PHP/BP3TI/KOMINFO/08/2012, tanggal 16 Agustus 2012 |
| P-22 | Berita Acara Serah Terima Hasil Pekerjaan No. 18/STHP/BP3TI/KOMINFO/08/2012, tanggal 16 Agustus 2012 |
| P-23 | Surat Putusan BANI perkara nomor 703/V/ARB-BANI/2015 |



59



| P-24 | Surat nomor 92A/RMI-RRY/DIR/IX/2013 tanggal 2 September 2013 |
|------|--------------------------------------------------------------|
| P-25 | Surat Nomor: 165A/Kominfo/BPPPTI.31/KS.01.08/02/2014 dari TERMOHON tertanggal 12 Februari 2014 Perihal Penundaan Pembayaran Prestasi Kerja Program KPU/USO dari TERMOHON |
| P-26 | Surat Nomor: S.788 /Kominfo/ BPPPTI.31/ KS.01.02/05/2014 dari TERMOHON tertanggal 2 Mei 2014, perihal Pemberitahuan Alokasi Anggaran Masih Memerlukan Persetujuan DPR RI |
| P-27 | Surat nomor 1657/KOMINFO/BP3TI.31/PW.01.08/12/2014  dari TERMOHON tertanggal 5 Desember 2014 perihal Pelaksanaan Kontrak Tahun Jamak (Multiyears) |
| P-28 | Surat Audiensi dengan Menteri Kominfo tanggal 9 Desember 2014 dan Agenda Audiensi dengan Menteri Kominfo tanggal 23 Desember 2014 |
| P-29 | Surat nomor: 11/RMI-RRY /DIR/II/2015 tertanggal 16 Februari 2015 perihal Status kelangsungan Kontrak dan Kepastian Pembayaran Proyek KPU/USO |
| P-30 | Surat Nomor: B-170/KOMINFO/BPPPTI.31.4/KS.01.08/2/2015 dari TERMOHON tertanggal 20 Februari 2015 perihal Penghentian Ijin Tahun Jamak Program KPU/USO |
| P-31 | Surat Nomor: 179/KOMINFO/BPPPTI.31/HK.04.01/2/2015 dari TERMOHON tertanggal 26 Februari 2015 perihal Penegasan Kelangsungan Kontrak Tahun Jamak KPU/USO |
| P-32 | Surat Nomor nomor B-191/KOMINFO/BPPPTI.31.4/KS.01.08/3/2015 dari TERMOHON tertanggal 03 Maret 2015 mengenai Penghentian Layanan KPU/USO |
| P-33 | Surat nomor: 065/RMI-RRY /DIR/VI/2015 tertanggal 8 Juni 2015 kepada TERMOHON perihal Kelangsungan Kontrak dan Pembayaran Pekerjaan KPU/USO |
| P-34 | Surat nomor: 003/RMI-RRY /DIR/I/2016 tertanggal 6 Januari 2016 Perihal laporan Perkembangan & Penyelesaian Program KPU/USO Radnet |
| P-35 | Surat nomor: 009/RMI-RRY /DIR/II/2016 tertanggal 15 Februari 2016 kepada TERMOHON perihal Permohonan Penyelesaian Perselisihan Program KPU/USO melalui musyawarah |
| P-36 | Risalah musyawarah  antara BP3TI dengan Radnet pada tanggal 03 Mei 2016 |
| P-37 | Surat nomor: 042/RMI-RRY /DIR/VII/2016 kepada TERMOHON tertanggal 18 Juli 2016  Perihal Permohonan Penyelesaian Perselisihan Program KPU/USO Melalui Musyawarah |
| P-38 | Surat undangan dari TERMOHON nomor 1494/KOMINFO/BPPPTI.31/HK.04.01/08/2016 tertanggal 16 Agustus 2016 & Risalah Rapat 18 Agustus 2016  - **MUSYAWARAH PERTAMA** |
| P-39 | Surat undangan dari TERMOHON nomor 1536/KOMINFO/BPPPTI.31/HK.04.01/08/2016 tertanggal 22 Agustus 2016 & Risalah Rapat 23 Agustus 2016 - **MUSYAWARAH KEDUA** |
| P-40 | Surat undangan dari TERMOHON nomor 1822/KOMINFO/BPPPTI.31/HK.04.01/09/2016 tertanggal 23 September 2016 & Risalah Rapat 26 September 2016 - **MUSYAWARAH KETIGA** |



| P-41 | Surat nomor: 068/RMI-RRY /DIR/X/2016 kepada TERMOHON tertanggal 13 Oktober 2016  Perihal Usulan Nama Kantor Akuntan Publik (KAP) sebagai pihak ketiga independen dalam musyawarah |
|------|---|
| P-42 | surat undangan dari TERMOHON nomor 1962/KOMINFO/BPPPTI.31/HK.04.01/10/2016 tertanggal 17 Oktober 2016 & Risalah Rapat 19 Oktober 2016 - **MUSYAWARAH KEEMPAT** |
| P-43 | surat  KAP Heliantono & Rekan nomor 176/KAP-S/10/16 tertanggal 20 Oktober 2016 &  nomor 240/KAP-EL/10/16  tanggal 21 Oktober 2016 perihal Penyampaian usulan "Prosedur Yang Disepakati" |
| P-44 | Surat Persetujuan TERMOHON nomor 1987.A/KOMINFO/BPPPTI.31/HK.04.01/10.2016 tertanggal 24 Oktober 2016 dan Surat Persetujuan PEMOHON nomor 069-A/RMI-RRY/DIR/X/16 tertanggal 24 Oktober 2016 |
| P-45 | Surat Pengantar Draft Laporan KAP nomor 194/KAP-S/11/16  tanggal 14 November 2016 |
| P-46 | Surat undangan dari TERMOHON nomor 2229/KOMINFO/BPPPTI.31/HK.04.01/11/2016 tertanggal 25 November 2016 & Risalah Rapat 28 November 2016 -  **MUSYAWARAH KELIMA** |
| P-47 | 1. Laporan final KAP tanggal 30 November 2016 & surat nomor 236/KAP-s/10/16 <br> **2. Nilai Kurs Bank Indonesia tanggal 28 November 2016** |
| P-48 | Surat undangan dari TERMOHON nomor 2238/KOMINFO/BPPPTI.31/HK.04.01/11/2016 tertanggal 29 November 2016 & Risalah Rapat 30 November 2016 -  **MUSYAWARAH KEENAM** |
| P-49 | Surat undangan dari TERMOHON nomor 2294 A/KOMINFO/BPPPTI.31/HK.04.01/12/2016 tertanggal 7 Desember 2016 & Risalah Rapat Tanggal 8 Desember 2016 - **MUSYAWARAH KETUJUH** |
| P-50 | Surat undangan dari TERMOHON nomor 221/KOMINFO/BPPPTI.31/HK.04.01/02/2017 tertanggal 13 Februari 2017 & Risalah Rapat Tanggal 14 Februari 2017 -  **MUSYAWARAH KEDELAPAN** |
| P-51 | Surat nomor : 009/RMI-RRY/DIR/II/2017 tanggal 24 Februari 2017 perihal Pemberitahuan rencana penyelesaian perselisihan Perjanjian Penyediaan Program KPU/USO melalui Badan Arbitrase Nasional Indonesia (BANI) |
| P-52 | Surat Keterangan Pengampunan Pajak Nomor : KET-50/PP/WPJ.04/2016 tanggal 12 Agustus 2016 – Tax Amnesty |
| P-53 | Surat dari kementerian Keuangan Republik Indonesia Direktorat Jenderal Pajak nomor Pem-3/WPJ.04/KP.0100/2016 tertanggal 23 Agustus 2016 Perihal "Pemberitahuan penghentian pemeriksaan dalam rangka pengampunan pajak " |
| P-54 | Akta fasilitas kredit yang berasal dari Bank Jabar dan Banten |
| P-55 | Surat Bank Jabar dan Banten nomor : 0196/Jkt-Comm/I/2015 tanggal 28 Januari 2015 perihal Penyelesaian kredit PT Rahajasa Media Internet |
| P-56 | Surat Bank Jabar dan Banten  nomor 1618/Jkt-Comm/2014 mengenai status kolektibilitas Radnet |





| | P-57 | Akta Pendirian Radnet nomor 127 tertanggal 18 November 1994 dan Surat Keputusan Menteri Kehakiman dan HAM RI No. C2-4068.HT.01.01.PH.95, tanggal 7 April 1995 |
|---|---|---|
| | P-58 | Berita Negara Republik Indonesia tertanggal 27 Juni 1995 No. 51, Tambahan Nomor 5325 tahun 1995 |
| | P-59 | Akta perubahan terakhir  Radnet Nomor: 13 tanggal 15 Desember 2016 |
| | P-60 | Putusan BANI tangal 30 Maret 2016 No. 703/V/ARB-BANI/2015 |

Menimbang bahwa TERMOHON Menyerahkan surat bukti berupa foto copy surat surat yang dicocokkan dengan aslinya dan foto copy surat surat yang tidak dibantah kebenarannya setelah dibubuhi materai diberi tanda :

| No. | Bukti | Jenis dan Keterangan Bukti | Keterangan |
|---|---|---|---|
| 1. | T-1 | Surat Perjanjian Nomor : No.35/PKS/KOMINFO/12/2010 tanggal 22 Desember 2010 yang telah dilakukan Amandemen pertama berdasarkan Perjanjian No.62/ADD-PKS/BP3TI/KOMINFO/07/2011 tanggal 25 Juli 2011 dan Amandemen kedua berdasarkan Perjanjian No.69/PKS-ADD/BP3TI.KOMINFO/12/2011 tanggal 5 Desember 2011 | **Hal ini membuktikan bahwa:** <br><br> Adanya hubungan hukum antara PEMOHON dan TERMOHON dalam pekerjaan Pusat Layanan Jasa Akses Internet Kecamatan KPU/USO yang bersifat bergerak (mobile) MPLIK paket 1 |
| 2. | T-2 | Surat Perjanjian No.10/PKS/KOMINFO/12/2011 tanggal 5 Desember 2011 yang telah dilakukan Amandemen berdasarkan Perjanjian No.10/PKS-AMD /BP3TI/KOMINFO/11/2012 tanggal 13 November 2012 | **Hal ini membuktikan bahwa:** <br><br> Adanya hubungan hukum antara PEMOHON dan TERMOHON dalam pekerjaan  Pusat Layanan Jasa Akses Internet Kecamatan KPU/USO yang bersifat bergerak (mobile ) MPLIK Paket 19 |
| 3 | T-3 | Surat Perjanjian No.31/PKS/KOMINFO/12/2011 tanggal 30 Desember 2011 yang telah dilakukan Amandemen pertama berdasarkan Perjanjian No.31/PKS- | **Hal ini membuktikan bahwa:** <br><br> Adanya hubungan hukum antara PEMOHON dan TERMOHON dalam pekerjaan penyediaan jasa |



| | | | |
|---|---|---|---|
| | | AMD/BP3TI/KOMINFO/11/2012 tanggal 13 November 2012 dan Amandemen kedua berdasarkan Perjanjian No.31/PKS-AMD.2/BP3TI/KOMINFO/12/2014 tanggal 15 Desember 2014 | akses public layanan dan internet paket 2 |
| 4 | T-4 | Surat Perjanjian 5No.36/PKS/KOMINFO/12/2011 tanggal 30 Desember 2011 yang telah dilakukan Amandemen pertama berdasarkan Perjanjian No.36/PKS-AMD/BP3TI/KOMINFO/11/2012 tanggal 13 November 2012 dan Amandemen kedua berdasarkan Perjanjian No.36/PKS-AMD.2/BP3TI/KOMINFO/12/2014 tanggal 15 Desember 2014 | **Hal ini membuktikan bahwa:** Adanya hubungan hukum antara PEMOHON dan TERMOHON dalam pekerjaan penyediaan jasa akses public layanan dan internet paket 7 |
| 5 | T-5 | Surat Perjanjian No.42/PKS/KOMINFO/1/2012 tanggal 5 Januari 2012 yang telah dilakukan Amandemen berdasarkan Perjanjian No.42/PKS-AMD/BP3TI/KOMINFO/11/2012 tanggal 14 Desember 2012 | **Hal ini membuktikan bahwa:** Adanya hubungan hukum antara PEMOHON dan TERMOHON dalam pekerjaan Penyediaan Jasa Akses Telekomunikasi dan Informatika Perdesaan KPU/USO Paket pekerjaan 5 |
| 6 | T-6 | uang muka kepada PEMOHON | **Hal ini membuktikan bahwa:** membuktikan keterikatan PEMOHON dan TERMOHON dimana PEMOHON telah menerima pembayaran uang muka sebesar 15% dari TERMOHON TERMOHON telah melakukan pembayaran uang muka kepada PEMOHON sejumlah total Rp.47.246.976.379 dan uang muka tersebut seluruhnya harus dikembalikan oleh PEMOHON kepada TERMOHON |



| 7 | T-7 | Peraturan Pemerintah No 23 Tahun 2005 tentang pengelolaan Keuangan Badan Layanan Umum | **Hal ini membuktikan bahwa:** <br><br> Kementerian Komunikasi dan Informatika Republik Indonesia turut bertanggung jawab atas pelayanan umum yang dilaksanakan **TERMOHON** |
|---|---|---|---|
| 8 | T-8 | Undang-Undang No 1 Tahun 2004 tentang Perbendaharaan Negara | **Hal ini membuktikan bahwa:** <br><br> segala penggunaan anggaran **TERMOHON** tunduk pada ketentuan atau kebijakan dari Kementerian Komunikasi dan Informatika R.I. selaku Pembina Teknis **TERMOHON** dan Kementerian Keuangan R.I selaku Pembina Keuangan **TERMOHON**; |
| 9 | T-9 | Surat Perintah Nomor 418/M.KOMINFO/KP.01.06/05/2015 <br><br> Keputusan Menteri Nomor 989 Tahun 2016 tentang Pengangkatan Pegawai Negeri Sipil ke Dalam Jabatan Direktur Utama Balai Penyedia Dan Pembiayaan Telekomunikasi Dan Informatika | **Hal ini membuktikan bahwa:** <br><br> Penunjukkan Plt Direktur Balai Penyedia Dan Pembiayaan Telekomunikasi Dan Informatika yang telah diubah dengan Penunjukan Direktur BP3TI telah mengubah struktur organisasi BP3TI sehingga menghapuskan kewenangan adanya perhitungan pembayaran pada program KPU/USO |
| 10 | T-10 | Peraturan Menteri Komunikasi Dan Informatika Republik Indonesia Nomor 10 Tahun 2013 Tentang Organisasi Dan Tata Kerja Balai Penyedia Dan Pengelola Pembiayaan Telekomunikasi Dan Informatika | **Hal ini membuktikan bahwa:** <br><br> Sudah ada perubahan struktur organisasi BP3TI yang |
| 11 | T-11 | LHP Nomor: 07/S/V-XVI/01/2014 perihal Laporan Hasil Pemeriksaan atas Penyediaan Jasa PLIK dan MPLIK pada **TERMOHON** di Jakarta dan Sulawesi Utara, LHP | **Hal ini membuktikan bahwa:** <br><br> Ditemukenali adanyaPLIK dan MPLIK yang tidak sesuai dengan kontrak sehingga dalam hal ini |



| | | Nomor: 08/S/V-XVI/01/2014 Perihal Laporan Hasil Pemeriksaan atas Penyediaan Jasa PLIK dan MPLIK pada **TERMOHON** di Jakarta dan Maluku Utara, dan LHP Nomor: 09/S/V-XVI/01/2014 Perihal Laporan Hasil Pemeriksaan atas Penyediaan Jasa PLIK dan MPLIK pada **TERMOHON** di Jakarta dan Kepulauan Bangka Belitung; | pekerjaan PEMOHON harus dihentikan karena adanya rekomendasi dari BPK untuk menghentikan pembayaran sehingga adanya rekomendasi tersebut berdampak langsung terhadap pelaksanaan rekonsiliasi terhadap layanan selain PLIK dan MPLIK |
|---|---|---|---|
| 12 | T-12 | (PerKA LKPP) Nomor 18 Tahun 2014 tentang Daftar Hitam dalam Pengadaan Barang/Jasa Pemerintah | **TERMOHON wajib** untuk melaksanakan tindak lanjut hasil rekomendasi upaya yang dilakukan oleh TERMOHON, maka dapat dikatakan TERMOHON terus melakukan perbaikan sesuai dengan arahan BPK R.I. demi terhindar dari kerugian negara |
| 13 | T-13 | Surat DPR. No AG/01106/DPR RI/III/2014 Tanggal 7 Februari 2014 | **Hal ini membuktikan bahwa:** Anggaran untuk program PLIK, MPLIK dan PLIK SP diberikan tanda bintang (*) sehingga pembayaran prestasi kerja **PEMOHON** tidak dapat dilakukan |
| 14 | T-14 | Surat Nomor 165A/Kominfo/BPPPTI.31/KS.01.08/02/2014 | **Hal ini membuktikan bahwa:** **TERMOHON** telah menginformasikan keputusan Komisi I DPR RI tentang pemblokiran anggaran program |
| 15 | T-15 | Putusan Mahkamah Konstitusi No.35/PUU-XI/2013 | DPR sudah tidak lagi memiliki kewenangan memberikan tanda bintang (*), namun kewenangan tersebut kini beralih pada Kementerian Keuangan R.I |
| 16 | T-16 | a. Nota Dinas Kominfo Nomor 851/SJ/KU.01.01/06/2014 tertanggal 20 Juni 2014 | **Hal ini membuktikan bahwa:** TERMOHON telah beritikad baik melakukan berbagai upaya untuk |



| | | b. Nota Dinas No: 251/KOMINFO /BPPPTI.31/PR.01.08/09/2014 tertanggal 22 September 2014 | pembukaan blokir/tanda bintang (*) anggaran |
|---|---|---|---|
| | | c. Nota Dinas No: 64/IJ.03.PR.01. 06/09/2014 tanggal 29 September 2014 | |
| | | d. Surat No: 1570/KOMINFO/BP3TI. 31/PW.01.08/11/2014 tanggal 18 November 2014 | |
| | | e. Surat No: 1571/KOMINFO/BP3TI. 31/PW.01.08/11/2014 tanggal 18 November 2014 | |
| | | f. Nota Dinas No.S.061/ KOMINFO/ BPPPTI.31/PR.01.08/12/2014 tertanggal 03 Desember 2014 | |
| | | g. Surat No. 1622/KOMINFO/DJPPI/ KU.01.02/12/2014 tertanggal 9 Desember 2014 | |
| | | h. Surat Nomor S-2458/AG/2014 tertanggal 15 Desember 2014 | |
| | | i. Nota Dinas Nomor 070/KOMINFO/BPPPTI.31/PR.01. 08/12/2014 tertanggal 16 Desember 2014 | |
| | | j. Nota Dinas Nomor: S-1802/KOMINFO/BPPPTI.31/PR.0 1.08/12/2014 tertanggal 31 Desember 2014 | |
| | | k. Nota Dinas Nomor: S-051 – KOMINFO/BPPPTI.31/PR.01.08/2 /2015 tanggal 27 Februari 2015 | |
| | | l. Permohonan Reviu RBA No.243/DJPPI/KU.01.01/03/2015 | |
| | | m. Catatan Hasil Reviu atas RBA dr Itjen tgl 16 maret 2015 | |



| | | n. Berita Acara Pembahasan RBA tanggal 20 maret 2015<br><br>o. Nota Dinas No. 22/KOMINFO/IJ/ PW.02.06/03/2015 tanggal 24 Maret 2015<br><br>p. Nota Dinas No. 665/DJPPI/PI.04. 04/03/2015 tanggal 25 Maret 2015 | |
|---|---|---|---|
| 17 | T-17 | Nota Dinas kepada Menteri Komunikasi dan Informatika R.I. tanggal 26 Maret 2015 | **Hal ini membuktikan bahwa:**<br><br>Rancangan Bisnis & Anggaran (RBA) **TERMOHON** telah disahkan oleh Menkominfo sebagai salah satu syarat dokumen pembukaan blokir anggaran |
| 18 | T18 | Hasil penelaahan dari Ditjen Anggaran Kementerian Keuangan R.I | **Hal ini membuktikan bahwa:**<br><br>Ditjen Anggaran Kementerian Keuangan memberikan catatan terhadap dokumen yang diajukan oleh **TERMOHON** |
| 19 | T-19 | Surat Persetujuan DIPA 2015,tanggal 14 April 2015 tanda persetujuan revisi anggaran dana output cadangan oleh Kementerian Keuangan | **Hal ini membuktikan bahwa:**<br><br>Pembukaan blokir/tanda bintang (*) telah disetujui oleh Kementerian Keuangan |
| 20 | T-20 | Surat Nomor:S-11/MK.2/2015 perihal Permohonan Perpanjangan Kontrak Tahun Jamak tanggal 26 Januari 2015 | **Hal ini membuktikan bahwa:**<br><br>**TERMOHON** hanya dapat melakukan pembayaran prestasi kerja **PEMOHON** sampai dengan tanggal 31 Desember 2014 karena izin perpanjangan kontrak tahun jamak (*multiyears)* tidak disetujui oleh Kementerian Keuangan R.I. |
| 21 | T-21 | Risalah Rapat tanggal 27 Februari 2015 | **Hal ini membuktikan bahwa:**<br><br>**PEMOHON** dan penyedia jasa |





| | | | | lainnya telah mengetahui bahwa **TERMOHON** tidak dapat melakukan pembayaran prestasi kerja dan untuk pembayaran yang masuk dalam status tunggakan harus diverifikasi oleh KPA/InspektoratJenderal/BPKP |
|---|---|---|---|---|
| 22 | T-24 | Pers Rilis | | <u>**Hal ini membuktikan bahwa:**</u><br><br>Di tahun 2015, seluruh layanan program KPU/USO dihentikan dan akan dilakukan evaluasi dan *redesign* program USO di tahun 2015 |
| 23 | T25 | Dokumen tambahan | | Hasil LHP BPK-RI |

Menimbang bahwa selanjutnya **PEMOHON** mengajukan **Kesimpulan**, tertanggal 15 Juni 2017 dan **Kesimpulan Tambahan,** tertanggal 20 Juli 2017 sedangkan TERMOHON mengajukan **Kesimpulan,** tertanggal 19 Juni 2017 dan **Kesimpulan Tambahan,** tertanggal 21 Juli 2017;

Menimbang, bahwa dalam menjatuhkan putusan Majelis Arbitrase merujuk dan mempertimbangkan segala hal yang terungkap dalam Persidangan sebagaimana tercantum dalam berita acara persidangan, untuk singkatnya maka hal-hal yang telah tertuang dalam berita acara pemeriksaan tidak diulang lagi;

## TENTANG PERTIMBANGAN HUKUM

Dari alat-alat bukti yang diajukan yang tidak dibantah kebenarannya oleh para pihak didapatkan fakta-fakta hukum sebagai berikut :

I.  Dari surat bukti P-01 s/d P.05 = T-1 s/d T-5 :

Bahwa antara TERMOHON dengan PEMOHON telah menandatangani perjanjian kerjasama Penyediaan Jasa Layanan Internet Program KPU/USO sebagai berikut :

68



a.  Perjanjian Penyediaan Pusat Layanan Jasa Akses Internet Kecamatan KPU/USO Yang Bersifat Bergerak (mobile) **Paket Pekerjaan 19 di Maluku dan Maluku Utara** No.35/PKS/KOMINFO/12/2010 tanggal 22 Desember 2010 yang telah dilakukan Amandemen pertama berdasarkan Perjanjian No.62/ADD-PKS/BP3TI/KOMINFO/07/ 2011 tanggal 25 Juli 2011 dan Amandemen kedua berdasarkan Perjanjian No.69/PKS-ADD/BP3TI.KOMINFO/12/2011 tanggal 5 Desember 2011 (selanjutnya disebut sebagai **"Perjanjian MPLIK Paket 19"**);

b.  Perjanjian Penyediaan Pusat Layanan Jasa Akses Internet Kecamatan KPU/USO Yang Bersifat Bergerak (mobile) **Paket Pekerjaan 1 di Nangroe Aceh Darusalam** No.10/PKS/KOMINFO/12/2011 tanggal 5 Desember 2011 yang telah dilakukan Amandemen berdasarkan Perjanjian No.10/PKS-AMD  /BP3TI/KOMINFO/11/2012 tanggal 13 November 2012(selanjutnya disebut sebagai **"Perjanjian MPLIK Paket 1"**);

c.  Perjanjian Penyediaan Jasa Akses Publik Layanan Internet Wifi Kabupaten KPU/USO (JALIN KPU/USO) **Paket Pekerjaan 2 di Prov. Kep. Bangka Belitung, Bengkulu, Jambi, Kep. Riau, Lampung, Riau, dan Sumatera Selatan** No.31/PKS/KOMINFO/ 12/2011 tanggal 30 Desember 2011 yang telah dilakukan Amandemen pertama berdasarkan Perjanjian No.31/PKS-AMD/BP3TI/KOMINFO/11/2012 tanggal 13 November 2012 dan Amandemen kedua berdasarkan Perjanjian No.31/PKS-AMD.2/BP3TI/KOMINFO/12/2014 tanggal 15 Desember 2014 (selanjutnya disebut sebagai **"Perjanjian JALIN WIFI Paket 2"**);

d.  Perjanjian Penyediaan Jasa Akses Publik Layanan Internet Wifi Kabupaten KPU/USO (JALIN KPU/USO) **Paket Pekerjaan 7 di Prov. Banten, DIY, Jawa Barat, Jawa Tengah dan Jawa Timur** No.36/PKS/KOMINFO/12/2011 tanggal 30 Desember 2011 yang telah dilakukan Amandemen pertama berdasarkan Perjanjian No.36/PKS-AMD/BP3TI/KOMINFO/11/2012 tanggal 13 November 2012 dan Amandemen kedua berdasarkan Perjanjian No.36/PKS-AMD.2/BP3TI/KOMINFO/12/2014 tanggal 15 Desember 2014 (selanjutnya disebut sebagai **"Perjanjian JALIN WIFI Paket 7"**);

e.  Perjanjian Penyediaan Jasa Akses Telekomunikasi dan Informatika Pedesaan KPU/USO (Upgrading Desa Pinter) **Paket Pekerjaan 5 di Maluku** No.42/PKS/KOMINFO/1/2012 tanggal 5 Januari 2012 yang telah dilakukan

69



Amandemen berdasarkan Perjanjian No.42/PKS-AMD/BP3TI/KOMINFO/11/2012 tanggal 14 Desember 2012 (selanjutnya disebut sebagai **"Perjanjian Desa Pinter Paket 5"**).

Seluruh perjanjian-perjanjian tersebut di atas, selanjutnya disebut sebagai **"Perjanjian Layanan Internet Program KPU/USO"**.

II. Bahwa PEMOHON telah melaksanakan prestasi-prestasi Perjanjian yang tidak dibantah oleh TERMOHON sebagai berikut :
1. Pekerjaan pra-operasional dan operasional atas Perjanjian MPLIK Paket 19  (**vide Bukti P-01**) ;
2. Pekerjaan pra-operasional atas Perjanjian MPLIK Paket 1 (**vide Bukti P-02**);
3. Pekerjaan pra-operasional atas Perjanjian JALIN WIFI Paket 2 (**vide Bukti P-03**) ;
4. Pekerjaan pra-operasional atas Perjanjian JALIN WIFI Paket 7 (**vide Bukti P-04**) ;
5. Pekerjaan pra-operasional atas Perjanjian DESA PINTER Paket 5 (**vide Bukti P-05**) .

III. Bahwa TERMOHON telah menghentikan pembayaran pelaksanaan kontrak tahun jamak kepada PEMOHON, sebagaimana tercantum dalam surat bukti P-30, P-31, dan P-32 (surat penghentian program KPU/USO dari dan oleh TERMOHON).

IV. Dari bukti P-37 s/d P-49, yang tidak dibantah kebenarannya oleh TERMOHON, usaha menyelesaikan perselisihan secara musyawarah didapat fakta hukum :

- PEMOHON dan TERMOHON menyepakati **Kantor Akuntan Publik Heliantono & Rekan** (Mitra BPK.RI) sebagai Verifikator Independen dan menyepakati prosedur parameter verifikasi dan pengujian klaim ganti rugi yang diajukan PEMOHON kepada TERMOHON.

- Dengan verifikasi oleh KAP Heliantono & Rekan tercapai kesepakatan antara PEMOHON dan TERMOHON sebagaimana tercantum dalam tabel 5 (rekapitulasi kesepakatan tanggal 8 Desember 2016) :

❖ Untuk pembayaran Pelaksanaan Pekerjaan Penyediaan Program KPU/USO, yang akan dibayarkan kepada PEMOHON oleh TERMOHON sebesar Rp. 186.489.370.222 ditambah PPn 10% = Rp. 205.138.307.244 (dua ratus lima milyar seratus tiga puluh delapan juta tiga ratus tujuh ribu dua ratus empat puluh empat rupiah);

❖ Menghilangkan permohonan PEMOHON tentang keuntungan yang wajar atas investasi dan potensi kerugian ;





Tabel 5
Rekapitulasi kesepakatan tanggal 8 Desember 2016

| KETERANGAN | PROGRAM KPU/USO RADNET | | | | | Kesepakatan Radnet & BP3TI |
|---|---|---|---|---|---|---|
| | MPLIK Paket 1 | JALIN WIFI 2 | JALIN WIFI 7 | DESA PINTER 5 | MPLIK 19 | |
| NILAI KONTRAK*) | 98,113,690,157 | 52,627,130,582 | 54,486,288,331 | 48,089,788,613 | 61,662,944,857 | 314,979,842,540 |
| **A** | | | | | | |
| **I** Penggantian Biaya Pembangunan | | | | | | |
| 1. Biaya Langsung Yang Telah Dikeluarkan | 70,521,406,953 | 39,392,707,468 | 41,264,314,657 | 39,639,078,726 | 48,273,183,388 | 239,090,691,191 |
| 2. Biaya Langsung Terhutang (Outstanding) | 5,817,894,000 | 2,474,206,757 | 3,202,999,951 | 299,760,000 | 9,792,340,354 | 21,587,201,062 |
| 3. Penyesuaian & Temuan hasil Verifikasi | 741,517,687 | 235,194,820 | 274,549,695 | 416,169,032 | (6,266,797,000) | (4,599,365,767) |
| 4. Biaya KAP (50%) dibayar BP3TI | 33,000,000 | 33,000,000 | 33,000,000 | 33,000,000 | 33,000,000 | 165,000,000 |
| | | | | | | |
| **II** Faktor Pengurang Penggantian Biaya Pembangunan | | | | | | |
| 1. Uang Muka telah diterima | (13,379,139,567) | (7,176,426,898) | (7,429,948,409) | (6,557,698,447) | (8,408,583,390) | (42,951,796,710) |
| 2. Termin Pembayaran yang telah diterima | - | - | - | - | (26,802,359,555) | (26,802,359,555) |
| TOTAL A (Sebelum PPN) | 63,734,679,073 | 34,958,682,148 | 37,344,915,894 | 33,830,309,310 | 16,620,783,798 | 186,489,370,222 |
| | | | | | | |
| **B** | | | | | | |
| **I** Keuntungan yang wajar atas Investasi | - | - | - | - | - | - |
| **II** Potensi Kerugian | - | - | - | - | - | - |
| TOTAL B (Sebelum PPN) | - | - | - | - | - | - |
| | | | | | | |
| TOTAL (A+B)  Sebelum PPN | 63,734,679,073 | 34,958,682,148 | 37,344,915,894 | 33,830,309,310 | 16,620,783,798 | 186,489,370,222 |
| PPN | 6,373,467,907 | 3,495,868,215 | 3,734,491,589 | 3,383,030,931 | 1,662,078,380 | 18,648,937,022 |
| TOTAL (A+B)  Termasuk PPN | 70,108,146,980 | 38,454,550,362 | 41,079,407,483 | 37,213,340,241 | 18,282,862,178 | 205,138,307,244 |

- Diakui oleh PEMOHON dalam kesimpulannya butir 143, 144, dan 145 serta oleh TERMOHON dalam kesimpulannya butir No. 4, bahwa penyelesaian sengketa melalui musyawarah tidak berhasil dilakukan karena terdapat beberapa hal yang tidak disepakati oleh PEMOHON dan TERMOHON yaitu :

    a.  Bunga atau denda Bank dan selisih nilai kurs mata uang Dollar Amerika terhadap mata uang Rupiah, pada nilai kompensasi atas penghentian pelaksanaan Perjanjian Penyediaan Jasa Layanan Internet Program KPU/USO;

    b.  Status kepemilikan Aset Layanan Internet Program KPU/USO serta biaya yang timbul dan atau kondisi aset yang diserahterimakan;

    c.  Penghentian Perjanjian Layanan Internet Program KPU/USO.

V.  Bahwa PEMOHON telah menerima uang muka untuk ke 5 (lima) kontrak a quo dari TERMOHON dan berdasarkan verifikasi KAP Heliantono & Rekan telah disepakati oleh PEMOHON dan TERMOHON sebesar Rp.42.951.796.710 (empat puluh dua milyar sembilan ratus lima puluh satu juta tujuh ratus sembilan puluh enam ribu tujuh ratus sepuluh rupiah).

71



VI. Bahwa perselisihan antara PEMOHON dan TERMOHON atas pembayaran pekerjaan Perjanjian MPLIK Paket 19 (bukti P-01 = T-1) untuk termin 5-9, telah diselesaikan oleh Badan Arbitrase Nasional Indonesia (BANI) melalui Putusan BANI Nomor : 703/V/ARB-BANI/2015 tanggal 30 Maret 2016 (bukti P-23 dan P60), Termin I-4 tidak ada perselisihan, yang akan diselesaikan oleh BANI Perwakilan Surabaya  adalah perselisihan Termin 10 s.d Termin 16

VII. Bahwa laporan hasil pemeriksaan BPK.RI atas Penyediaan Jasa PLIK dan MPLIK pada BP3TI Ditjen PPI Kominfo di Jakarta, sebagaimana tercantum dalam surat :

- Nomor 07/S/V-XVI/01/2014 Perihal Laporan Hasil Pemeriksaan Atas Penyediaan Jasa PLIK dan MPLIK  pada BP3TI Ditjen PPI Kemkominfo di Jakarta dan Provinsi Sulawesi Utara serta instansi terkait tertanggal 3 Januari 2014

- Nomor 08/S/V-XVI/01/2014 Perihal Laporan Hasil Pemeriksaan Atas Penyediaan Jasa PLIK dan MPLIK  pada BP3TI Ditjen PPI Kemkominfo di Jakarta dan Maluku  Utara serta instansi terkait tertanggal 3 Januari 2014

- Nomor 0/9S/V-XVI/01/2014 Perihal Laporan Hasil Pemeriksaan Atas Penyediaan Jasa PLIK dan MPLIK  pada BP3TI Ditjen PPI Kemkominfo di Jakarta dan Kepulauan Bangka Belitung serta instansi terkait tertanggal 3 Januari 2014

- Ternyata yang berkaitan dengan TERMOHON adalah hanya surat No. 08/S/V-XVI/01/2014, PLIK tanggal 3 Januari 2014 untuk pekerjaan MPLIK paket 19.

- Dalam surat Permohonannya di BANI Perwakilan Surabaya, PEMOHON tidak mengemukakan adanya Temuan BPK.RI tentang pembayaran prestasi atas penyediaan jasa MPLIK paket 19 sebesar Rp 15.185.440.612,82 dalam posita permohonannya;

- Termohon dalam jawabannya mengemukakan posita huruf B adanya LHP BPK RI tentang pengerjaan PLIK dan MPLIK dan system keuangan TERMOHON dengan mengajukan surat bukti T-11, akan tetapi tidak diajukan sebagai permohonan Rekonpensi;

- Atas permintaan Majelis Arbitrase agar ada klarifikasi tentang hal tersebut diatas PEMOHON dan TERMOHON mengajukan kesimpulan tambahan masing-masing tanggal 20 Juli 2017 dan 21 Juli 2017;

72



VIII. TERMOHON merupakan Badan Layanan Umum (BLU) berdasarkan ketentuan dalam pasal 3 ayat 1 dan ayat 2 PP No. 23/2005 Jo PP 74/2012 tentang Pengelolaan Keuangan Badan Layanan Umum;

Pembinaan Keuangan Badan Layanan Umum Pemerintah Pusat dilakukan oleh Menteri Keuangan dan Pembinaan Teknis dilakukan oleh Menteri yang bertanggung jawab atas bidang Pemerintahan yang bersangkutan (Pasal 68 ayat 3 Undang-Undang No. 1 tahun 2004 tentang Perbendaharaan Negara);

Segala penggunaan Anggaran TERMOHON tunduk pada ketentuan atau kebijakan dari Menteri Komunikasi Informatika RI selaku Pembina Teknis dan Kementerian Keuangan RI selaku Pembina Keuangan TERMOHON;

IX. -   DPR RI atas Anggaran Penyediaan Jasa Layanan Internet Program KPU/USO diberi tanda bintang (*), blokir, menyebabkan seluruh Anggaran Penyediaan Jasa Layanan Internet Program KPU/USO harus dihentikan sementara;

-   Dengan adanya putusan MK No. 35/PUU/XI/2013 tanggal 22 Mei 2016, DPR RI tidak berwenang memberikan tanda bintang (*).

-   Syarat pembukaan blokir diantaranya adalah penyampaian dokumen Rencana Bisnis dan Anggaran (RBA).

-   Tanggal 26 Maret 2015, RBA TERMOHON telah ditandatangani/disahkan oleh Menteri Komunikasi dan Informatika RI.

-   Tanggal 14 April 2015, Daftar Isian Pelaksanaan Anggaran Badan Layanan Umum (DIPA BLU) petikan Tahun Anggaran 2015 telah disahkan oleh Kementrian Keuangan.

Menimbang bahwa berdasarkan ketentuan Pasal 56 UU 30/1999 (tentang Arbitrase dan Alternatif Penyelesaian Sengketa) Majelis Arbitrase mengambil keputusan berdasarkan ketentuan hukum atau berdasarkan keadilan dan kepatutan .

Menimbang bahwa dalam surat permohonan PEMOHON maupun jawaban TERMOHON kedua belah pihak menyatakan bahwa apabila Majelis Arbitrase berpendapat lain mohon putusan yang seadil adilnya (aequo et bono);

Menimbang Majelis Arbitrase atas dasar kesepakatan kedua belah pihak tersebut diatas akan menggunakan kewenangannya memutus perselisihan PEMOHON dan

73



TERMOHON berdasarkan ketentuan Pasal 15 butir 3 Peraturan Prosedur BANI (BANI Rules and Procedures);

Menimbang PEMOHON pada tanggal 25 Juli 2017 mengirimkan email ke sekretariat BANI Surabaya berupa surat no. 25.A/RMI-RRY/DIR/VII/2017 perihal Pelengkap Kesimpulan Tambahan dari PEMOHON dalam perkara No. 30/ARB/BANI-SBY/III/2017;

Menimbang bahwa pada persidangan tanggal 14 Juli 2017 pemeriksaan dalam perkara a quo di dalam persidangan tanggal tersebut telah dinyatakan ditutup, dan PEMOHON serta TERMOHON diberi kesempatan mengajukan kesimpulan tambahan paling lambat tanggal 21 Juli 2017;

Menimbang oleh karenanya Pelengkap Kesimpulan Tambahan dari PEMOHON tertanggal 25 Juli 2017 tersebut tidak dapat diterima karena akan memicu protes TERMOHON, dan sesuai berita acara persidangan tanggal 21 Juli 2017 putusan dalam perkara a quo tetap akan diucapkan pada tanggal 27 Juli 2017;

Menimbang dari fakta hukum sebagaimana tersebut dalam butir I tersebut diatas terbukti bahwa antara PEMOHON dan TERMOHON terikat dalam Perjanjian Kerjasama Penyediaan Jasa Layanan Internet Program KPU/USO;

Menimbang bahwa Perjanjian tersebut telah dibuat secara sah, karena tidak dibuktikan bahwa kata sepakat tersebut diberikan karena kekhilafan, paksaan, atau penipuan sebagaimana disebutkan dalam pasal 1321 KUH Perdata, dan karenanya surat-surat Pejanjian a quo adalah sah menurut hukum;

Menimbang TERMOHON menghentikan Perjanjian Kerjasama Anggaran Penyediaan Jasa Layanan Internet Program KPU/USO tersebut diatas dengan alasan adanya keadaan Kahar yaitu karena Menteri Keuangan menolak perpanjangan kontrak Ijin tahun jamak sejak Januari 2015 karena adanya tanda bintang (*) atas anggaran KPU/USO oleh DPR RI, dengan menyebutkan Pasal 91 ayat 1 PERPRES 54 tahun 2010; padahal Pasal 91 ayat 2 PERPRES 54/2010 menyebutkan yang dapat digolongkan sebagai keadaan kahar dalam kontrak pengadaan barang/jasa meliputi :

    a. Bencana alam

    b. Bencana non alam

    c. Bencana sosial

74



d. Pemogokan

e. Kebakaran dan atau

f. Gangguan industri lainnya sebagaimana dinyatakan melalui keputusan bersama menteri keuangan dan menteri teknis terkait;

Menimbang Syarat-Syarat Umum Kontrak butir 2.6 tentang keadaan kahar menyebutkan juga yang digolongkan keadaan kahar;

Menimbang bahwa penolakan Kementerian Keuangan untuk memperpanjang kontrak ijin Tahun Jamak karena adanya pemberian tanda bintang (*) atas Anggaran Penyediaan Jasa Layanan Internet Program KPU/USO oleh DPR RI, tidak termasuk yang digolongkan keadaan kahar baik dalam PERPRES 54/2010 maupun dalam Syarat-Syarat Umum Kontrak butir 2.6.1;

Menimbang bahwa dari pertimbangan tersebut diatas, dalil TERMOHON tentang keadaan kahar, haruslah dikesampingkan;

Menimbang PEMOHON telah melaksanakan prestasi Perjanjian sebagaimana disebutkan dalam fakta hukum butir II diatas, akan tetapi atas prestasi dimaksud TERMOHON belum melakukan pembayaran (menghentikan Anggaran Penyediaan Jasa Layanan Internet Program KPU/USO, vide surat bukti P-25, P-26, P-27, P-30, P-31, dan P-32);

Menimbang pendapat TERMOHON dalam kesimpulannya pada angka 26 ("dengan adanya perubahan didalam struktur organisasi TERMOHON, terbukti kewenangan TERMOHON untuk melakukan rekonsiliasi telah dicabut dan karenanya TERMOHON tidak dapat lagi melakukan proses rekonsiliasi atas tagihan-tagihan Penyedia Jasa In casu PEMOHON"), haruslah ditolak karena Perjanjian Anggaran Penyediaan Jasa Layanan Internet Program KPU/USO yang menjadi pihak adalah Balai Penyedia dan Pengelola Pembangunan Telekomunikasi dan Informatika Ditjen Penyelenggara Pos dan Informatika Kementerian Komunikasi dan Informatika (BP3TI) bukanlah pribadi direktur BP3TI;

Dan oleh karenanya dengan dikeluarkannya surat perintah Menteri Komunikasi dan Informatika No. 418/M.KOMINFO/KP.01.06/05/2015 tentang Penunjukkan Pelaksana Tugas

75



Direktur BP3TI tidaklah berakibat TERMOHON tidak dapat lagi melakukan proses rekonsiliasi atas tagihan PEMOHON;

Menimbang meskipun TERMOHON ber itikad baik dengan melakukan berbagai upaya untuk pembukaan blokir/tanda bintang (*) anggaran sebagaimana ternyata dari surat-surat di dalam surat bukti T-16 akan tetapi secara formal/hukum, penghentian pekerjaan seluruh operasional Anggaran Penyediaan Jasa Layanan Internet Program KPU/USO telah melanggar kesepakatan PEMOHON dan TERMOHON sebagaimana tercantum dalam kontrak a quo, dengan kata lain TERMOHON telah melakukan **wanprestasi** dan karenanya berkewajiban untuk melakukan pembayaran atas Pelaksanaan Pekerjaan Penyediaan Anggaran Penyediaan Jasa Layanan Internet Program KPU/USO aquo;

Menimbang dengan demikian petitum No. 2 layak untuk dikabulkan, Menyatakan TERMOHON telah melakukan wanpretasi karena tidak melanjutkan pelaksanaan Perjanjian Layanan Internet Program KPU/USO yang terdiri dari :

2.1. Surat Perjanjian Penyediaan Pusat Layanan Jasa Akses Internet Kecamatan KPU/USO Yang Bersifat Bergerak (mobile) Paket Pekerjaan 19 (sembilan belas) di Maluku & Maluku Utara Nomor 35/PKS/KOMINFO/12/2010 tanggal 22 Desember 2010 dan Amandemennya;

2.2. Surat Perjanjian Penyediaan Pusat Layanan Jasa Akses Internet Kecamatan KPU/USO Yang Bersifat Bergerak (mobile) Paket Pekerjaan 1 (satu) di Propinsi Nangroe Aceh Darussalam Nomor 10/PKS/KOMINFO/12/2011 tanggal 5 Desember 2011 dan Amandemennya;

2.3. Surat Perjanjian Penyediaan Jasa Akses Publik Layanan Internet Wifi Kabupaten KPU/USO (JALIN-KPU/USO) Paket Pekerjaan 2 (Dua) Nomor 31/PKS/ KOMINFO/12/2011 tanggal 30 Desember 2011 dan Amandemennya;

2.4. Surat Perjanjian Penyediaan Jasa Akses Publik Layanan Internet Wifi Kabupaten KPU/USO (JALIN-KPU/USO) Paket Pekerjaan 7 (Tujuh) Nomor 36/PKS/ KOMINFO/12/2011 tanggal 30 Desember 2011 dan Amandemennya;

2.5. Surat Perjanjian Penyediaan Jasa Akses Telekomunikasi Dan Informatika Perdesaan KPU/USO (Upgrading Desa Pinter) Paket Pekerjaan 5 (Lima) Di Propinsi Maluku Nomor 42/PKS/KOMINFO/1/2012 tanggal 5 Januari 2012 dan Amandemennya;

76



Menimbang sebagaimana disebutkan dalam fakta hukum butir VIII, TERMOHON merupakan Badan Layanan Umum (BLU); pembinaan keuangan Badan Layanan Umum (BLU) Pemerintah Pusat dilakukan oleh Menteri Keuangan RI dan pembinaan teknis dilakukan oleh Menteri Komunikasi dan Informatika RI;

Menimbang sebagaimana disebutkan dalam fakta hukum butir VIII pada tanggal 28 Maret 2015 Rencana Bisnis dan Anggaran (RBA) dari TERMOHON telah ditandatangani / disahkan oleh Menteri Komunikasi dan Informatika RI pada tanggal 14 April 2015, Daftar Isian Pelaksanaan Anggaran Badan Layanan Umum (DIPA BLU) petikan tahun 2015 telah disahkan oleh Menteri Keuangan RI;

Menimbang bahwa dengan telah disetujuinya pembukaan blokir/tanda bintang (*) maka rekonsiliasi terhadap prestasi kerja Penyedia Jasa In casu PEMOHON dapat dilaksanakan;

Menimbang bahwa dari fakta hukum butir VIII a quo maka Kementerian Komunikasi dan Informatika RI turut bertanggung jawab atas pelayanan umum yang dilaksanakan TERMOHON yang dalam hal ini diwakili oleh Pejabat Pembuat Komitmen Balai Telekomunikasi dan Informasi (BTIP) Direktorat Jenderal Pos dan Telekomunikasi;

Menimbang dari fakta hukum butir IV yaitu PEMOHON dan TERMOHON bersepakat menunjuk KAP Heliantono & Rekan memverifikasi kewajiban TERMOHON guna melakukan pembayaran atas pelaksanaan Anggaran Penyediaan Jasa Layanan Internet Program KPU/USO, dengan hasil : laporan final KAP Heliantono & Rekan tanggal 28 November 2016;

Menimbang dari fakta hukum butir IV, PEMOHON dan TERMOHON melakukan musyawarah untuk menyelesaikan tuntutan PEMOHON  atas pembayaran Anggaran Penyediaan Jasa Layanan Internet Program KPU/USO sejak musyawarah pertama tanggal 18 Agustus 2016 s/d musyawarah ke 8 tanggal 8 Desember 2016 dengan menyepakati rekapitulasi kesepakatan tanggal 8 Desember 2016 (tabel 5) sebagai berikut :

77



| KETERANGAN | PROGRAM KPU/USO RADNET | | | | | Kesepakatan |
|---|---|---|---|---|---|---|
| | MPLIK Paket 1 | JALIN WIFI 2 | JALIN WIFI 7 | DESA PINTER 5 | MPLIK 19 | Radnet & BP3TI |
| **NILAI KONTRAK*)** | 98,113,690,157 | 52,627,130,582 | 54,486,288,331 | 48,089,788,613 | 61,662,944,857 | 314,979,842,540 |
| **A** | | | | | | |
| **I Penggantian Biaya Pembangunan** | | | | | | |
| 1. Biaya Langsung Yang Telah Dikeluarkan | 70,521,406,953 | 39,392,707,468 | 41,264,314,657 | 39,639,078,726 | 48,273,183,388 | 239,090,691,191 |
| 2. Biaya Langsung Terhutang (Outstanding) | 5,817,894,000 | 2,474,206,757 | 3,202,999,951 | 299,760,000 | 9,792,340,354 | 21,587,201,062 |
| 3. Penyesuaian & Temuan hasil Verifikasi | 741,517,687 | 235,194,820 | 274,549,695 | 416,169,032 | (6,266,797,000) | (4,599,365,767) |
| 4. Biaya KAP (50%) dibayar BP3TI | 33,000,000 | 33,000,000 | 33,000,000 | 33,000,000 | 33,000,000 | 165,000,000 |
| **II Faktor Pengurang Penggantian Biaya Pembangunan** | | | | | | |
| 1. Uang Muka telah diterima | (13,379,139,567) | (7,176,426,898) | (7,429,948,409) | (6,557,698,447) | (8,408,583,390) | (42,951,796,710) |
| 2. Termin Pembayaran yang telah diterima | - | - | - | - | (26,802,359,555) | (26,802,359,555) |
| **TOTAL A (Sebelum PPN)** | 63,734,679,073 | 34,958,682,148 | 37,344,915,894 | 33,830,309,310 | 16,620,783,798 | 186,489,370,222 |
| **B** | | | | | | |
| **I Keuntungan yang wajar atas Investasi** | - | - | - | - | - | - |
| **II Potensi Kerugian** | - | - | - | - | - | - |
| **TOTAL B (Sebelum PPN)** | - | - | - | - | - | - |
| **TOTAL (A+B)  Sebelum PPN** | 63,734,679,073 | 34,958,682,148 | 37,344,915,894 | 33,830,309,310 | 16,620,783,798 | 186,489,370,222 |
| **PPN** | 6,373,467,907 | 3,495,868,215 | 3,734,491,589 | 3,383,030,931 | 1,662,078,380 | 18,648,937,022 |
| **TOTAL (A+B)  Termasuk PPN** | 70,108,146,980 | 38,454,550,362 | 41,079,407,483 | 37,213,340,241 | 18,282,862,178 | 205,138,307,244 |

Menimbang bahwa temuan BPK RI tentang kelebihan bayar prestasi pekerjaan MPLIK paket 19 dalam LHP BPK RI atas penyediaan jasa MPLIK pada BP3TI, tercantum dalam Surat BPK RI No. 08/S/V-XVI/01/2014, PLIK tanggal 3 Januari 2014, ada kelebihan bayar untuk prestasi pekerjaan MPLIK sebesar Rp 23,53 juta;

Menimbang bahwa atas temuan BPK RI tentang kelebihan bayar prestasi pekerjaan MPLIK paket 19 a quo telah dipertimbangkan dalam putusan BANI No. 703/V/BANI-ARB/2015 tanggal 30 Maret 2016 atas perselisihan PEMOHON dan TERMOHON mengenai pembayaran termin 5 s.d 9 dari Perjanjian Penyediaan Pusat Layanan Jasa Interrnet Kec. KPU/USO yang bersifat bergerak (mobile) paket pekerjaan 19 di Maluku dan Maluku Utara No. 35/PKS/KOMINFO/12/2010 tanggal 22 Desember 2010 beserta amandemennya;

Menimbang tentang temuan BPK RI atas adanya pembayaran atas prestasi MPLIK paket 19 sebesar Rp. 15.185.440.612,82 yang dinyatakan tidak dapat dipertanggung jawabkan, PEMOHON dalam kesimpulan tambahan halaman 14-15, pada :
- Butir 17 f : Bahwa TERMOHON dalam pemeriksaan perkara MPLIK paket 19 di BANI
           Jakarta dengan nomor perkara 703/V/BANI-ARB/2015 telah mengajukan

78



bukti LHP PDTT BPK berupa dokumen lampiran LHP BPK RI no. 302/HP/XVI/12/2013 tanggal 30 Desember 2013 untuk menjadi bahan pertimbangan majelis arbitrase di Jakarta.

- Butir 17 h : Bahwa oleh karena itu pada petitum penggantian biaya pembangunan berupa ganti rugi atas pelaksanaan pekerjaan Layanan Internet Program KPU/USO yang diajukan PEMOHON dalam perkara ini yaitu sebesar **Rp. 205.138.307.244.** (dua ratus lima milyar seratus tiga puluh delapan juta tiga ratus tujuh ribu dua ratus empat puluh empat rupiah) **sudah memperhitungkan/dipotong/dikurangi** faktor pengurang yaitu pembayaran yang telah diterima PEMOHON terhitung termin 1 s.d termin 9 hal mana termasuk didalamnya adalah temuan BPK RI sebesar **Rp 15.185.440.612,82** (lima belas milyar seratus delapan puluh lima juta empat ratus empat puluh ribu enam ratus dua belas koma delapan puluh dua rupiah) serta rekomendasi BPK RI baik berupa kewajiban pengembalian **Rp 23.530.000** (dua puluh tiga juta lima ratus tiga puluh ribu rupiah).

Menimbang sedangkan TERMOHON dalam kesimpulan tambahan halaman 4 : bahwa terhadap temuan BPK RI atas adanya pembayaran TERMOHON kepada PEMOHON sebesar **Rp.15.185.440.612,82** (lima belas milyar seratus delapan puluh lima juta empat ratus empat puluh ribu enam ratus dua belas koma delapan puluh dua rupiah) yang tidak dapat dipertanggungjawabkan disebabkan karena ditemukan ketidak validan *raw* data yang digunakan sebagai dasar rekonsiliasi data NOC Penyedia Jasa yang belum sampai Client PC. Terhadap temuan BPK RI atas pembayaran TERMOHON yang tidak dapat dipertanggungjawabkan, BPK RI merekomendasikan TERMOHON untuk menghentikan sementara atas pembayaran MPLIK yang menggunakan data lock modem/server sampai dilakukan pengujian oleh Inspektorat Jenderal Kominfo.
Berdasarkan hal tersebut TERMOHON tidak melanjutkan pembayaran prestasi kerja sesuai dengan rekomendasi BPK yang tertuang dalam halaman 73 LHP PDTT BPK.

Menimbang dari bukti P-60 (Putusan BANI No. 703/V/BANI-ARB/2015 tanggal 30 Maret 2016) tidak ternyata adanya posita dalam permohonan PEMOHON yang menyebutkan adanya temuan BPK RI sebesar **Rp.15.185.440.612,82** (lima belas milyar seratus delapan



puluh lima juta empat ratus empat puluh ribu enam ratus dua belas koma delapan puluh dua rupiah) a quo;

Sedangkan TERMOHON dalam jawabannya butir 30, antara lain mendalilkan :

- Raw data yang disampaikan dalam BA Rekonsiliasi yang menjadi dasar pembayaran tidak sesuai dengan kondisi operasional MPLIK sebenarnya.
- Pembayaran Penyedia MPLIK paket 19 s/d pemeriksaan BPK RI ini dilakukan ialah sejumlah **Rp 15.185.440.612,82.**

Menimbang bahwa Majelis Arbitrase BANI Jakarta dalam menjatuhkan putusan antara lain mendasarkan kepada verifikasi KAP Drs. Albert Silalahi & Rekan yang disepakati PEMOHON/TERMOHON sebagai independen verifikator;

Menimbang bahwa sepanjang yang terbaca dalam Putusan BANI No. 703/V/ARB-BANI/2015 a quo tidak terbaca adanya hasil verifikasi KAP Drs. Albert Silalahi & Rekan tentang temuan BPK RI atas pembayaran prestasi MPLIK paket 19 senilai **Rp. 15.185.440.612,82;**

Menimbang tidak terbaca juga bahwa hal tersebut secara tegas dipertimbangkan oleh Majelis Arbitrase dalam Putusan BANI No. 703/V/ARB-BANI/2015 tanggal 30 Maret 2016;

Menimbang berdasarkan hal tersebut diatas terbuka bagi para pihak untuk mempermasalahkan temuan BPK RI senilai **Rp.15.185.440.612,82,** pada Persidangan Arbitrase tersendiri, karena sebagaimana disebutkan dalam fakta hukum butir VII tentang hal tesebut tidak dijadikan posita oleh PEMOHON dalam permohonannya, dan TERMOHON tidak pula mengajukan Rekonpensi atas temuan BPK RI a quo;

Menimbang bahwa berdasarkan pertimbangan tersebut diatas dengan memperhatikan rekapitulasi kesepakatan PEMOHON TERMOHON tanggal 8 Desember 2016 (tabel 5) yang didasarkan pada hasil verifikasi KAP Heliantono & Rekan, petitum 3.1 dapat dikabulkan, dengan menghukum TERMOHON untuk membayar kepada PEMOHON atas Penyediaan Jasa Layanan Internet Program KPU/USO sebesar **Rp.205.138.307.244. (dua ratus lima milyar seratus tiga puluh delapan juta tiga ratus tujuh ribu dua ratus empat puluh empat rupiah);**

80



Menimbang bahwa secara konstruksi hukum instansi induk TERMOHON yaitu Kementerian Komunikasi dan Informatika RI serta Menteri Keuangan RI terikat dengan Putusan Arbitrase ini;

Menimbang bahwa fakta hukum butir IV PEMOHON dan TERMOHON bersepakat untuk menghilangkan tuntutan tentang keuntungan yang wajar atas investasi dan potensi kerugian, adalah mengikat bagi PEMOHON dan TERMOHON berdasarkan ketentuan pasal 1338 KUH Perdata, dan menurut Majelis Arbitrase kesepakatan tersebut adalah tepat karena tidak hanya PEMOHON yang mengalami kerugian dan kehilangan potensi keuntungan yang wajar atas investasi, TERMOHON pun mengalami kerugian karena tidak dapat menjalankan fungsinya sebagai Badan Layanan Umum (BLU) melalui Proyek Pelayanan Internet Program KSU/USO tersebut;

Menimbang PEMOHON dan TERMOHON bersepakat untuk menghilangkan tuntutan tentang keuntungan yang wajar atas investasi dan potensi kerugian sebagaimana tercantum dalam tabel 5 (Rekapitulasi Kesepakatan 8 Desember 2016);

Menimbang dari fakta hukum butir IV dapat ditarik kesimpulan bahwa bunga dan denda serta selisih nilai kurs mata uang Dollar Amerika terhadap Mata Uang Rupiah, tidak termasuk dalam kesepakatan yang dihilangkan sebagaimana tersebut dalam tabel 5 (Rekapitulasi Kesepakatan 8 Desember 2016);

Menimbang bahwa benar Perjanjian kredit antara PEMOHON dengan PT Bank Pembangunan Daerah Jawa Barat (Bank BJB), demikian juga Perjanjian kredit antara PEMOHON dengan PT Hawlett Packard Finance Indonesia (HPFI) untuk pembayaran Pekerjaan Penyediaan Program KPU/USO berdasarkan ketentuan Pasal 1340 KUH Perdata hanya berlaku antara pihak yang membuatnya : PEMOHON dengan PT Bank Pembangunan Daerah Jawa Barat (Bank BJB) dan PEMOHON dengan PT Hawlett Packard Finance Indonesia (HPFI);





Menimbang sebagaimana telah dipertimbangkan diatas bahwa TERMOHON telah dinyatakan melakukan **wanprestasi** atas Perjanjian Layanan Internet Program KSU/USO, dengan menghentikannya pembayaran-pembayaran atas Perjanjian a quo;

Menimbang bahwa perbuatan TERMOHON yang tidak melaksanakan kesepakatan untuk menyerahkan prestasi berupa pembayaran atas prestasi kerja PEMOHON dalam Perjanjian Penyediaan Layanan Program KSU/USO, adalah perbuatan **wanprestasi,** bukan perbuatan melawan hukum sebagaimana disebut dalam ketentuan Pasal 1365 KUH Perdata yang hubungan hukumnya lahir bukan karena kesepakatan kedua belah pihak akan tetapi demi undang-undang;

Menimbang bahwa atas perbuatan **wanprestasi** TERMOHON yaitu tidak melakukan pembayaran atas Perjanjian Layanan Intenet Program KSU/USO mengakibatkan PEMOHON tidak dapat melakukan pembayaran hutang kepada PT Bank Pembangunan Daerah Jawa Barat (Bank BJB) dan juga kepada PT Hawlett Packard Finance Indonesia (HPFI) yang atas pembayarannya mempergunakan mata uang Dollar Amerika, dengan akibat membengkaknya pembayaran bunga dan denda serta nilai Kurs Rupiah yang merosot terhadap mata uang Dollar Amerika;

Menimbang bahwa adalah cukup memenuhi rasa keadilan bila berdasarkan ex aequo et bono membebankan kepada TERMOHON ½ (seperdua) dari kewajiban PEMOHON membayar bunga dan denda pada PT Bank Pembangunan Daerah Jawa Barat (Bank BJB); demikian juga membebankan ½ (seperdua) selisih kurs Dollar Amerika terhadap mata uang Rupiah atas bunga hutang PEMOHON kepada PT Hawlett Packard Finance (HPFI);

Menimbang pertimbangan hukum tersebut diatas adalah analog dengan pertimbangan hukum Putusan Mahkamah Agung RI No. 440 K/SIP/1953 dan No. 38 K/SIP/1975, sebagaimana termuat dalam buku kompilasi/abstrak hukum Putusan Mahkamah Agung RI oleh Budiarto, SH, Penerbit Ikatan Hakim Indinesia cetakan pertama April 2000 halaman 75 – 79, yang memuat abstrak hukum : *"resiko yang timbul akibat merosotnya nilai uang rupiah harus ditanggung oleh kedua belah pihak dengan imbangan yang sama (fifty fifty)"*

82



Menimbang berdasarkan hasil verifikasi KAP Heliantono & Rekan (bukti P-47) bunga dan denda yang dibebankan PT Bank Pembangunan Daerah Jawa Barat (Bank BJB) adalah sebesar Rp 31.484.364.801 (tiga puluh satu milyar empat ratus delapan puluh empat juta tiga ratus enam puluh empat ribu delapan ratus satu rupiah);

Menimbang berdasarkan pertimbangan tersebut diatas bunga dan denda PT Bank Pembangunan Daerah Jawa Barat (Bank BJB) dibebankan secara seimbang antara PEMOHON dan TERMOHON masing-masing sebesar Rp 31.484.364.801 : 2 = Rp 15.742.182.401 (lima belas milyar tujuh ratus empat puluh dua juta seratus delapan puluh dua ribu empat ratus satu rupiah);

Menimbang sedangkan berdasarkan KAP Heliantono & Rekan atas selisih kurs mata uang Dollar Amerika terhadap mata uang Rupiah dalam bukti P-47 adalah sebesar Rp 9.570.959.566 (Sembilan milyar lima ratus tujuh puluh juta Sembilan ratus lima puluh Sembilan ribu lima ratus enam puluh enam rupiah) dan selisih kurs dimaksud ditanggung oleh PEMOHON dan TERMOHON secara seimbang : Rp 9.570.959.566 : 2 = Rp 4.785.479.783 (empat milyar tujuh ratus delapan puluh lima juta empat ratus tujuh puluh Sembilan ribu tujuh ratus delapan puluh tiga rupiah);

Menimbang tentang petitum 3.2, tuntutan PEMOHON agar TERMOHON dihukum membayar bunga dan denda yang dibebankan PT Bank Pembangunan Daerah Jawa Barat kepada PEMOHON sehubungan dengan pembiayaan Pekerjaan Penyediaan Program KPU/USO, dikabulkan sebesar Rp 15.742.182.401 (lima belas milyar tujuh ratus empat puluh dua juta seratus delapan puluh dua ribu empat ratus satu rupiah);

Menimbang berdasarkan pertimbangan bahwa selisih kurs mata uang Dollar terhadap mata uang Rupiah dibebankan kepada PEMOHON dan TERMOHON secara seimbang maka petitum No. 4 dikabulkan sebesar Rp 4.785.479.783 (empat milyar tujuh ratus delapan puluh lima juta empat ratus tujuh puluh Sembilan ribu tujuh ratus delapan puluh tiga rupiah);

Menimbang perlu dipertimbangkan tentang status aset Pekerjaan Penyediaan Proyek KPU/USO setelah dilakukan pembayaran oleh TERMOHON kepada PEMOHON;



83



Menimbang dalam surat perjanjian a quo status aset diatur dalam pasal 9 Syarat-Syarat Umum Kontrak setelah masa kontrak berakhir;

Menimbang bahwa oleh karena Pelaksanaan Pekerjaan Penyediaan Proyek KPU/USO a quo dihentikan secara sepihak oleh TERMOHON dan bilamana atas pelaksanaan pekerjaan Penyediaan Proyek KPU/USO telah dilakukan pembayaran oleh TERMOHON kepada PEMOHON maka secara aequo et bono dan berdasarkan hukum, aset-aset dimaksud harus diserahkan kepada TERMOHON;

Menimbang tentang petitum mengganti kerugian immateriel sebagaimana tersebut dalam petitum No. 5 haruslah ditolak karena tidak beralasan dan tanpa dasar hukum;

Menimbang terhadap petitum No. 6, dikabulkan dengan menyatakan surat-surat perjanjian Layanan Internet Program KPU/USO yang terdiri dari :

6.1.  Surat Perjanjian Penyediaan Pusat Layanan Jasa Akses Internet Kecamatan KPU/USO Yang Bersifat Bergerak (mobile) Paket Pekerjaan 19 (sembilan belas) di Maluku & Maluku Utara Nomor 35/PKS/KOMINFO/12/2010 tanggal 22 Desember 2010 dan Amandemennya;

6.2.  Surat Perjanjian Penyediaan Pusat Layanan Jasa Akses Internet Kecamatan KPU/USO Yang Bersifat Bergerak (mobile) Paket Pekerjaan 1 (satu) di Propinsi Nangroe Aceh Darussalam Nomor 10/PKS/KOMINFO/12/2011 tanggal 5 Desember 2011 dan Amandemennya;

6.3.  Surat Perjanjian Penyediaan Jasa Akses Publik Layanan Internet Wifi Kabupaten KPU/USO (JALIN-KPU/USO) Paket Pekerjaan 2 (Dua) Nomor 31/PKS/ KOMINFO/12/2011 tanggal 30 Desember 2011 dan Amandemennya;

6.4.  Surat Perjanjian Penyediaan Jasa Akses Publik Layanan Internet Wifi Kabupaten KPU/USO (JALIN-KPU/USO) Paket Pekerjaan 7 (Tujuh) Nomor 36/PKS/ KOMINFO/12/2011 tanggal 30 Desember 2011 dan Amandemennya;

6.5.  Surat Perjanjian Penyediaan Jasa Akses Telekomunikasi Dan Informatika Perdesaan KPU/USO (Upgrading Desa Pinter) Paket Pekerjaan 5 (Lima) Di Propinsi Maluku Nomor 42/PKS/KOMINFO/1/2012  tanggal 5 Januari 2012 dan Amandemennya;

berakhir sejak putusan Arbitrase ini diucapkan oleh Majelis Arbitrase;

84



Menimbang sesuai dengan Ketentuan Pasal 59 UU 30/1999 tentang Arbitrase dan Alternatif Penyelesaian Sengketa, paling lama 30 hari setelah Putusan diucapkan lembar asli atau salinan otentik Putusan Arbitrase dimaksud diserahkan dan didaftarkan di Panitera Pengadilan Negeri, setelah para pihak diberi kesempatan untuk mengajukan permohonan ke BANI agar Majelis Arbitrase memperbaiki kesalahan administratif;

Menimbang bahwa apabila putusan dilaksanakan secara sukarela tidak ada batasan waktu menurut peraturan perundangan, akan tetapi bila tidak dapat dilakukan secara sukarela berlakulah ketentuan perundang undangan sebagai berikut : sesuai dengan ketentuan pasal 60 s.d 64 UU 30/1999 tentang Arbitrase dan Alternatif Penyelesaian Sengketa, putusan dilaksanakan berdasarkan perintah Ketua Pengadilan Negeri yang diberikan paling lama 30 hari setelah permohonan eksekusi didaftarkan di Pengadilan Negeri. Selanjutnya Putusan Arbitrase yang telah diberi perintah Ketua Pengadilan Negeri, dilaksanakan sesuai ketentuan pelaksanaan Putusan yang telah mempunyai kekuatan hukum tetap;

Menimbang berdasarkan ketentuan Perundang-undangan tersebut, maka petitum No. 7, yang mohon agar TERMOHON dihukum untuk melaksanakan putusan selambat lambatnya 14 hari kalender sejak putusan diucapkan, tidak berdasar hukum dan karenanya tidak dapat dikabulkan;

Menimbang bahwa karena permohonan dikabulkan pada petitum bagian subsidaer (aequo et bono), biaya administrasi, biaya pemeriksaan, dan biaya arbitrase ditanggung PEMOHON dan TERMOHON masing-masing 1/2 (seperdua) bagian;

Mengingat dan Memperhatikan UU 30/1999 tentang Arbitrase dan Alternatif Penyelesaian Sengketa, Peraturan dan Prosedur BANI serta peraturan perundangan lainnya;

## M E M U T U S K A N

1.   Mengabulkan permohonan PEMOHON pada petitum bagian subsidair (ex aequo et bono);

2.   Menyatakan TERMOHON telah melakukan wanpretasi karena tidak melanjutkan pelaksanaan Perjanjian Layanan Internet Program KPU/USO yang terdiri dari



85



2.1. Surat Perjanjian Penyediaan Pusat Layanan Jasa Akses Internet Kecamatan KPU/USO Yang Bersifat Bergerak (mobile) Paket Pekerjaan 19 (sembilan belas) di Maluku & Maluku Utara Nomor 35/PKS/KOMINFO/12/ 2010 tanggal 22 Desember 2010 dan Amandemennya;

2.2. Surat Perjanjian Penyediaan Pusat Layanan Jasa Akses Internet Kecamatan KPU/USO Yang Bersifat Bergerak (mobile) Paket Pekerjaan 1 (satu) di Propinsi Nangroe Aceh Darussalam Nomor 10/PKS/KOMINFO/12 /2011 tanggal 5 Desember 2011 dan Amandemennya;

2.3. Surat Perjanjian Penyediaan Jasa Akses Publik Layanan Internet Wifi Kabupaten KPU/USO (JALIN-KPU/USO) Paket Pekerjaan 2 (Dua) Nomor 31/PKS/ KOMINFO/12/2011 tanggal 30 Desember 2011 dan Amandemennya;

2.4. Surat Perjanjian Penyediaan Jasa Akses Publik Layanan Internet Wifi Kabupaten KPU/USO (JALIN-KPU/USO) Paket Pekerjaan 7 (Tujuh) Nomor 36/PKS/ KOMINFO/12/2011 tanggal 30 Desember 2011 dan Amandemennya;

2.5. Surat Perjanjian Penyediaan Jasa Akses Telekomunikasi Dan Informatika Perdesaan KPU/USO (Upgrading Desa Pinter) Paket Pekerjaan 5 (Lima) Di Propinsi Maluku Nomor 42/PKS/KOMINFO/1/2012  tanggal 5 Januari 2012 dan Amandemennya;

3. Menyatakan Perjanjian Penyediaan Layanan Internet Program KPU/USO :

3.1. Surat Perjanjian Penyediaan Pusat Layanan Jasa Akses Internet Kecamatan KPU/USO Yang Bersifat Bergerak (mobile) Paket Pekerjaan 19 (sembilan belas) di Maluku & Maluku Utara Nomor 35/PKS/KOMINFO/12/2010 tanggal 22 Desember 2010 dan Amandemennya;

3.2. Surat Perjanjian Penyediaan Pusat Layanan Jasa Akses Internet Kecamatan KPU/USO Yang Bersifat Bergerak (mobile) Paket Pekerjaan 1 (satu) di Propinsi Nangroe Aceh Darussalam Nomor 10/PKS/KOMINFO/12/2011 tanggal 5 Desember 2011 dan Amandemennya;

3.3. Surat Perjanjian Penyediaan Jasa Akses Publik Layanan Internet Wifi Kabupaten KPU/USO (JALIN-KPU/USO) Paket Pekerjaan 2 (Dua) Nomor 31/PKS/KOMINFO/12/2011 tanggal 30 Desember 2011 dan Amandemennya;

86





3.4. Surat Perjanjian Penyediaan Jasa Akses Publik Layanan Internet Wifi Kabupaten KPU/USO (JALIN-KPU/USO) Paket Pekerjaan 7 (Tujuh) Nomor 36/PKS/KOMINFO/12/2011 tanggal 30 Desember 2011 dan Amandemennya;

3.5. Surat Perjanjian Penyediaan Jasa Akses Telekomunikasi Dan Informatika Perdesaan KPU/USO (Upgrading Desa Pinter) Paket Pekerjaan 5 (Lima) Di Propinsi Maluku Nomor 42/PKS/KOMINFO/1/2012  tanggal 5 Januari 2012 dan Amandemennya;

Berakhir sejak putusan arbitrase ini diucapkan oleh Majelis Arbitrase;

4.  Menghukum TERMOHON membayar kepada PEMOHON atas pelaksanaan Pekerjaan Layanan Internet Program KPU/USO a quo sebesar **Rp. 205.138.307.244.** (dua ratus lima milyar seratus tiga puluh delapan juta tiga ratus tujuh ribu dua ratus empat puluh empat rupiah);

5.  Menghukum TERMOHON membayar beban bunga dan denda pada PT Bank Pembangunan Daerah Jawa Barat (Bank BJB) sehubungan dengan pembiayaan Perjanjian Penyediaan Jasa Internet Program KPU/USO sebesar Rp 15.742.182.401 (lima belas milyar tujuh ratus empat puluh dua juta seratus delapan puluh dua ribu empat ratus satu rupiah);

6.  Menghukum TERMOHON untuk membayar kepada PEMOHON beban selisih nilai kurs mata uang Dollar Amerika terhadap mata uang Rupiah pada pembiayaan pekerjaan Penyediaan Jasa Layanan Internet Program KPU/USO  sebesar Rp 4.785.479.783 (empat milyar tujuh ratus delapan puluh lima juta empat ratus tujuh puluh Sembilan ribu tujuh ratus delapan puluh tiga rupiah);

7.  Menyatakan Putusan Arbitrase pada perkara a quo adalah putusan dalam tingkat pertama dan terakhir dan mempunyai kekuatan hukum tetap yang mengikat PEMOHON dan TERMOHON;

8.  Menolak permohonan PEMOHON  selain dan selebihnya;

9.  Menghukum PEMOHON dan TERMOHON membayar biaya perkara ini masing-masing 1/2  (seper dua) bagian ;



10. Memerintahkan kepada Sekretaris Sidang untuk mendaftarkan putusan ini di Panitera Pengadilan Negeri Jakarta Selatan dalam tenggang waktu sebagaimana ditetapkan dalam undang-undang;

Demikianlah diputuskan dan diucapkan pada hari  Kamis tanggal duapuluh tujuh Juli Tahun duaribu tujuh belas di kantor Badan Arbitrase Nasional Indonesia (BANI) Perwakilan Surabaya Jalan Ketintang Baru VIII Nomor 10 Surabaya oleh Hartini Mochtar Kasran, SH,FCBArb. sebagai Ketua Majelis, serta Ismet Baswedan,SH,FCBArb, Basoeki,SH, FCBArb., masing-masing sebagai Anggota Majelis Arbitrase dan didampingi oleh Suhirmanto,SH, sebagai Sekretaris Sidang dan dihadiri oleh Kuasa Hukum PEMOHON dan Kuasa Hukum TERMOHON;

Anggota-anggota

Ttd.
1. Ismet Baswedan,SH,FCBArb

Ttd.
2. Basoeki, SH, FCBArb

Ketua Majelis Arbitrase

Ttd.
Hartini Mochtar Kasran,SH,FCBArb

Ttd.
Sekretaris Sidang

Ttd.
Suhirmanto,SH.

Salinan Putusan ini sesuai aslinya
diberikan kepada:
PEMOHON / Kuasanya

Surabaya, 15 Agustus 2017
Badan Arbitrase Nasional Indonesia (BANI)
Perwakilan Surabaya



Suhirmanto,SH
Kepala Sekretariat



10. Memerintahkan kepada Sekretaris Sidang untuk mendaftarkan putusan ini di Panitera Pengadilan Negeri Jakarta Selatan dalam tenggang waktu sebagaimana ditetapkan dalam undang-undang;

Demikianlah diputuskan dan diucapkan pada hari  Kamis tanggal duapuluh tujuh Juli Tahun duaribu tujuh belas di kantor Badan Arbitrase Nasional Indonesia (BANI) Perwakilan Surabaya Jalan Ketintang Baru VIII Nomor 10 Surabaya oleh Hartini Mochtar Kasran, SH,FCBArb. sebagai Ketua Majelis, serta Ismet Baswedan,SH,FCBArb, Basoeki,SH, FCBArb., masing-masing sebagai Anggota Majelis Arbitrase dan didampingi oleh Suhirmanto,SH, sebagai Sekretaris Sidang dan dihadiri oleh Kuasa Hukum PEMOHON dan Kuasa Hukum TERMOHON;

Anggota-anggota                                          Ketua Majelis Arbitrase

1. Ismet Baswedan,SH,FCBArb               Hartini Mochtar Kasran,SH,FCBArb

2. Basoeki, SH,FCBArb

                                                          Sekretaris Sidang

                                                          Suhirmanto,SH.



PADA HARI  SELASA  TANGGAL 15 - 08 - 2017
AKTA INI TELAH DIDAFTARKAN DALAM REGISTER DAN
ITU YANG BERADA DI KEPANITERAAN PENGADILAN NEC
JAKARTA SELATAN DIBAWAH
NO. 10  APG /HKM/ 2017 PN. JAK S
PENGHADAP

88



**BADAN ABRITASE NASIONAL INDONESIA (BANI)**
**PERWAKILAN SURABAYA**
INDONESIAN NATIONAL BOARD OF ARBITRATION - SURABAYA OFFICE

Jl. Ketintang Baru VIII No. 10, Surabaya  Tel. : 031-82874714, 8293486, 8290522  Fax. : 031-8290522 e-mail : banisurabaya1@gmail.com

## SURAT KEPUTUSAN

### No. 81/SK/BANI-SBY/V/2017
### Tentang

**SUSUNAN MAJELIS ARBITRASE DAN SEKRETARIS SIDANG**
**Perkara No.30/ARB/BANI-SBY/III/2017**

### Ketua Badan Arbitrase Nasional Indonesia (BANI)

### Perwakilan Surabaya

**Menimbang :**  1. **Bahwa PEMOHON / PT. RAHAJASA MEDIA INTERNET**, berkedudukan di Jakarta beralamat di Graha Darnelis lantai 2 Jl. Amil No. 7 Pejaten Barat, Jakarta, Kantor cabang di Surabaya beralamat di Plaza BRI lantai 8 suite 803, Jl. Basuki Rahmat No. 122, Surabaya, Kantor cabang di Bandung beralamat di Gedung Bumi Bina Usaha, lantai 3, suite 301b, Jl. Asia Afrika No. 141-149, Bandung, dalam hal ini diwakili oleh **BRM Roy Rahajasa Yamin selaku Direktur**, telah menunjuk **Ismet Baswedan,SH,FCBArb** sebagai Arbiter pilihan Pemohon yang telah menyampaikan kesediaannya tertanggal 5 April 2017 ;

2. **Bahwa TERMOHON / Balai Penyedia Dan Pengelola Pembiayaan Telekomunikasi dan Informatika Direktorat Jenderal Penyelenggaraan Pos dan Informatika Kementerian Komunikasi dan Informatika R.I. ("BP3TI") d/h Balai Telekomunikasi dan Informatika Perdesaan Direktorat Jenderal Pos dan Telekomunikasi Kementerian Komunikasi dan Informatika R.I.**, beralamat di Gedung Wisma Kodel lantai 6, Jalan HR Rasuna Said Kav B4, Jakarta qq. Kementerian Komunikasi dan Informatika R.I. dalam hal ini diwakili oleh **Anang Latif selaku Direktur Utama** telah menunjuk **Basoeki, SH, FCBarb,** sebagai Arbiter pilihan Termohon yang telah menyampaikan kesediaannya tertanggal 17 April 2017 ;

3. Bahwa kedua Arbiter selanjutnya telah sepakat untuk menunjuk **Ny.Hartini Mochtar,SH, FCBArb.** sebagai Ketua Majelis Arbitrase, yang telah menyatakan kesediaannya dengan surat tertanggal, 18 April 2017;

4. Bahwa untuk Majelis Arbitrase perlu ditunjuk Sekretaris Sidang **Suhirmanto,SH.** yang akan mendampingi Majelis Arbitrase;

5. Bahwa oleh sebab itu perlu dikeluarkan Surat Keputusan tentang Susunan Majelis Arbitrase untuk perkara No.30/ARB/BANI-SBY/III/2017 sebagaimana susunan di bawah ini:

**Mengingat**       :   1. Undang -Undang No. 30 Tahun 1999.
2. Peraturan Prosedur BANI



## MEMUTUSKAN:

1. Menetapkan Surat Keputusan tentang Susunan Majelis Arbitrase  perkara No. 30/ARB/BANI-SBY/III/2017 adalah sebagai berikut :

   a. Ketua        : **Ny.Hartini Mochtar Kasran,SH,FCBArb.**
               Jl. Ketintang Baru II/1-3 Surabaya

   b. Anggota       : **Ismet Baswedan,SH,FCBArb**
               Jl. Vila Kalijudan Indah I/11, Blok A/2   Surabaya

   c. Anggota       : **Basoeki, SH, FCBArb.**
               Jl. Rungkut Mapan Tengah III/CC03  Surabaya

   d. Sekretaris Sidang    : **Suhirmanto,SH**
               Jl. Perlis Utara No. 12 Surabaya

2. Surat Keputusan ini akan diperbaiki apabila ternyata dikemudian hari ada kekurangannya dan berlaku sejak tanggal ditetapkan;

           Ditetapkan di   : Surabaya
           Pada hari    : Selasa
           Tanggal     : 16 Mei 2017
           ――――――――――――――――――――

           Badan Arbitrase Nasional Indonesia (BANI)
           Perwakilan Surabaya

           <u>Hj. Hartini Mochtar Kasran, SH,FCBArb.</u>
           Ketua