**EXHIBIT C**

(Application for Execution Order)

radnet

HAS BEEN RECEIVED BY ADMINISTRATIONA ND FINANCE SUB-DIVISION

SOUTH JAKARTA DISTRICT COURT

26 03 2018

SYARIPUDIN

Jakarta, 26 March 2018

Number          : 021/RMI-RRY/DIR/III/2018

Attachment      : 1. Decision of the Indonesia National Board of Arbitration (BANI) No. 30/ARB/BANI-SB Y/I11/2017

                  2. Registration Certificate No.  18/ARB/HKM/2017/PN.Jkt.Sel

To

**Chair of the South Jakarta District Court**

Jl. Ampera Raya No. 133 Ragunan

South Jakarta

**Regarding**        : **Request for Reprimand (Aanmaning) to Implement Decisions of the Indonesia National Board of**
                  **Arbitration (BANI) Surabaya Office No. 30/ARB/BANI-SBY/II1/2017**

Sincerely,

Please allow us, **PT. RAHAJASA MEDIA INTERNET**, domiciled in Jakarta, address at Graha Darnelis 2nd floor Jl. Amil No. 7 Pejaten Barat, 12510, Jakarta, with a branch office in Surabaya, located at Plaza BRI, 8th floor suite 803 Jl. Basuki Rahmat no. 122, 60271 Surabaya and a branch office in Bandung located at Bumi Bina Usaha Building, 3rd floor, suite 301b, Jl. Asia Africa no. 141-149, 40112 Bandung, a Limited Liability Company established under the Laws of the Republic of Indonesia, with a Deed dated 18 November 1994 No. 127, drawn up before Rachmat Santoso, SH, Notary in Jakarta, which was legalized based on a Decree of the Minister of Justice and Human Rights RI No. C2-4068.HT.01.01.PH.95, dated 7 April 1995, whose articles of association have been published in the State Gazette of the Republic of Indonesia dated 27 June 1995 No. 51, Supplement No.  5325 of 1995 and the latest amendments have been listed in the Deed No 13 dated 15 December 2016, drawn up before Maria Gunarti, S.H., M.Kn., Notary in Jakarta, in this case represented by:

**BRM Roy Rahajasa Yamin**, residing in Jakarta, as the Director of and therefore legally represents PT. INTERNET MEDIA SERVICES, hereinafter referred to as (**"AANMANING APPLICANT"**).



I hereby swear that I have translated this document from its original source in Bahasa Indonesia to English truthfully and in full pursuant to the power vested in me by the Decree of the Governor of DKI Jakarta Province No. 2042/2005.

Jakarta, December 04, 2020.

Dian Lestari



TELAH DITERIMA SUB BAGIAN TU DAN KEUANGAN
PENGADILAN NEGERI JAKARTA SELATAN
TGL. **26** BLN. **3** THN **18** JAM ......

SYARIPUDIN

Jakarta, 26 Maret 2018

Nomor       : 021/RMI-RRY/DIR/III/2018

Lampiran   : 1. Putusan Badan Arbitrase Nasional Indonesia (BANI) Nomor: 30/ARB/BANI-SBY/III/2017
            2. Akta Pendaftaran nomor 18/ARB/HKM/2017/PN.Jkt.Sel


Kepada Yth.
**Ketua Pengadilan Negeri Jakarta Selatan**
Jl. Ampera Raya no. 133 Ragunan
Jakarta Selatan


**Perihal : Permohonan Melakukan Teguran (*Aanmaning*) Untuk Melaksanakan Putusan Badan Arbitrase Nasional Indonesia (BANI) Kantor Perwakilan Surabaya Nomor 30/ARB/BANI-SBY/III/2017**

Dengan hormat,

Perkenankanlah Kami, **PT. RAHAJASA MEDIA INTERNET**, berkedudukan di Jakarta beralamat di Graha Darnelis lantai 2 Jl. Amil No. 7 Pejaten Barat, kode pos 12510, Jakarta, memiliki kantor cabang di Surabaya beralamat di Plaza BRI lantai 8 suite 803 Jl. Basuki Rahmat no. 122, kode pos 60271 Surabaya dan kantor cabang di Bandung beralamat di Gedung Bumi Bina Usaha, lantai 3, suite 301b, Jl. Asia Afrika no. 141-149, kode pos 40112 Bandung, suatu Perseroan Terbatas yang didirikan berdasarkan Hukum Negara Republik Indonesia, dengan Akta tertanggal 18 November 1994 Nomor 127, dibuat dihadapan Rachmat Santoso, S.H., Notaris di Jakarta, yang telah disahkan berdasarkan Surat Keputusan Menteri Kehakiman dan HAM RI No. C2-4068.HT.01.01.PH.95, tanggal 7 April 1995, yang anggaran dasarnya telah diumumkan dalam Berita Negara Republik Indonesia tertanggal 27 Juni 1995 No. 51, Tambahan Nomor 5325 tahun 1995 dan perubahan terakhir telah tercantum dalam Akta Nomor: 13 tanggal 15 Desember 2016, dibuat dihadapan Maria Gunarti, S.H., M.Kn., Notaris di Jakarta, dalam hal ini diwakili oleh:

**BRM Roy Rahajasa Yamin,** bertempat tinggal di Jakarta, selaku Direktur dari dan oleh karena itu sah mewakili PT. RAHAJASA MEDIA INTERNET tersebut, untuk selanjutnya disebut sebagai (**"PEMOHON AANMANING"**).

Dengan ini mengajukan Permohonan melakukan Teguran (Aanmaning) untuk melaksanakan Putusan Badan Arbitrase Nasional Indonesia (BANI) Kantor Perwakilan Surabaya Nomor: 30/ARB/BANI-SBY/III/2017 terhadap:

**Rahajasa Media Internet, pt**
*Internet Service Provider*

GRAHA DARNELIS lt.2,
Jl. Amil No.7 Pejaten Barat
Jakarta 12510, Indonesia

T. +6221-799 6363
F. +6221-7919 6777
info@rad.net.id
www.rad.net.id

Hereby submits an Application to give a warning (Aanmaning) to implement

Decision of the Indonesian National Arbitration Board (BANI) Surabaya Office No. 30/ARB/BANI-SBY/II1/2017 against:

**Telecommunication and Informatics Financing Provider and Management Center, Directorate General of Post and Information Administration, Ministry of Communication and Informatics, Republic of Indonesia. ("BP3TI") d/h Rural Telecommunication and Informatics Center, Directorate General of Post and Telecommunication, Ministry of Communication and Informatics, R.I.,** address at Wisma Kodel Building, 6th floor, Jalan HR Rasuna Said Kav B4, Jakarta gg. Ministry of Communication and Informatics R.I. hereinafter referred to as **"AANMANING RESPONDENT"**.

AANMANING APPLICANT and AANMANING RESPONDENT hereinafter referred to as **"Parties"**, hereby the AANMANING APPLICANT shall convey the following matters:

**1. The Authority of the South Jakarta District Court**

That based on Article 196 HIR, Aanmaning Request was submitted to the District Court at the domicile of the Defendant.

"That based on Article 61 of Law No. 30 of 1999 regarding Arbitration and Alternative Dispute Resolution (hereinafter referred to as" Law No. 30/1999 ") AANMANING APPLICANT has the right to submit Aanmaning Request to the District Court.

Article 61 of Law No. 30/1999:

*"In the event that the parties do not implement the arbitration award voluntarily, the decision shall be implemented based on the order of the Head of the District Court at the request of one of the parties to the dispute."*

That in Article 1 of Law No. 30/1999 determined that the District Court in question is the District Court whose jurisdiction includes the residence of the AANMANING RESPONDENT.

That AANMANING RESPONDENT currently resides at Wisma Kodel 6th Floor, Jl. HR Rasuna Said Kav. B4, Kuningan, South Jakarta, which is still the jurisdiction of the South Jakarta District Court.

That based on the aforementioned matters, the filing and registration of the Application to carry out this Aanmaning at the South Jakarta District Court is appropriate and based on law.

I hereby swear that I have translated this document from its original source in Bahasa Indonesia to English truthfully and in full pursuant to the power vested in me by the Decree of the Governor of DKI Jakarta Province No. 2042/2005.

Jakarta, December 04, 2020

Dian Lestari



Balai Penyedia Dan Pengelola Pembiayaan Telekomunikasi dan Informatika Direktorat Jenderal Penyelenggaraan Pos dan Informatika Kementerian Komunikasi dan Informatika R.I. ("BP3TI") d/h Balai Telekomunikasi dan Informatika Perdesaan Direktorat Jenderal Pos dan Telekomunikasi Kementerian Komunikasi dan Informatika R.I., beralamat di Gedung Wisma Kodel lantai 6, Jalan HR Rasuna Said Kav B4, Jakarta qq. Kementerian Komunikasi dan Informatika R.I. selanjutnya disebut sebagai "**TERMOHON AANMANING**".

PEMOHON AANMANING dan TERMOHON AANMANING selanjutnya disebut **"Para Pihak",** dengan ini PEMOHON AANMANING menyampaikan hal-hal sebagai berikut :

## 1.   Kewenangan Pengadilan Negeri Jakarta Selatan

Bahwa berdasarkan Pasal 196 HIR, Permohonan Aanmaning diajukan kepada Pengadilan Negeri pada tempat kedudukan Tergugat.

Bahwa berdasarkan Pasal 61 Undang-undang No 30 Tahun 1999 Tentang Arbitrase dan Alternatif Penyelesaian Sengketa (selanjutnya disebut "UU No. 30/1999") PEMOHON AANMANING memiliki hak untuk mengajukan Permohonan Aanmaning kepada Pengadilan Negeri.

Pasal 61 UU No. 30/1999 :
*"Dalam hal para pihak tidak melaksanakan putusan arbitrase secara sukarela, putusan dilaksanakan berdasarkan perintah Ketua Pengadilan Negeri atas permohonan salah satu pihak yang bersengketa."*

Bahwa selanjutnya pada Pasal 1 UU No. 30/1999 ditentukan bahwa Pengadilan Negeri yang dimaksud adalah Pengadilan Negeri yang daerah hukumnya meliputi tempat tinggal TERMOHON AANMANING.

Bahwa TERMOHONA ANMANING saat ini berdomisili di Wisma Kodel Lantai 6, Jl. HR Rasuna Said Kav. B4, Kuningan, Jakarta Selatan, yang mana masih merupakan yuridikasi Pengadilan Negeri Jakarta Selatan.

Bahwa berdasarkan hal-hal tersebut, pengajuan dan pendaftaran Permohonan melakukan Aanmaning ini di Pengadilan Negeri Jakarta Selatan adalah tepat dan berdasar hukum.

**Rahajasa Media Internet, pt**
*Internet Service Provider*

GRAHA DARNELIS lt.2,
Jl. Amil No.7 Pejaten Barat
Jakarta 12510, Indonesia

T. +6221-799 6363
F. +6221-7919 6777
info@rad.net.id
www.rad.net.id

**2. Aanmaning Respondent Has Not Implemented the Content of the Arbitration Award Decision of the Indonesia National Board of Arbitration (BANI) Surabaya Representative Office Number: 30/ARB/BANI-SBY/111/2017.**

That AANMANING APPLICANT is an Arbitration Applicant in an Arbitration case registered with the Indonesian National Arbitration Board at the Surabaya Representative Office (hereinafter referred to as "BANI") with register Number: 30/ARB/BANI-SBY/III/2017 (**Appendix 01**), while AANMANING RESPONDENT is Respondent on the arbitration case and in accordance with the BANI Decision Letter Number: 30/ARB/BANI-SBY/II1/2017.

That Aanmaning Request to implement BANI Decision Number: 30/ARB/BANI-SBY/III/2017, is based on the following judicial petitum:

### JUDICIAL VERDICT

1. Grants the Applicant's request on the petitum subsidair section (Ex Aequo Et Bono);

2. Declares that the Respondent has defaulted because they did not continue the implementation of the KPU/USO Program Internet Service Agreement, which consists of:

2.1. Agreement Letter for Provision of Mobile Internet Access Service Center for KPU/USO Subdistrict (mobile) Work Packages 19 (nineteen) in Maluku & North Maluku Number 35/PKS/KOMINFO/12/2010 dated 22 December, 2010 and its amendments,

2.2. Agreement Letter for Provision of Mobile Internet Access Service Center for KPU/USO Subdistrict (mobile) Work Package 1 (one) in Nangroe Aceh Darussalam Province Number 10/PKS/KOMINFO/12/2011 dated 5 December 2011 and its amendments,

2.3. Agreement Letter for Provision of Public Access Services for Wifi Services for KPU/USO Regency (JALIN-KPU/USO) Work Package 2 (two) Number 31/PKS/KOMINFO/12/2011 dated 30 December 2011 and its amendments,

2.4. Agreement Letter for Provision of Public Access Services for Wifi Services for KPU/USO Regency (JALIN-KPU/USO) Work Package 2 (two) Package Number 36/PKS/KOMINFO/12/2011 dated 30 December 2011 and its amendments,,

2.5. Agreement Letter for Provision of Rural Telecommunication and Information Technology KPU/USO (Upgrading Desa Pinter) Work Packages 5 (five) in Maluku Province Number 42/PKS/KOMINFO/1/2012 dated 5 January 2012 and its amendments,

I hereby swear that I have translated this document from its original source in Bahasa Indonesia to English truthfully and in full pursuant to the power vested in me by the Decree of the Governor of DKI Jakarta Province No. 2042/2005.

Jakarta, December 03, 2020

Dian Lestari



2.  **Termohon Aanmaning Belum Melaksanakan Isi Putusan Arbitrase Putusan Badan Arbitrase Nasional Indonesia (BANI) Kantor Perwakilan Surabaya Nomor: 30/ARB/BANI-SBY/III/2017.**

Bahwa PEMOHON AANMANING adalah Pemohon Arbitrase pada perkara Arbitrase yang terdaftar di Badan Arbitrase Nasional Indonesia Kantor Perwakilan Surabaya (selanjutnya disebut **"BANI"**) dengan register Nomor: 30/ARB/BANI-SBY/III/2017 **(Lampiran 01)**, sedangkan TERMOHON AANMANING merupakan Termohon pada perkara arbitrase tersebut dan sesuai Amar **Putusan BANI Nomor: 30/ARB/BANI-SBY/III/2017.**

Bahwa Permohonan Aanmaning untuk melaksanakan Putusan BANI Nomor: 30/ARB/BANI-SBY/III/2017, didasarkan kepada amar petitum sebagai berikut:

### AMAR PUTUSAN

1.  Mengabulkan permohonan Pemohon pada petitum bagian subsidair (*Ex Aequo Et Bono*);

2.  Menyatakan Termohon telah melakukan wanprestasi karena tidak melanjutkan pelaksanaan Perjanjian Layanan Internet Program KPU/USO yang terdiri dari :

    2.1. Surat Perjanjian Penyediaan Pusat Layanan Jasa Akses Internet Kecamatan KPU/USO Yang Bersifat Bergerak (mobile) Paket Pekerjaan 19 (sembilan belas) di Maluku & Maluku Utara Nomor 35/PKS/KOMINFO/12/2010 tanggal 22 Desember 2010 dan Amandemennya;

    2.2. Surat Perjanjian Penyediaan Pusat Layanan Jasa Akses Internet Kecamatan KPU/USO Yang Bersifat Bergerak (mobile) Paket Pekerjaan 1 (satu) di Provinsi Nangroe Aceh Darussalam Nomor 10/PKS/KOMINFO/12/2011 tanggal 5 Desember 2011 dan Amandemennya;

    2.3. Surat Perjanjian Penyediaan Jasa Akses Publik Layanan Wifi Kabupaten KPU/USO (JALIN-KPU/USO) Paket Pekerjaan 2 (dua) Nomor 31/PKS/KOMINFO/12/2011 tanggal 30 Desember 2011 dan Amandemennnya;

    2.4. Surat Perjanjian Penyediaan Jasa Akses Publik Layanan Wifi Kabupaten KPU/USO (JALIN-KPU/USO) Paket Pekerjaan 7 (dua) Nomor 36/PKS/KOMINFO/12/2011 tanggal 30 Desember 2011 dan Amandemennnya;

    2.5. Surat Perjanjian Penyediaan Jasa Akses Telekomunikasi dan Infromatika Perdesaan KPU/USO (Upgrading Desa Pinter) Paket Pekerjaan 5 (lima) di Provinsi Maluku Nomor 42/PKS/KOMINFO/1/2012 tanggal 5 Januari 2012 dan Amandemennnya;

**Rahajasa Media Internet, pt**
*Internet Service Provider*

GRAHA DARNELIS lt.2,
Jl. Amil No.7 Pejaten Barat
Jakarta 12510, Indonesia

T. +6221-799 6363
F. +6221-7919 6777
info@rad.net.id
www.rad.net.id

3. Declares the KPU/USO Program Internet Service Provision Agreement:

3.1. Agreement Letter for Provision of Mobile Internet Access Service Center for KPU/USO Subdistrict (mobile) Work Packages 19 (nineteen) in Maluku & North Maluku Number 35/PKS/KOMINFO/12/2010 dated 22 December, 2010 and its amendments,

3.2. Agreement Letter for Provision of Mobile Internet Access Service Center for KPU/USO Subdistrict (mobile) Work Package 1 (one) in Nangroe Aceh Darussalam Province Number 10/PKS/KOMINFO/12/2011 dated 5 December 2011 and its amendments,

3.3. Agreement Letter for Provision of Public Access Services for Wifi Services for KPU/USO Regency (JALIN-KPU/USO) Work Package 2 (two) Number 31/PKS/KOMINFO/12/2011 dated 30 December 2011 and its amendments,

3.4. Agreement Letter for Provision of Public Access Services for Wifi Services for KPU/USO Regency (JALIN-KPU/USO) Work Package 2 (two) Package Number 36/PKS/KOMINFO/12/2011 dated 30 December 2011 and its amendments,

3.5. Agreement Letter for Provision of Rural Telecommunication and Information Technology KPU/USO (Upgrading Desa Pinter) Work Packages 5 (five) in Maluku Province Number 42/PKS/KOMINFO/1/2012 dated 5 January 2012 and its amendments,

Ended since this Arbitration Award was pronounced by the Arbitration Council;

4. Sentences the RESPONDENT to pay APPLICANT for the implementation of the Internet Service Work for the KPU/USO a quo Program in the amount of **Rp. 205,138,307,244.** (two hundred five billion one hundred thirty-eight million three hundred seven thousand two hundred and forty-four rupiah),

5. Sentences RESPONDENT to pay interest expense and fines to PT Bank Pembangunan Daerah Jawa Barat (Bank BJB) in connection with the financing of the KPU/USO Program Internet Service Provision Agreement amounting to **Rp 15,742,182,401.** (fifteen billion seven hundred forty-two million one hundred eighty-two thousand four hundred and one rupiah),

6. Sentences RESPONDENT to pay APPLICANT the difference in the value of the US Dollar exchange rate against the Rupiah currency in the financing of the KPU/USO Program Internet Service Provision Service provision of **Rp 4,785,479,783.** (four billion seven hundred eighty-five million four hundred seventy-nine thousand and seven hundred and eighty three rupiah);



I hereby swear that I have translated this document from its original source in Bahasa Indonesia to English truthfully and in full pursuant to the power vested in me by the Decree of the Governor of DKI Jakarta Province No. 2042/2005.

Jakarta, December 84 2020
Dian Lestari



3. Menyatakan Perjanjian Penyediaan Layanan Internet Program KPU/USO :

   3.1. Surat Perjanjian Penyediaan Pusat Layanan Jasa Akses Internet Kecamatan KPU/USO Yang Bersifat Bergerak (mobile) Paket Pekerjaan 19 (sembilan belas) di Maluku & Maluku Utara Nomor 35/PKS/KOMINFO/12/2010 tanggal 22 Desember 2010 dan Amandemennya;

   3.2. Surat Perjanjian Penyediaan Pusat Layanan Jasa Akses Internet Kecamatan KPU/USO Yang Bersifat Bergerak (mobile) Paket Pekerjaan 1 (satu) di Provinsi Nangroe Aceh Darussalam Nomor 10/PKS/KOMINFO/12/2011 tanggal 5 Desember 2011 dan Amandemennya;

   3.3. Surat Perjanjian Penyediaan Jasa Akses Publik Layanan Wifi Kabupaten KPU/USO (JALIN-KPU/USO) Paket Pekerjaan 2 (dua) Nomor 31/PKS/KOMINFO/12/2011 tanggal 30 Desember 2011 dan Amandemennnya;

   3.4. Surat Perjanjian Penyediaan Jasa Akses Publik Layanan Wifi Kabupaten KPU/USO (JALIN-KPU/USO) Paket Pekerjaan 7 (dua) Nomor 36/PKS/KOMINFO/12/2011 tanggal 30 Desember 2011 dan Amandemennnya;

   3.5. Surat Perjanjian Penyediaan Jasa Akses Telekomunikasi dan Infromatika Perdesaan KPU/USO (Upgrading Desa Pinter) Paket Pekerjaan 5 (lima) di Provinsi Maluku Nomor 42/PKS/KOMINFO/1/2012 tanggal 5 Januari 2012 dan Amandemennnya;

   Berakhir sejak Putusan Arbitrase ini diucapkan oleh Majelis Arbitrase;

4. Menghukum TERMOHON membayar kepada PEMOHON atas pelaksanaan Pekerjaan Layanan Internet Program KPU/USO a quo sebesar **Rp. 205.138.307.244.** (dua ratus lima milyar seratus tiga puluh delapan juta tiga ratus tujuh ribu dua ratus empat puluh empat rupiah);

5. Menghukum TERMOHON membayar beban bunga dan denda pada PT Bank Pembangunan Daerah Jawa Barat (Bank BJB) sehubungan dengan pembiayaan Perjanjian Penyediaan Jasa Internet Program KPU/USO sebesar **Rp 15.742.182.401.** (lima belas milyar tujuh ratus empat puluh dua juta seratus delapan puluh dua ribu empat ratus satu rupiah);

6. Menghukum TERMOHON untuk membayar kepada PEMOHON beban selisih nilai kurs mata uang Dollar Amerika terhadap mata uang Rupiah pada pembiayaan pekerjaan Penyediaan Jasa Layanan Internet Program KPU/USO sebesar **Rp 4.785.479.783.** (empat milyar tujuh ratus delapan puluh lima juta empat ratus tujuh puluh Sembilan ribu tujuh ratus delapan puluh tiga rupiah);

**Rahajasa Media Internet, pt**
*Internet Service Provider*

GRAHA DARNELIS lt.2,
Jl. Amil No.7 Pejaten Barat
Jakarta 12510, Indonesia

T. +6221-799 6363
F. +6221-7919 6777
info@rad.net.id

7. Declares the Arbitration Award in a quo case is a decision in the first and last level and has permanent legal force that binds the APPLICANT and RESPONDENT,

8. Rejects APPLICANT's request other than asked and the rest;

9. Sentences the Applicant and Respondent to pay the costs of this case each 1/2 (half) parts;

10. Orders the Trial Secretary to register this decision at the Registrar - South Jakarta District Court within the grace period as stipulated in law.

## 3. BANI Decision Number: 30/ARB/BANI-SBY/II1/2017 Has Been Registered at the District Court of the South Jakarta District Court.

BANI Decision Number: 30/ARB/BANI-SBY/III/2017 has met the provisions of Article 59 paragraph (1) of Law No. 30/1999 which regulates:

**Article 59 paragraph (1) of Law No. 30/1999**
*"Within a maximum period of 30 (thirty) days from the date the judgment is pronounced, the original or authentic copy of the arbitration award is submitted and registered by the arbitrator or his attorney to the Registrar of the District Court."*

That the BANI Decision Number 30/ARB/BANI-SBY/III/2017 was read out in court on 27 July 2017 and subsequently registered at the South Jakarta District Court on 15 August 2017 registered with Number: 18/ARB/HKM/2017/PN.Jkt.Sel. **(Appendix-2).**

That the registration of BANI Decision Number: 30/ARB/BANI-SBY/I11/2017 is in accordance with and fulfills the provisions of Article 59 paragraph (1) of Law No. 30/1999

Based on the description of Aanmaning's Request above, it is quite reasonable and appropriate if AANMANING APPLICANT requests the Chairperson of the South Jakarta District Court to please:

1. Grant the AANMANING APPLICANT's request in its entirety;
2. Determine the day and date of the warning (Aanmaning) to the AANMANING RESPONDENT to implement the Decision of the Indonesian National Arbitration Board at the Surabaya Representative Office Number 30/ARB/BANI-SBY/III/2017;



I hereby swear that I have translated this document from its original source in Bahasa Indonesia to English truthfully and in full pursuant to the power vested in me by the Decree of the Governor of DKI Jakarta Province No. 2042/2005.

Jakarta, December 03, 2020
Dian Lestari



7. Menyatakan Putusan Arbitrase pada perkara *a quo* adalah putusan dalam tingkat pertama dan terakhir dan mempunyai kekuatan hukum tetap yang mengikat PEMOHON dan TERMOHON;

8. Menolak permohonan PEMOHON selain dan selebihnya;

9. Menghukum Pemohon dan Termohon membayar biaya perkara ini masing-maing ½ (seper dua) bagian;

10. Memerintahkan kepada Sekretaris Sidang untuk mendaftarkan putusan ini di Panitera Pengadilan Negeri Jakarta Selatan dalam tenggang waktu sebagaimana ditetapkan dalam undang-undang.

**3. Putusan BANI Nomor: 30/ARB/BANI-SBY/III/2017 Telah Didaftarkan di Pengadilan Negeri Pengadilan Negeri Jakarta Selatan.**

Putusan BANI Nomor: 30/ARB/BANI-SBY/III/2017 telah memenuhi ketentuan Pasal 59 ayat (1) UU No. 30/1999 yang mengatur:

**Pasal 59 ayat (1) UU No. 30/1999**

*"Dalam waktu paling lama 30 (tiga puluh) hari terhitung sejak tanggal putusan diucapkan, lembar asli atau salinan otentik putusan arbitrase diserahkan dan didaftarkan oleh arbiter atau kuasanya kepada Panitera Pengadilan Negeri."*

Bahwa Putusan BANI Nomor 30/ARB/BANI-SBY/III/2017 telah dibacakan dalam persidangan pada tanggal 27 Juli 2017 dan selanjutnya didaftarkan pada Pengadilan Negeri Jakarta Selatan pada tanggal 15 Agustus 2017 teregister dengan Nomor: 18/ARB/HKM/2017/PN.Jkt.Sel. **(Lampiran-2).**

Bahwa dengan demikian pendaftaran Putusan BANI Nomor: 30/ARB/BANI-SBY/III/2017 telah sesuai dan memenuhi ketentuan Pasal 59 ayat (1) UU No. 30/1999

Berdasarkan uraian Permohonan Aanmaning tersebut diatas maka cukup beralasan dan patut apabila PEMOHON AANMANING memohon kepada Ketua Pengadilan Negeri Jakarta Selatan agar berkenan untuk:

1. Mengabulkan permohonan PEMOHON AANMANING untuk seluruhnya;

2. Menetapkan hari dan tanggal pelaksanaan Teguran *(Aanmaning)* kepada TERMOHON AANMANING untuk melaksanakan Putusan Badan Arbitrase Nasional Indonesia Kantor Perwakilan Surabaya Nomor 30/ARB/BANI-SBY/III/2017;

**Rahajasa Media Internet, pt**
*Internet Service Provider*

GRAHA DARNELIS lt.2,
Jl. Amil No.7 Pejaten Barat
Jakarta 12510, Indonesia

T. +6221-799 6363
F. +6221-7919 6777
info@rad.net.id
www.rad.net.id

3. Order the bailiff to summon the parties to attend the BANI Decision Warning (Aanmaning) Number: 30/ARB/BANI-SBY/111/2017 on the day and date specified;

4. Charge fees related to this Aanmaning Request to the AANMANING RESPONDENT.

Thus, Aanmaning Request is submitted with the hope that it will be granted. For your attention and permission, we thank you.

Best regards,

**Aanmaning Applicant,**

**PT. RAHAJASA MEDIA INTERNET**

**BRM. Roy Rahajasa Yamin**

Director

I hereby swear that I have translated this document from its original source in Bahasa Indonesia to English truthfully and in full pursuant to the power vested in me by the Decree of the Governor of DKI Jakarta Province No. 2042/2005.

Jakarta, December 04, 2020

Dian Lestari



3. Memerintahkan Juru Sita untuk Memanggil Para Pihak untuk menghadiri acara Teguran *(Aanmaning)* Putusan BANI Nomor: 30/ARB/BANI-SBY/III/2017 pada hari dan tanggal yang sudah ditetapkan;

4. Membebankan biaya terkait Permohonan Aanmaning ini kepada TERMOHON AANMANING.

Demikian Permohonan Aanmaning ini diajukan dengan harapan dapat dikabulkan. Atas perhatian dan perkenannya, kami mengucapkan terima kasih.

Hormat kami,

**Pemohon Aanmaning,**
**PT. RAHAJASA MEDIA INTERNET**



<u>**BRM. Roy Rahajasa Yamin**</u>
Direktur

**Rahajasa Media Internet, pt**
*Internet Service Provider*

GRAHA DARNELIS lt.2,
Jl. Amil No.7 Pejaten Barat
Jakarta 12510, Indonesia

T. +6221-799 6363
F. +6221-7919 6777
info@rad.net.id
www.rad.net.id

INDONESIAN NATIONAL BOARD OF ARBITRATION (BANI)
SURABAYA OFFICE
Secretariat : Jl.Ketintang Baru II/1-3 Surabaya
Trial Venue : Jl. Ketintang Baru VIII/10 Surabaya
Tlp. 031-8293486, 8287414, Fax. 031-8290522, E-mail : banisurabaya1@gmail.com

## DECISION

---

### Case No. 30 / ARB / BANI-SBY / III / 2017

### "FOR JUSTICE BASED ON ONE ALMIGHTY GOD"

The Arbitration Council at the Indonesia National Board of Arbitration (BANI) Surabaya Office which examines the case in the first and last stages, has made a decision in the dispute between:

**PT. RAHAJASA MEDIA INTERNET**, domiciled in Jakarta, addressed at Graha Darnelis 2nd floor Jl. Amil No. 7 Pejaten Barat, 12510, Jakarta, with a branch office in Surabaya, addressed at Plaza BRI, 8th floor Suite 803 Jl. Basuki Rahmat No. 122, 60271, Surabaya and a branch office in Bandung, addressed at Bumi Bina Usaha Building, 3rd floor, suite 301b, Jl. Asia Afrika No. 141-149, 40112 Bandung, in this case represented by **BRM Roy Rahajasa Yamin**, as Director, through his Attorney **Dr. Suhar Adi Konstanto, SH, MH; Ibrahim Suryoatmodjo, SH, MKN; Sri Ardhana Riswari, SH, MKN**. All three have offices at Jl. Ambengan Plaza blok A-22, Jalan Ngemplak No. 30, Surabaya, based on the Special Power of Attorney dated 23 May 2017, hereinafter referred to as the **APPLICANT;**

### Against

**Telecommunication and Informatics Financing Provider and Management Center, Directorate General of Post and Information Administration, Ministry of Communication and Informatics, Republic of Indonesia. ("BP3TI") d/h Rural Telecommunication and Informatics Center, Directorate General of Post and Telecommunication, Ministry of Communication and Informatics, Republic of Indonesia**, addressed at Wisma Kodel Building, 6th floor, Jalan HR Rasuna Said Kav. B4, Jakarta qq. Ministry of Communication and Informatics, Republic of Indonesia, represented by **Ir. Anang Latif, MSc. as the President Director,** through his Attorney **Sampurno Budisetianto, SH, MH,** Advocate at the Law Office of **SAMPURNO**

I hereby swear that I have translated this document from its original source in Bahasa Indonesia to English truthfully and in full pursuant to the power vested in me by the Decree of the Governor of DKI Jakarta Province No. 2042/2005.

Jakarta, December 04, 2020

Dian Lestari



**BADAN ARBITRASE NASIONAL INDONESIA (BANI)**
**PERWAKILAN SURABAYA** SESUAI DENGAN PERATURAN MENKEU NO. 70 / PMK.03/2014
Sekretariat : Jl.Ketintang Baru II/3 Surabaya
Tempat Sidang : Jl. Ketintang Baru VIII/10 Surabaya
Tlp. 031-8293486,8287414, Fax. 031-8290522, E-mail : banisurabaya1@gmail.com

No. 68e / Leg pan / 2018 / PN Jak sel
Fotocopy ini telah dilegalisir
Telah dibayar PNBP Rp.3000,
PANITERA MUDA HUKUM

Nama
Nippos
Tanda Tangan

U.I.M~RO

# PUTUSAN

**Perkara No.30/ARB/BANI-SBY/III/2017**

RIVA ROSANAWATI, S.T., SH., M.H.
NIP. 19731213 200502 2 001

## "DEMI KEADILAN BERDASARKAN KETUHANAN YANG MAHA ESA"

**Majelis Arbitrase pada Badan Arbitrase Nasional Indonesia (BANI) Perwakilan Surabaya** yang memeriksa perkara dalam tingkat pertama dan terakhir, telah menjatuhkan putusan dalam sengketa antara :

**PT. RAHAJASA MEDIA INTERNET,** berkedudukan di Jakarta beralamat di Graha Darnelis lantai 2 Jl. Amil No. 7 Pejaten Barat, kode pos 12510, Jakarta, memiliki kantor cabang di Surabaya beralamat di Plaza BRI lantai 8 suite 803 Jl. Basuki Rahmat No. 122, kode pos 60271 Surabaya dan kantor cabang di Bandung beralamat di Gedung Bumi Bina Usaha, lantai 3, suite 301b, Jl. Asia Afrika no. 141-149, kode pos 40112 Bandung, dalam hal ini diwakili oleh **BRM Roy Rahajasa Yamin**, selaku Direktur, didampingi Kuasa Hukumnya **Dr. Suhar Adi Konstanto,SH,MH, Ibrahim Suryoatmodjo,SH,MKN, Sri Ardhana Riswari, SH,MKN,** Ketiganya berkantor di Jl. Ambengan Plaza blok A-22, Jalan Ngemplak No. 30, Surabaya, berdasar Surat Kuasa Khusus tertanggal 23 Mei 2017 untuk selanjutnya disebut sebagai ............................................................................................. **PEMOHON;**

### · Melawan

**Balai Penyedia Dan Pengelola Pembiayaan Telekomunikasi dan Informatika Direktorat Jenderal Penyelenggaraan Pos dan Informatika Kementerian Komunikasi dan Informatika R.I. ("BP3TI") d/h Balai Telekomunikasi dan Informatika Perdesaan Direktorat Jenderal Pos dan Telekomunikasi Kementerian Komunikasi dan Informatika R.I.,** beralamat di Gedung Wisma Kodel lantai 6, Jalan HR Rasuna Said Kav B4, Jakarta qq. Kementerian Komunikasi dan Informatika R.I. diwakili oleh **Ir. Anang Latif, MSc.** Selaku **Direktur Utama,** melalui Kuasa Hukumnya **Sampurno Budisetianto,SH,MH,** Advokat pada Kantor Pengacara **SAMPURNO**

1

**SOUTH JAKARTA DISTRICT COURT**
**CLASS 1A SPECIAL**
Jalan Ampera Raya Nomor. 133 Ragunan, Pasar Minggu, Jakarta Selatan, -12550
Telp 621 - 7805909 Fax. 621 - 7805906
Email : informasi@pn-jakartaselatan.go.id
Website : www.pn-jakartaselatan.go.id

---

**REGISTRATION CERTIFICATE**
**No.18/ARB/HKM/2017/PN.Jkt.Sel**

**On this day: Tuesday, date: Fifteen, month: August, year: Twenty Seventeen, the following has appeared before me:**

| | |
|---|---|
| Nama | : I GDE NGURAH ARYA WINAYA, SH., MH |
| NIP: | : 119630424 198311 1 001 |
| Position | : Registrar of the South Jakarta District Court |
| Address : | Jl. Ampera Raya 133, Jakarta |

    A person named **SUHIRMANTO, SH**, address at Jl. Ketintang Baru VIII/10 Surabaya, as the attorney of: Arbitration Council of the Indonesian National Arbitration Board (BANI) Surabaya Representative, address at Jl. Ketintang Baru VIII No.10, Surabaya, based on Special Power of Attorney No. 118A /S.Khusus/BANI-SBY/ VII/2017, dated 27 July 2017, to register the Decision of the Indonesian National Arbitration Board (BANI) Representative of Surabaya No.30/ARB/BANI-SBY/III/2017 dated 27 July 2017, in the case between:

**PT. RAHAJASA MEDIA INTERNET**, domiciled in Jakarta, addressed at Graha Darnelis 2nd floor Jl. Amil No. 7 Pejaten Barat, 12510, Jakarta, with a branch office in Surabaya, addressed at Plaza BRI, 8th floor Suite 803 Jl. Basuki Rahmat No. 122, 60271, Surabaya and a branch office in Bandung, addressed at Bumi Bina Usaha Building, 3rd floor, suite 301b, Jl. Asia Afrika No. 141-149, 40112 Bandung, in this case represented by **BRM Roy Rahajasa Yamin**, as Director, through his Attorney **Dr. Suhar Adi Konstanto, SH, MH; Ibrahim Suryoatmodjo, SH, MKN; Sri Ardhana Riswari, SH, MKN**. All three have offices at Jl. Ambengan Plaza blok A-22, Jalan Ngemplak No. 30, Surabaya, based on the Special Power of Attorney dated 23 May 2017, hereinafter referred to as the **APPLICANT;**

**Against**

**Telecommunication and Informatics Financing Provider and Management Center, Directorate General of Post and Information Administration, Ministry of Communication and Informatics, Republic of Indonesia. ("BP3TI") d/h Rural Telecommunication and Informatics Center, Directorate General of Post and Telecommunication, Ministry of Communication and Informatics, Republic of Indonesia**, addressed at Wisma Kodel Building, 6th floor, Jalan HR Rasuna Said Kav. B4, Jakarta qq. Ministry of Communication and Informatics, Republic of Indonesia, represented by **Ir. Anang Latif, MSc. as the President Director,** through his Attorney **Sampurno Budisetianto, SH, MH,** Advocate at the Law Office of **SAMPURNO BUDISETIANTO & PARTNERS**, with an office at Green Palace Kalibata City Unit T/20/CF, Jalan Kalibata Raya No. 1, Jakarta 12750, based on a Special Power of Attorney dated April 21, 2017 and amended on May 31, 2017, hereinafter referred to as the **RESPONDENT;**

Thus, this Archive Certificate is drawn up and signed by the Registrar and the Applicant in accordance with the provisions of Article 59 of Law No. 30/1999 on Arbitration and Alternative Dispute Resolution:

Appearer

                                    Registrar
                            South Jakarta District Court

SUHIRMANTO, SH                               I GDE NGURAH ARYA WINAYA, SH, MH

I hereby swear that I have translated this document from its original source in Bahasa Indonesia to English truthfully and in full pursuant to the power vested in me by the Decree of the Governor of DKI Jakarta Province No. 2042/2005.

Jakarta, December 02, 2020.

Dian Lestari



# PENGADILAN NEGERI JAKARTA SELATAN
## KELAS 1A KHUSUS

Jalan Ampera Raya Nomor. 133 Ragunan, Pasar Minggu, Jakarta Selatan, -12550
Telp.621 - 7805909 Fax. 621 - 7805906
Email : informasi@pn-jakartaselatan.go.id
Website : www.pn-jakartaselatan.go.id

### AKTA PENDAFTARAN
No.18/ARB/HKM/2017/PN.Jkt.Sel

Pada hari ini ; Selasa, tanggal : Lima belas bulan : Agustus, tahun : *Dua ribu Tujuh belas, telah datang menghadap* kehadapan saya :

No. 625 / Leg pan / 2018 / PN Jak sel
Fotocopy ini telah dilegalisir
Telah dibayar PNBP Rp.3000,
PANITERA MUDA HUKUM

Nama : **I GDE NGURAH ARYA WINAYA,SH.,MH**
NIP : 19630424 198311 1 001
Jabatan : Panitera Pengadilan Negeri Jakarta Selatan
Alamat : Jl. Ampera Raya 133, Jakarta

RITA ROSANAWATI, S.T., SH., M.H.

Seorang bernama **SUHIRMANTO,SH**, beralamat di Jl. Ketintang Baru VIII/10 Surabaya, sebagai kuasa dari : Majelis Arbitrase Badan Arbitrase Nasional Indonesia (BANI) Perwakilan Surabaya, beralamat di Jl. Ketintang Baru VIII No.10, Surabaya, berdasar Surat Kuasa Khusus No. 118A/ S.Khusus/BANI-SBY/VII/2017, tertanggal 27 Juli 2017, untuk mendaftarkan Putusan Badan Arbitrase Nasional Indonesia (BANI) Perwakilan Surabaya No.30/ARB/BANI-SBY/III/2017 tertanggal 27Juli 2017, dalam perkara antara :

**PT. RAHAJASA MEDIA INTERNET**, berkedudukan di Jakarta beralamat di Graha Darnelis lantai 2 Jl. Amil No. 7 Pejaten Barat, kodepos 12510, Jakarta, memiliki kantor cabang di Surabaya beralamat di Plaza BRI lantai 8 suite 803 Jl. Basuki Rahmat No. 122, kodepos 60271 Surabaya dan kantor cabang di Bandung beralamat di Gedung Bumi Bina Usaha, lantai 3, suite 301b, Jl. Asia AfrikaNo. 141-149, kodepos 40112 Bandung, dalam hal ini diwakili oleh BRM Roy Rahajasa Yamin, selaku Direktur, melalui Kuasa Hukumnya **Dr. Suhar Adi Konstanto,SH,MH**, Ibrahim Suryoatmodjo,SH,MKN, Sri Ardhana Riswari, SH,MKN, Ketiganya berkantor di Jl. Ambengan Plaza blok A-22, Jalan Ngemplak No. 30, Surabaya, berdasar Surat Kuasa Khusus tertanggal 23 Mei 2017, untuk selanjutnya disebut sebagai ....................................................................................................................................... *PEMOHON*;

### Melawan

**Balai Penyedia Dan Pengelola Pembiayaan Telekomunikasi dan Informatika Direktorat Jenderal Penyelenggaraan Pos dan Informatika Kementerian Komunikasi dan Informatika R.I. ("BP3TI") d/h Balai Telekomunikasi dan Informatika Perdesaan Direktorat Jenderal Pos dan Telekomunikasi Kementerian Komunikasi dan Informatika R.I.**, beralamat di Gedung Wisma Kodel lantai 6, Jalan HR Rasuna Said Kav B4, Jakarta qq. Kementerian Komunikasi dan Informatika R.I. diwakili oleh **Ir. Anang Latif, MSc. Selaku Direktur Utama**, melalui Kuasa Hukumnya Sampurno Budisetianto,SH,MH, Advokat pada Kantor Pengacara **SAMPURNO BUDISETIANTO & REKAN**, berkantor di Green Palace Kalibata City Unit T/20/CF, Jalan Kalibata Raya No.1, Jakarta 12750, berdasar Surat Kuasa Khusus tertanggal 21 April 2017 dan dirubah tanggal 31 Mei 2017, selanjutnya disebut .....................................................**TERMOHON**;

Demikian Akta Penyimpanan ini dibuat dan ditandatangani oleh Panitera tersebut dan Penghadap sesuai dengan ketentuanPasal 59 Undang-Undang No. 30/1999 tentang Arbitrase dan Alternatif Penyelesaian Sengketa;

No. 573 / Leg pan / 2017 / PN Jak sel
Fotocopy ini Sesuai dengan Aslinya
Telah dibayar PNBP Rp.3000,
PANITERA MUDA

**Penghadap**

JUL RIZAL, SH. MH.
NIP. 19610731 198303 1 004

**SUHIRMANTO,SH.**

**Panitera**
**Pengadilan Negeri Jakarta Selatan**

**I GDE NGURAH ARYA WINAYA,SH.,MH**

## POWER OF ATTORNEY

No.: 022/RMI-RRY/DIR/III/2018

The undersigned below:

**PT. Rahajasa Media Internet**, having its legal domicile in Jakarta and its office at Graha Darnelis 2nd floor Jl. Amil No. 7 Pejaten Barat, 12510, Jakarta, in this case represented by BRM Roy Rahajasa Yamin as Director, hereinafter referred to as **"AUTHORIZER"**.

In this case selecting the legal domicile in the power of attorney's office which will be mentioned below, hereby grants power of attorney to:

1. MUHAMMAD RIDWAN, S.H.
2. SAMUEL GOKLAS, S.H.
3. SRI HARDIMAS WIDJAJANTO, S.H.

Respectively as an Advocate and Legal Consultant at the **MR & PARTNERS** Law Office, based in Jakarta, Grand Wijaya Center Blok B 8-9, Jalan Wijaya II, Kebayoran Baru, Jakarta 12160 acting either collectively or individually, hereinafter referred to as **"AUTHORIZED"**.

-------------------------------------------------------------------------**SPECIFICALLY**-------------------------------------------------------------------

For and on behalf of, accompanying, representing and defending the rights and legal interests of the AUTHORIZER in filing and registering an Application to Make a Warning ("Aanmaning") to the **Telecommunication and Informatics Financing Provider and Management Center, Directorate General of Post and Information Administration, Ministry of Communication and Informatics R.I. ("BP3TI") d/h Rural Telecommunication and Informatics Center, Directorate General of Post and Telecommunication, Ministry of Communication and Informatics, Republic of Indonesia** to implement the Decision of the Indonesian National Arbitration Board for the Surabaya Representative Office (BANI) Number 30/ARB/BANI-SB Y/III/2017 at the South Jakarta District Court.

For the aforementioned purposes, the AUTHORIZED has the right to make, sign, order to make, submit, receive and sign letters, deeds, applications, documents, conduct negotiations, make peace, give and ask for information and use all legal remedies in accordance with the applicable laws and regulations according to the Civil Code, HIR, Rbg, Law No. 30 of 1999 regarding Arbitration and Alternative Dispute Resolution and other applicable laws and regulations. Appearing before officials at the State Judiciary of the Republic of Indonesia, BANI, as well as other government agencies and other agencies related to these matters, as well as carrying out all actions which according to law must be carried out by the Power of Attorney



I hereby swear that I have translated this document from its original source in Bahasa Indonesia to English truthfully and in full pursuant to the power vested in me by the Decree of the Governor of DKI Jakarta Province No. 2042/2005.

Jakarta, December 04, 2020

Dian Lestari



## S U R A T   K U A S A
No.: 022/RMI-RRY/DIR/III/2018

Yang bertandatangan di bawah ini:

**PT. Rahajasa Media Internet,** berkedudukan hukum di Jakarta dan berkantor di Graha Darnelis lantai 2 Jl. Amil No. 7 Pejaten Barat, kode pos 12510, Jakarta, dalam hal ini diwakili oleh BRM Roy Rahajasa Yamin selaku Direktur, untuk selanjutnya disebut sebagai **"PEMBERI KUASA"**.

Dalam hal ini memilih domisili hukum di kantor kuasanya yang akan disebutkan dibawah ini, dengan ini memberikan kuasa kepada:

1. MUHAMMAD RIDWAN, S.H.
2. SAMUEL GOKLAS, S.H.
3. SRI HARDIMAS WIDJAJANTO, S.H.

Masing-masing sebagai Advokat dan Konsultan Hukum pada **MR & PARTNERS** *Law Office*, berkantor di Jakarta, Grand Wijaya Center Blok B 8-9, Jalan Wijaya II, Kebayoran Baru, Jakarta 12160; -bertindak baik secara bersama-sama maupun sendiri-sendiri, untuk selanjutnya disebut **"PENERIMA KUASA"**.

-----------------------------------------------**K H U S U S**---------------------------------------

Untuk dan atas nama, mendampingi, mewakili serta membela hak dan kepentingan hukum PEMBERI KUASA dalam mengajukan dan mendaftarkan Permohonan Melakukan Teguran ("Aanmaning") kepada **Balai Penyedia Dan Pengelola Pembiayaan Telekomunikasi dan Informatika Direktorat Jenderal Penyelenggaraan Pos dan Informatika Kementerian Komunikasi dan Informatika R.I. ("BP3TI") d/h Balai Telekomunikasi dan Informatika Perdesaan Direktorat Jenderal Pos dan Telekomunikasi Kementerian Komunikasi dan Informatika R.I.** untuk melaksanakan Putusan Badan Arbitrase Nasional Indonesia Kantor Perwakilan Surabaya (BANI) Nomor 30/ARB/BANI-SBY/III/2017 pada Pengadilan Negeri Jakarta Selatan.

Untuk maksud tersebut diatas, PENERIMA KUASA berhak membuat, menandatangani, suruh membuat, menyerahkan, menerima, serta menandatangani surat-surat, akta-akta, permohonan-permohonan, dokumen-dokumen, melakukan perundingan, membuat perdamaian, memberi dan meminta keterangan-keterangan dan menggunakan segala upaya hukum sesuai dengan peraturan perundang-undangan yang berlaku menurut KUHPerdata, HIR, Rbg, UU No. 30 tahun 1999 tentang Arbitrase dan Alternatif Penyelesaian Sengketa serta Peraturan Perundang-undangan yang berlaku lainnya. Menghadap pejabat-pejabat pada Badan Peradilan Negara Republik Indonesia, BANI



**Rahajasa Media Internet, pt**
*Internet Service Provider*

GRAHA DARNELIS lt.2,
Jl. Amil No.7 Pejaten Barat
Jakarta 12510, Indonesia

T. +6221-799 6363
F. +6221-7919 6777
info@rad.net.id
www.rad.net.id

in general for the benefit of the Authorized.


This power of attorney is granted with the right of substitution and retention rights as well as the right to receive an honorarium as referred to in Article 1812 of the Civil Code. Revocation and cancellation unilaterally do not end this power.

Jakarta, 26 March 2018

**AUTHORIZER**

**PT. Rahajasa Media Internet**




<u>BRM Roy Rahajasa Yamin</u>
**Director**

**AUTHORIZED**




MUHAMMAD RIDWAN, S.H.                                        SAMUEL GOKLAS, S.H.




SRI HARDIMAS WIDJAJANTO, S.H.






I hereby swear that I have translated this document from its original source in Bahasa Indonesia to English truthfully and in full pursuant to the power vested in me by the Decree of the Governor of DKI Jakarta Province No. 2042/2005.

Jakarta, December 04, 2020

Dian Lestari



maupun instansi-instansi pemerintah lainnya serta badan-badan lainnya yang berhubungan dengan permasalahan tersebut, serta menjalankan segala perbuatan-perbuatan yang menurut hukum harus dilaksanakan oleh Penerima Kuasa pada umumnya untuk kepentingan Pemberi Kuasa.

Surat Kuasa ini diberikan dengan Hak Substitusi dan Hak Retensi serta hak menerima honorarium sebagaimana dimaksud Pasal 1812 KUHPerdata. Pencabutan dan pembatalan secara sepihak tidak mengakhiri kuasa ini.

Jakarta,  26 Maret 2018

**PEMBERI  KUASA**
**PT. Rahajasa Media Internet**



BRM Roy Rahajasa Yamin
**Direktur Utama**


**PENERIMA KUASA**

MUHAMMAD RIDWAN, S.H.                    SAMUEL GOKLAS, S.H.

SRI HARDIMAS WIDJAJANTO, S.H.

Pada hari Senin tanggal 26 - 03 - 20...18
Surat Kuasa Insidentil / Advokat telah didaftarkan di Kepaniteraan Hukum Pengadilan Negeri Jakarta Selatan Dengan No. 075 /SK/HKM/ 🗌 / 20...18

PANITERA MUDA HUKUM

RINA ROSANAWATI, S.T., S.H., M.H.
NIP. 19731213 200502 2 001

**Rahajasa Media Internet, pt**
*Internet Service Provider*

GRAHA DARNELIS lt.2,
Jl. Amil No.7 Pejaten Barat
Jakarta 12510, Indonesia

T. +6221-799 6363
F. +6221-7919 6777
info@rad.net.id
www.rad.net.id