UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PT RAHAJASA MEDIA INTERNET,<br><br>      Plaintiff-Petitioner,<br><br>- against -<br><br>TELECOMMUNICATION AND INFORMATICS FINANCING PROVIDER AND MANAGEMENT CENTRE, DIRECTORATE GENERAL OF POST AND INFORMATION ADMINISTRATION, MINISTRY OF COMMUNICATION AND INFORMATION, REPUBLIC OF INDONESIA,<br><br>      Defendant-Respondent. | **ORDER**<br><br>20 Civ. 11035 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

    The following schedule will apply to Plaintiff-Petitioner's Amended Petition (Dkt. No. 4):

    1. Defendant-Respondent's opposition brief is due by **March 15, 2021**; and

    2. Plaintiff-Petitioner's reply, if any, is due by **March 22, 2021.**

Dated: New York, New York
    February 22, 2021

                    SO ORDERED.

                    _____
                    Paul G. Gardephe
                    United States District Judge