UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PT RAHAJASA MEDIA INTERNET,

                    Petitioner,

-against-

TELECOMMUNICATION AND INFORMATICS FINANCING PROVIDER AND MANAGEMENT CENTRE, DIRECTORATE GENERAL OF POST AND INFORMATION ADMINISTRATION, MINISTRY OF COMMUNICATION AND INFORMATION, REPUBLIC OF INDONESIA,

                    Respondent.

**ORDER**

20 Civ. 11035 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      Petitioner PT Rahajasa Media Internet filed a Petition to Confirm Foreign Arbitration Award on December 30, 2020, (Dkt. No. 1) and filed an Amended Petition to Confirm Foreign Arbitration Award on January 3, 2021.  (Dkt. No. 4)  On February 19, 2021, the Clerk of Court filed the "Clerk's Certificate of Mailing" certifying that Respondent Telecommunication and Informatics Financing Provider and Management Centre, Directorate General of Post and Information Administration, Ministry of Communication and Information, Republic of Indonesia was served.  (See Dkt. No. 5)

      To date, Respondent has not responded to the Amended Petition or otherwise appeared.

      On April 1, 2021, the Clerk of Court issued a "Clerk's Certificate of Default." (Dkt. No. 10)

      Any application for a default judgment will be filed by **April 14, 2021.**

Dated: New York, New York
       April 7, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge