**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
PT RAHAJASA MEDIA INTERNET,

                         Petitioner,

     -against-                                     20 **CIVIL** 11035 (PGG)(OTW)

                                                       **JUDGMENT**

TELECOMMUNICATION AND INFORMATICS
FINANCING PROVIDER AND MANAGEMENT
CENTRE, DIRECTORATE GENERAL OF POST
AND INFORMATION ADMINISTRATION,
MINISTRY OF COMMUNICATION AND
INFORMATION, REPUBLIC OF INDONESIA,

                        Respondent.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 31, 2022, this action is dismissed as time-barred; accordingly, the case is closed.

**Dated:** New York, New York

            March 31, 2022

                                                       **RUBY J. KRAJICK**

                                                         Clerk of Court
                               **BY:**

                                                         **Deputy Clerk**